1   **CONSUMER WATCHDOG**
    Harvey Rosenfield (SBN: 123082)
2   Pamela Pressley (SBN: 180362)
    Jerry Flanagan (SBN: 271272)
3   2701 Ocean Park Blvd., Suite 112
    Santa Monica, CA 90405
4   Tel: (310) 392-0522

5   **WHATLEY KALLAS, LLP**
    Edith M. Kallas (To Apply Pro Hac Vice)
6   380 Madison Avenue, 23rd Floor
    New York, NY 10017
7   Tel: (212) 447-7060
    Fax: (800) 922-4851
8
    Alan M. Mansfield (Of Counsel, SBN: 125998)
9   10200 Willow Creek Road, Suite 160
    San Diego, CA, 92131
10  Tel: (619) 308-5034
    Fax: (855) 274-1888
11
    Kristin Libby (SBN: 284292)
12  355 So. Grand Avenue, Suite 2450
    Los Angeles, CA 90071
13  Tel: (310) 684-2504
    Fax: (888) 331-9633
14
    **Attorneys for Plaintiff**
15

16                  UNITED STATES DISTRICT COURT

17       CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

18  JOHN DOE, on behalf of himself and all        Case No.    SACV 13 - 00864 DOC (JPRx)
    others similarly situated,
19                                                 <u>CLASS ACTION COMPLAINT</u>
                    Plaintiff      v.
20                                                 **(1) Violation of Unfair Competition Law,**
    UNITED HEALTHCARE INSURANCE               **Business and Professions Code § 17200;**
21  COMPANY, OPTUMRX, INC.,
    PACIFICARE LIFE AND HEALTH                **(2) Common Counts and Assumpsit/Common**
22  INSURANCE COMPANY,                         **Law Restitution;**
    UNITEDHEALTH GROUP; and DOES 1-
23  10, inclusive,                             **(3) Breach of the Implied Covenant of Good**
                                               **Faith and Fair Dealing;**
24                  Defendants.
                                               **(4) Declaratory Relief;**
25
                                               **(5) Violation of Unruh Civil Rights Act, Cal.**
26                                             **Civ. Code Section 51, et seq.**

27                                             <u>Jury Trial Demanded On All Claims So</u>
                                               <u>Triable</u>
28

1

Plaintiff, by and through the undersigned attorneys, brings this action on behalf of himself and all others similarly situated against Defendants United HealthCare Insurance Company ("United"), OptumRx, Inc. ("OptumRx"), PacifiCare Life and Health Insurance Company ("PacifiCare"), UnitedHealth Group ("UHG"), and DOES 1-10, inclusive (hereafter collectively "Defendants").[1]   Plaintiff alleges the following on information and belief, except as to those allegations which pertain to the named Plaintiff, which are alleged on personal knowledge:

## NATURE OF THE ACTION

1.     Plaintiff anonymously[2] brings this action to challenge United's discriminatory business practices targeting consumers enrolled in United health plans in California who suffer from HIV/AIDS.  In a change that is currently being implemented, United enrollees are being told they must purchase their "specialty medications" to treat HIV/AIDS and other serious illnesses from a mail order pharmacy of United's choosing, its sister subsidiary OptumRx, or pay thousands of dollars or more each month for their specialty medications at their local retail pharmacy (hereafter, the "Program").  Enrollees purchasing prescription drugs that United does not consider "specialty medications" will continue to purchase their medications at a retail pharmacy without penalty. As a result of Defendants' discriminatory behavior, HIV/AIDS patients face a potentially life-threatening decision that also threatens their privacy: (1) forego essential counseling from an expert pharmacist at a retail pharmacy who (i) knows their medical history and who, working directly with patients in face-to-face interactions, (ii) is best positioned to detect potentially life-threatening adverse drug interactions and dangerous side effects, as well as immediately provide new drug regimens as their disease progresses and essential advice and counseling that help HIV/AIDS patients and families navigate the challenges of living with a

---

[1] United HealthCare Insurance Company and PacifiCare Life and Health Insurance Company are subject to the California Insurance Code.  Coverage sold by United and PacifiCare, and other UHG subsidiaries, is referred to herein as "health plan" or "plan."  "Enrollees" and "members" refer to individuals enrolled in United, PacifiCare, or other UHG subsidiary health plans.

[2] Due to the sensitive nature of this action, Plaintiff has chosen to file under a fictitious name. (See, e.g., *Doe v. Kaweah Delta Hosp.*, 2010 U.S. Dist. LEXIS 135808 (E.D. Cal., Dec. 22, 2010) [AIDS/HIV patient permitted to proceed anonymously.], *Does I thru XXIII v. Advanced Textile Corp.* 214 F.3d 1058, 1067 (9th Cir. 2000) [holding that one of the grounds for proceeding anonymously was that anonymity was necessary "to preserve privacy in a matter of sensitive and highly personal nature."].)

CLASS ACTION COMPLAINT

1  chronic and often debilitating condition, or (2) pay thousands of dollars out-of-pocket at their

2  retail pharmacy.  For all but the wealthiest HIV/AIDS patients, such dramatic cost increases are

3  untenable and thus many Class members are left with no choice at all. Plaintiff brings this action

4  on behalf of himself and on behalf of a class of California residents who are currently enrolled in

5  a United health plan including an individual plan, governmental plan, or church plan with

6  prescription drug benefits and who have been prescribed medications to treat HIV/AIDS (the

7  "Class").

8       2.     Patients using a retail pharmacy will be considered going "out-of-network" and

9  will be subject to "non-Network Benefit" charges under the terms of their health plans.  In a

10  February 2013 form letter (the "February Letter") sent to some affected patients (see Ex. 1, which

11  is incorporated herein by reference), United wrote:

> To continue receiving network benefit coverage for your specialty medication, you will need to use OptumRx Specialty Pharmacy.  You may continue to fill your prescriptions for non-specialty medications at your retail or mail order pharmacy under your pharmacy benefit . . . . If you choose to use a pharmacy other than OptumRx for your specialty medication(s) you may pay more, and will not have access to the comprehensive support our program provides.

(Emphasis added.)  Some affected enrollees received a similar follow-up letter from United in

March 2013. Under the terms of United's "Outpatient Prescription Drug Rider" (see Ex. 2, which

is incorporated herein by reference), which United unilaterally inserted into enrollee health plans

and attached at the end of Class members' Certificates of Coverage (aka "Evidence of

Coverage"):

> If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

23       3.     In addition to the potentially life threatening health consequences of the Program

24  discussed below, Class members' fundamental and inalienable right to privacy is also threatened.

25  For example, HIV/AIDS specialty medications often are delivered in refrigerated containers.

26  Class members who live in apartment buildings or have medications delivered to their work place

27  have expressed alarm that neighbors and co-workers, who do not know that the recipient has

28  HIV/AIDS, would come to suspect that they are seriously ill.  Mail-order shipment also presents

3

CLASS ACTION COMPLAINT

the risk of lost or stolen medications. Alternatively, requiring the recipient to be present when the package is delivered forces the patient to obtain needed medications on the schedule of the delivery person as compared to their own, and raises further privacy concerns.

4.      United enrollees with HIV/AIDS and other seriously ill consumers cannot seek individual coverage from another health insurance company that provides access to retail pharmacies offering these specialized medicines because those enrollees cannot pass "medical underwriting," the process through which a health insurance company evaluates a consumer's medical risk, and on that basis, determines whether to sell coverage to that individual at all, or whether to provide some coverage but exclude certain "pre-existing health conditions."[3]

5.      The Program as currently being implemented constitutes a material change in Class members' coverage, a significant reduction in benefits, and a violation of the standards of good health care and clinically appropriate care for HIV/AIDS patients.  By implementing such practices, United will thus reduce the quality of prescription drug care provided to thousands of Class members by forcing enrollees to use their sister subsidiary and co-conspirator OptumRx. As a result, many Class members have already expended resources in response to the Program, and presently are threatened with substantial, imminent, and irreparable harm.  This harm includes a grave threat to their health and safety.

6.      Since 1959 California law has barred exactly the type of discriminatory business activity that United is engaged in.  The Unruh Civil Rights Act ("Unruh" or "Act") specifically outlaws discrimination based on "sex, race, color, religion, ancestry, national origin, *disability*, *medical condition*, *genetic information*, marital status, or *sexual orientation*" and provides that all persons are "free and equal" and "entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever."  (Civ. Code § 51(b).)  HIV/AIDS is a "medical condition" and a "disability" under Unruh.  The Program also violates numerous provisions of the Insurance Code and related regulatory provisions.

---

[3] Companies such as United use medical underwriting to deny coverage to consumers for even very minor health problems—such as seasonal allergies and acne.  Press Release, Consumer Watchdog, Internal Documents Show Insurers Won't Sell Health Policies to Cops, Firefighters, Expectant Dads, Allergy & Acne Sufferers (Jan. 8, 2007), *available at* http://www.consumerwatchdog.org/patients/articles/?storyId=15166.

4

CLASS ACTION COMPLAINT

1  United's conduct is unlawful, unfair and fraudulent, and therefore violates California Business &

2  Professions Code section 17200, *et seq.*, and the other laws detailed below, as well as privacy

3  rights provided by the California Constitution.

4  *The Role of the Clinical Pharmacist and the Importance of Face-to-Face Interactions*

5  7.  Many physicians specializing in HIV/AIDS treatment are unable to spend very

6  long with each patient. In fact, physician consultations are often limited to just 15 minutes in the

7  era of managed care.  As a result, there is very limited time for the doctor to elicit extensive

8  information about the patient's complete medical history, including which non-HIV/AIDS

9  medications the patient is taking, and impart critical information about prescription drug regimens

10  and warnings about the high number of known adverse side effects and adverse drug interactions

11  associated with HIV and AIDS medications.

12  8.  Moreover, for many Class members, HIV/AIDS is not their only medical

13  condition.  Many patients have a history of cardiovascular disease, hypertension, diabetes, and

14  psychiatric issues, among other conditions.   Medications that manage mental health issues, for

15  example, such as anti-depressants, anti-psychotics, and sleep agents, among others, are often not

16  prescribed by the physician managing the patient's HIV/AIDS.

17  9.  A local HIV/AIDS pharmacist, however, is typically aware of the patient's entire

18  medical history, has a comprehensive view of the patient's medication load, and has ongoing

19  communication with physicians and patients regarding potential issues that may arise concerning

20  drug side effects, adverse drug interactions, and adherence to specialty medications., The ability

21  of local pharmacists to closely monitor HIV and AIDS patients in face-to-face encounters is life-

22  saving in many instances. In the case of a patient with a history of depression, for example, a

23  local HIV/AIDS specialist would work with the patient through regular "check-ins" as changes in

24  mood, attitudes or day-to-day function would change if an HIV/AIDS medication, such as Atripla

25  (with documented central nervous system side effects), were prescribed. Other side-effects

26  provide visual cues—for example, changes in skin color—that cannot be detected over the phone.

27  10.  HIV/AIDS patients, therefore, rely on their pharmacists to remind them how and

28  when drugs must be taken, review potential side effects and strategies to avoid those side effects,

CLASS ACTION COMPLAINT

and other counseling including what to expect if a patient's drug regimen changes. In fact pharmacists, who serve patients prescribed medications by numerous doctors, have more experience and information about potential adverse drug interactions and changes in drug regimens than physicians themselves.

11.     Conversely, mail order pharmacies providing only specialty medications lack the ability to fully monitor adverse drug interactions since most HIV and AIDS patients are prescribed both specialty and non-specialty medications, including over the counter medications which do not require a prescription and therefore are not tracked in the same manner as prescription medications. OptumRx will not have a full and accurate record of all the medications the patient is prescribed and therefore cannot anticipate or warn against potential adverse drug interactions. Thus, taking the local pharmacist, and the specialty pharmacy where they provide their services, out of the treatment equation results in a loss and injury to Class members as well as lessens the quality of care they receive.

12.     This harm is not conjectural or speculative, but real, imminent and severe. "Putting a label on the bottle — that's the least of what we do," Marva Brannum, a clinical pharmacist at Edwin's Prescription Pharmacy in North Hollywood, California, has explained. Ms. Brannum, who has worked with HIV and AIDS patients for nearly 30 years, said working with patients also includes knowing the psychological and social issues involved with their disease states and providing a critical informed link between doctor and patient.  Importantly, working with patients directly allows pharmacists to monitor potential adverse drug interactions. "We are an extension of the patient's clinical team," Brannum said.  The Program thus reduces the overall quality of care Class members receive, since it is not only just a question of knowing the drugs the patient uses, but also knowing the patient and all of their medical needs.  "The most intricate part that leads to quality outcomes and leads to decreased costs for us is knowing the patient in total," Brannum said.  Patients who need specialty medicines and suffer from complex diseases require complex treatment.  The pharmacist is an effective member of the treatment team, who helps to closely monitor the patient's condition.  Pharmacists that provide HIV/AIDS medications build strong personal and clinical relationships with their patients, making sure that

CLASS ACTION COMPLAINT

they receive the drugs they need when they need them and even providing them discounts for these expensive medications.

13.     Because there is no cure for HIV/AIDS, the virus continually mutates around the medications prescribed to treat it, requiring constant monitoring and immediate provision of new medication regimens to address changes in the disease. Periods of medication changes are particularly sensitive times for HIV/AIDS patients.  Doctors and pharmacists must review the panoply of the patient's medication for potential new adverse drug interactions, and patients are concerned about addressing new drug side effects.  To avoid serious health consequences it is imperative to discontinue the previous regimen of HIV/AIDS medications before adding or dispensing new medications.  In some instances, however, patients have reported new medication orders being submitted to the mail order pharmacy by the patient's physician, but the mail order pharmacy incorrectly dispensed *both* the new medication and the old medication or in the incorrect dosage, creating confusion and the potential for the patient to take both medications, resulting in serious health consequences.

14.     Mail order providers such as OptumRx also run the very real risk of delayed, lost or stolen shipments, resulting in dire consequences for many patients who must adhere to strict medication regimes or face serious illness or death.  Yet, Defendants appear to have no fail-safe procedure in place to allow consumers to purchase medications at retail pharmacies in the event that mail-order shipments are delayed, lost, or stolen.

15.     United has replaced the present, on-going, close relationship between pharmacist and patient with an 800 number that, as Plaintiff alleges below, does not provide the same or similar level of service and benefits. OptumRx has no retail location and Class members are not provided access to a pharmacist.  Furthermore, the Program's requirement that Class members must call-in *each month* to renew their prescription as explained below—and work their way through automated messages and multiple call center staff—increases stress and fatigue for patients who are literally fighting to stay alive.

16.     One patient enrolled in a United health plan reports spending more than an hour on the phone with United to set-up his OptumRx account so that he could start receiving his

CLASS ACTION COMPLAINT

HIV/AIDS medications by mail-order. He called the telephone number printed on his United prescription drug card, then was transferred to OptumRx, and then forwarded to no less than two OptumRx representatives. Upon being told that there was no alternative to the mail-order program, the patient, concerned with the competency of OptumRx staff to administer his prescription drug benefits, asked—"are you my pharmacist or are you my insurance company?" to which he received the response from one representative: "It is not my problem, it is your responsibility to make sure you get your lifesaving drugs on time." He was told that even though OptumRx had his address, he needed to call OptumRx each month to confirm his address before OptumRx would ship any medication. He was told by OptumRx personnel that his only option if he ran out of medication was to go a hospital emergency room. Such examples of callous disregard for the needs of patients with such critical health needs shows the immediate harm and discrimination they face by being forced to utilize a mandatory mail order program.

### Defendants' Discriminatory Business Practices Specifically Target HIV/AIDS Patients

17. Due to the complex nature of their disease and medications, HIV/AIDS patients are particularly hard hit and discriminated against by United's unilateral decision that these patients needing specialty medications to treat their conditions must buy them exclusively from the mail-order pharmacy OptumRx.

18. The Program has specifically targeted, among others with chronic conditions, individuals that are HIV-positive or have full-blown AIDS. The Program denies full and equal access to utilize the drug delivery mechanism and pharmacies of their choice specifically because of their illness, while at the same time permitting other non-HIV/AIDS enrollees to enjoy full access to the pharmacies of their choice. This is an arbitrary and harmful distinction, since in caring for HIV and AIDS patients in particular, pharmacists' roles are even more important.

19. While mail-order may be appropriate for some patients or some medications, it is not for all patients with complex, chronic conditions like HIV/AIDS, for which pharmacists do more than merely dispense specialty medications. The decision to use a mail-order pharmacy should be a matter of informed enrollee choice, not insurance company mandate. United's

CLASS ACTION COMPLAINT

change in policy creates a potential health risk for HIV/AIDS patients that require time sensitive treatments if mail order drugs are delayed or mis-delivered.

20.     When patients attempt to op-out of the Program they are told they have no choice. But secretly, Defendants have granted some enrollees who complain enough or threaten to take action the ability to not participate in the Program.  Plaintiff believes all similarly situated people should be given that same opportunity.

21.     Plaintiff seeks an order of this Court enjoining United's continued violations of law.  Plaintiff also seeks damages, restitution and disgorgement based on the profits generated by Defendants' conduct that violates California law.

## THE PARTIES

22.     JOHN DOE is a resident of Los Angeles County, California.  JOHN DOE has been enrolled in a United health plan since approximately February, 2013. JOHN DOE has been prescribed HIV/AIDS-related medications targeted by United's mail-order requirement and previously purchased his HIV/AIDS medications from a retail pharmacy located in Los Angeles County that specializes in serving HIV/AIDS patients.  JOHN DOE's United health plan is provided by his government employer, Los Angeles Department of Water and Power ("LADWP").  As set forth below, he has already lost money or property and been injured in fact as a result of the illegal acts and practices of Defendants.  Attached as Ex. 3 is a true and correct copy of the Evidence of Coverage for JOHN DOE's United health plan, which is incorporated herein by reference. JOHN DOE has expended substantial resources attempting to resolve the issues, and has expressly requested to not participate the Program. Despite numerous requests, he has been told by Defendants' representative that his participation in the Program is mandatory.

23.     Defendant OptumRx, Inc. is a corporation duly organized and existing under the laws of the State of California with its principal place of business and administrative offices located in Irvine, California and its main mail order pharmacy processing facilities located in San Diego County, California.  In August 2012, it announced its expansion of the pharmacy mail order processing facilities at issue, which serve Plaintiff and all affected Class members and are exclusively located in both Carlsbad and Mission Valley: "Between our mail service center here

CLASS ACTION COMPLAINT

in Carlsbad, our administrative offices in Irvine and our operations facilities in Cypress, Costa Mesa and Mission Valley, California is critical to the success and future growth of OptumRx," said Dirk McMahon, CEO of OptumRx. OptumRx is a subsidiary of UHG.

24.     Defendant United Healthcare Insurance Company is a corporation duly organized and existing under the laws of the State of Minnesota, with one of their principal places of business located in Cypress, California, and is authorized to transact and is transacting the business of providing health plans in this state. United Healthcare Insurance Company is a subsidiary of UHG.

25.     Defendant PacifiCare Life and Health Insurance Company is a corporation duly organized and existing under the laws of the State of California, with its principal place of business located in Cypress, California, and is authorized to transact and is transacting the business of providing health plans in this state. PacifiCare is a subsidiary of UHG Group.

26.     Defendant UnitedHealth Group is a corporation duly organized and existing under the laws of the State of Connecticut, with its principal place of business located in Hartford, Connecticut.  UHG is the parent company overseeing and controlling the actions of the other Defendants and implementation of the Program at issue herein. UHG is responsible for the actions of all of its subsidiaries operating in California that are requiring enrollees to obtain any HIV/AIDS specialty medications exclusively through the Program.

27.     The true names, roles and/or capacities of Defendants named as DOES 1 through 10, inclusive, are currently unknown to Plaintiff and, therefore, are named as Defendants under fictitious names pursuant to California Code of Civil Procedure section 474.  Plaintiff will identify their true identities and their involvement in the wrongdoing at issue if and when they become known.   Their precise identities are unknown to Plaintiff at this time and are therefore identified and designated herein as Does 1 through 10.

28.     Defendants' conduct described herein was undertaken or authorized by Defendants' officers or managing agents who were responsible for supervision and operations decisions.   The described conduct of said managing agents and individuals was therefore undertaken on behalf of Defendants.  Defendants further had advance knowledge of the actions

10

CLASS ACTION COMPLAINT

1   and conduct of said individuals whose actions and conduct were ratified, authorized, and

2   approved by such managing agents. By engaging in the conduct described herein, Defendants in

3   the last year agreed with each other to require Plaintiff and all Class members to have no realistic

4   option to use OptumRx as their captive mail order pharmacy, to the exclusion of their trusted

5   pharmacist, and unjustly and mutually profit as a result of this agreement in violation of the laws

6   set forth below. As a result of such agreements, Defendants conspired and aided and abetted each

7   other in violating the laws set forth herein, which conduct is on-going.

8                             **JURISDICTION AND VENUE**

9         29.     This Court has jurisdiction over the parties to this action. The named Plaintiff is a

10   resident of California, Defendants OptumRx and PacifiCare's principal place of business is

11   located in California, and the members of the Class are all resident citizens of the State of

12   California.

13         30.     Jurisdiction over Defendants is also proper because they have purposely availed

14   themselves of the privilege of conducting business activities in California and because they

15   currently maintain systematic and continuous business contacts with this State, and have many

16   thousands of affected enrollees who are residents of this State and who do business with United.

17         31.     Venue is proper in this District under 28 U.S.C. section 1391 because Defendant

18   OptumRx maintains substantial operations in this District, many Class members either reside or

19   did business with Defendants in this District, Defendants engaged in business in this District, a

20   substantial part of the events or omissions giving rise to the claims at issue occurred in this

21   District as the mandatory pharmacy mail order processing operations undertaken by OptumRx

22   occur and take place in substantial part in this District, and Defendants entered into transactions

23   and received substantial profits from enrollees who reside in this District.

24         32.     This Court has subject matter jurisdiction based on diversity of citizenship, and

25   the overall amount in controversy exceeds $75,000. Plaintiff alleges subject matter jurisdiction

26   based on the Class Action Fairness Act (28 U.S.C. §1332(d)).

27

28

CLASS ACTION COMPLAINT

**STATUTORY SCHEME**

33.     Article I, Section 1 of the California Constitution guarantees "all people" the right to privacy:

> All people are by nature free and independent and have inalienable rights. Among these are enjoying and defending life and liberty, acquiring, possessing, and protecting property, and pursuing and obtaining safety, happiness, and privacy.

34.     The Unruh Civil Rights Act provides that, "[a]ll persons within the jurisdiction of this state are free and equal, and no matter what their sex, race, color, religion, ancestry, national origin, *disability*, *medical condition*, genetic information, marital status, or *sexual orientation* are entitled to the full and equal accommodations, advantages, facilities, privileges, or services in all business establishments of every kind whatsoever." (Civ. Code § 51(b), emphasis added.)

35.     Under the Unruh Act, "'Disability' means any mental or physical disability as defined in Sections 12926 and 12926.1 of the Government Code." (Civ. Code § 51(e)(1).) "Physical and mental disabilities include, but are not limited to, chronic or episodic conditions such as *HIV/AIDS*, hepatitis, epilepsy, seizure disorder, diabetes, clinical depression, bipolar disorder, multiple sclerosis, and heart disease." (Gov. Code § 12926.1 (c), emphasis added.)

36.     Discrimination on the basis of a disease or disorder passed on from one generation to the next generation—like HIV/AIDS (which can be passed from mother to fetus in utero)—constitutes unlawful discrimination on the basis of "genetic information" which is defined in part as "the manifestation of a disease or disorder in family members of the individual."[4]

---

[4]   "'Genetic information' means, with respect to any individual, information about any of the following:

(i) The individual's genetic tests.

(ii) The genetic tests of family members of the individual.

(iii) *The manifestation of a disease or disorder in family members of the individual.*

(B) 'Genetic information' includes any request for, or receipt of, genetic services, or participation in clinical research that includes genetic services, by an individual or any family member of the individual.

(C) 'Genetic information' does not include information about the sex or age of any individual." (Unruh, § 51(2)(A), emphasis added.)

12

37.    Finally under the Unruh Act, unlawful discrimination on the basis of "'Sexual orientation' has the same meaning as defined in subdivision (r) of section 12926 of the Government Code." (Civ. Code § 51(e)(7).) Under the Government Code, "'Sexual orientation' means heterosexuality, homosexuality, and bisexuality." (Gov. Code § 12926(r).)

38.    The Unruh Act prohibits business establishments from "engaging in any form of arbitrary discrimination." The Unruh Act addresses concerns "not only with access to business establishments, but with *equal treatment of patrons in all aspects of the business.*" That Act is given a liberal construction with a view to effectuating its purposes.

39.    The California Legislature has declared that the State of California has an interest in ensuring that all people have ready and reasonably available access to HIV medications:

    (a)    State-of-art knowledge regarding treatment of people infected with the human immunodeficiency virus (HIV) indicates that active HIV infection (AIDS) can be a manageable, though chronic, condition with the use of drugs such as zidovudine (AZT), aerosolized pentamidine, and ganciclovir. AIDS experts across the nation agree that early intervention with these drugs can prolong life, minimize the related occurrences of more serious illnesses, reduce more costly treatments, and maximize the HIV-infected person's vitality and productivity.

    (b)    For reasons of compassion and cost effectiveness, *the State of California has a compelling interest in ensuring that its citizens infected with the HIV virus have access to these drugs.*

(Health & Saf. Code § 120950;emphasis added.)

40.    The UHG health plans that are the subject of this class action are regulated under the Insurance Code. In order to ensure seriously ill consumers receive the care they need, Insurance Code section 10273.6 guarantees that a consumer may *renew* his or her health plan *regardless of his health condition*. Insurance Code sections 10128.50, *et seq*. and 10901.8 similarly provide for renewability of coverage for those enrolled in COBRA coverage and other federally-qualified programs. Therefore, United cannot directly refuse to renew coverage to consumers with serious illnesses requiring ongoing treatment. However, Defendants, operating in concert, appear to be violating the intent and spirit, if not the letter, of the law by targeting expensive-to-treat consumers with serious illnesses and making the terms of their coverage potentially unsustainable, by requiring them to either use a dangerous mail order system to obtain

CLASS ACTION COMPLAINT

their medication that they do not want to use under all circumstances, or requiring them to pay for these medications entirely as an "out of network" payment, even though such payments have been considered "in network" for years.

41.    Insurance Code section 10133.5, subdivision (a) provides "that insureds have opportunity to access needed health care services in a timely manner" . . . "to assure accessibility of provider services in a *timely manner* to individuals . . . pursuant to benefits covered under the policy or contract" (emphasis added).  The purpose of the statue is to insure, among other things, that:

- "[T]he policy or contract is not inconsistent with standards of *good health care and clinically appropriate care*." (emphasis added).  (Ins. Code § 10133.5(b)(3).)

- "All contracts including contracts with providers, and other persons furnishing services, or facilities shall be fair and reasonable." (Ins. Code § 10133.5(b)(4).)

42.    Regulations promulgated pursuant to Insurance Code section 10133.5 require that "insurers shall ensure that":

- "Network providers are duly licensed or accredited and that they are sufficient, in number or size, to be capable of furnishing the health care services covered by the insurance contract, taking into account the number of covered persons, their characteristics and medical needs including the frequency of accessing needed medical care within the prescribed geographic distances outlined herein and the projected demand for services by type of services." (Cal. Code Regs. Title 10 § 2240.1(b)(1).)

- "Decisions pertaining to health care services to be rendered by providers to covered persons are based on such persons' medical needs and are made by or under the supervision of licensed and appropriate health care professionals." (*Id*. at (b)(2).)

- "Facilities used by providers to render basic health care services are located within reasonable proximity to the work places or the principal residences of the primary covered persons, are reasonably accessible by public transportation and are reasonably accessible to the physically handicapped." (*Id*. at (b)(3) ["Basic health care services" include outpatient prescription drug services. (*See* Cal. Code Regs. Title 10 § 2240 (a)].)

- Basic health care services (excluding emergency health care services) are available at least 40 hours per week, except for weeks including holidays. Such services shall be available until at least 10:00 p.m. at least one day per week or for at least four hours each Saturday, except for Saturdays falling on holidays. (Cal. Code Regs. Title 10 § 2240.1(b)(4).)

- "Network provider services are rendered pursuant to written procedures which include a documented system for monitoring and evaluating accessibility of such care. The

14

CLASS ACTION COMPLAINT

monitoring of waiting time for appointments shall be a part of such a system." (*Id.* at (b)(7) ["Network provider services" means "health care services which are covered under an insurance contract when rendered by a network provider within the service area." (Cal. Code Regs. Title 10 § 2240(g)].)

43.     Additionally, regulations promulgated pursuant to Insurance Code 10133.5 provide that insurance contracts and Evidences of Coverage shall contain the following (Cal. Code Regs. Title 10 § 2240.2):

- "A provision that the insurer shall give written notice to the group contract holder, within a reasonable period of time, of any termination or permanent breach of contract by, or permanent inability to perform of, any network provider if such termination, breach or inability would materially and adversely affect the contract holder or covered persons." (*Id.* at (b).)

- "A provision that the contract holder shall distribute to the primary covered persons the substance of any notice given to the contract holder pursuant to subsection (b) not later than 30 days after its receipt." (*Id.* at (c).)

- "A provision that, pursuant to Insurance Code section 10133.56 upon termination of a network provider contract, the insurer shall be liable for covered services rendered by such provider to a covered person under the care of such provider at the time of termination until such services are completed, unless reasonable and medically appropriate arrangements for assumption of such services by another network provider are made. This provision need not provide that the insurer shall be liable for any services rendered to a covered person after such person ceases to be eligible for coverage under the insurance contract." (*Id.* at (d).)

- "A brief and prominent warning reflecting the limitations in the contract pertaining to network provider services. Such warning shall identify, by caption or number, the certificate provisions required by subsections (d), (e) and (f), below." (Cal. Code Regs. Title 10 § 2240.3(c) ["Network provider services" means "health care services which are covered under an insurance contract when rendered by a network provider within the service area." (Cal. Code Regs. Title 10 § 2240(g)].)

- "A provision or attachment identifying all network providers or describing where a current directory of network providers can be found on the Internet." (Cal. Code Regs. Title 10 § 2240.3(d).)

44.     Finally, another provision of the California Code of Regulations entitled "Contracts with Exclusive Providers" requires that

Effective June 30, 2008, contracts between network providers and insurers or their agents shall: 1) be in writing and be fair and reasonable as to the parties to such contracts; 2) provide that network providers shall not make any additional charges for rendering network services except as provided for in the contract between the insurer and the insured; 3) include all the agreements between the

CLASS ACTION COMPLAINT

parties pertaining to the rendering of network provider services; 4) recite that the provider's primary consideration shall be the quality of the health care services rendered to covered persons; 5) **include provisions ensuring that providers shall not discriminate** against any insured in the provision of contracted services on the basis of sex, marital status, sexual orientation, race, color, religion, ancestry, national origin, **disability, health status**, health insurance coverage , utilization of medical or mental health services or supplies, or other unlawful basis including without limitation, the filing by such insured of any complaint, grievance, or legal action against a provider.

(Cal. Code Regs. Title 10 § 2240.4(a); emphasis added).

45.     Insurance Code section 10133.56 similarly allows consumers who are in the course of treatment to continue to receive treatment from their provider of choice, including clinical pharmacists, even after the health insurer terminates its contract with the provider:

(a)     A health insurer that enters into a contract with a professional or institutional provider to provide services at alternative rates of payment pursuant to Section 10133 shall, at the request of an insured, arrange for the completion of covered services by a terminated provider, if the insured is undergoing a course of treatment for any of the following conditions:

(1)     An acute condition. An acute condition is a medical condition that involves a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and that has a limited duration. Completion of covered services shall be provided for the duration of the acute condition.

(2)     A serious chronic condition. A serious chronic condition is a medical condition due to a disease, illness, or other medical problem or medical disorder that is serious in nature and that persists without full cure or worsens over an extended period of time or requires ongoing treatment to maintain remission or prevent deterioration. **Completion of covered services shall be provided for a period of time necessary to complete a course of treatment and to arrange for a safe transfer to another provider**, as determined by the health insurer in consultation with the insured and the terminated provider and consistent with good professional practice. Completion of covered services under this paragraph shall not exceed 12 months from the contract termination date.

* * *

46.     Insurance Code sections 10603 and 10604 require health plans to "provide, in easily understood language . . . and in a uniform, clearly organized manner" information including the "principal benefits and coverage of the disability insurance policy" and the "exceptions, reductions, and limitations that apply to such policy."

CLASS ACTION COMPLAINT

47.     The California Consumers Legal Remedies Act, Cal. Civ. Code section 1750, *et seq.*, is a statute that is to be liberally construed and applied to promote its underlying purposes "which are to protect consumers against unfair and deceptive business practices and to provide efficient and economical procedures to secure such protection." In order to promote those goals, the Legislature has set forth numerous "unfair methods of competition and unfair and deceptive practices" that are not to be undertaken by businesses in transactions intended to result in the sale of goods or services to consumers.

## PLAINTIFF'S FACTUAL ALLEGATIONS

48.     Plaintiff JOHN DOE is HIV positive and enrolled in an individual United Healthcare Choice Plus health plan. JOHN DOE has been a member of United since approximately February 1, 2013 through his employer, the Los Angeles Department of Water and Power.

49.     JOHN DOE currently takes three HIV/AIDS specialty medications (Isentress, Baraclude 2 mg, and Nevirapine) subject to the United mail-order pharmacy requirement. JOHN DOE received the February Letter and the follow-up letter sent by United in March.

50.     JOHN DOE has had HIV since 1992 and has known his pharmacist since approximately 1995. JOHN DOE's pharmacist is an HIV pharmacology expert and has earned the designation of HIV Expert from the American Academy of HIV Medicine (AAHIVM). JOHN DOE's pharmacist knows his entire health history and dispenses all his drugs including non-HIV medications (JOHN DOE takes seven non-HIV medications to treat Diabetes, Herpes, Fanconi Syndrome, Hepatitis B, high cholesterol, and erectile dysfunction.) JOHN DOE has two doctors that he sees every three to six months for HIV and diabetes, and two doctors he sees annually for other conditions. JOHN DOE counts himself lucky to have good HIV doctors, but he relies on his pharmacist to "see the whole picture"—to track his HIV and non-HIV medications, keep an eye-out for adverse drug interactions, and serve as a bridge between patient and physicians. JOHN DOE's pharmacist would also call each month to remind him to refill his medications; not so with OptumRx. JOHN DOE asks, "How can OptumRx ever replace my 18 year relationship with my pharmacist? When I need someone to talk to, she's there."

CLASS ACTION COMPLAINT

51.     But for the Program, under the terms of JOHN DOE's coverage the maximum JOHN DOE would pay for his HIV/AIDS medications is a $20.00 co-payment for each drug. However, as described above, under the Program if JOHN DOE purchases his HIV/AIDS medications at his retail pharmacy, JOHN DOE's prescriptions would be subject to the "non-Network Benefit," requiring JOHN DOE to pay far more for his medications. In fact, JOHN DOE would be required to purchase the medications at *full retail price*—$1,218.37 each month for his three HIV/AIDS medications—at his retail pharmacy. JOHN DOE would then be required to submit a request for reimbursement from United, an uncertain process that often takes weeks or months to complete. JOHN DOE may receive reimbursement, but not at the full network rate. For all but the wealthiest HIV/AIDS patients, such large out-of-pocket payments with no certainty of immediate reimbursement are untenable.   Though it is no conciliation for JOHN DOE, as HIV/AIDS drug regimens go, JOHN DOE's medications are considered relatively inexpensive.

52.     JOHN DOE's experience with OptumRx has confirmed his worst fears.  To set-up his first delivery from OptumRx he was told he had to call back a total of three times. First, he called to set-up his OptumRx account; he was told he would have to call back once his HIV prescriptions had been confirmed by his doctor's office.  He called back again—the doctor's office had confirmed his medications, now he would have to wait for OptumRx "pharmacy specialist" to review his order.  The pharmacy specialist was not available for JOHN DOE to talk to; he had to wait and call back again the next day.  At this point, JOHN DOE was beyond frustrated. He was running low on medication—which for HIV/AIDS patients is a life-threatening situation, and the added stress of dealing with OptumRx was making his situation unstable. JOHN DOE finally received medications with only a few days' supply left.  He asked to not participate in the Program but was told participation was mandatory.  JOHN DOE's experience with his May medication shipment was much the same: poor customer service, and two phone calls to order refills of the same medications he had ordered just the month before.

53.     Thus, Plaintiff and others similarly situated are currently facing a Morton's Fork – be forced to pay thousands of dollars each month out of pocket for medications otherwise covered with their prescription drug health plan, or forego using the pharmacist who understands

CLASS ACTION COMPLAINT

1   his or her required regimen and take advice from someone he or she has never met in some

2   undisclosed location.

3   ## DEFENDANTS' UNLAWFUL CONDUCT

4   54.     Defendants' practices violate numerous provisions of California law outlined

5   above.

6   55.     First, as detailed above, the Program violates Class members' inalienable right to

7   privacy by eliminating their choice to keep their medical condition private by requiring public

8   delivery of their medications.

9   56.     The Program violates the Unruh Civil Rights Act, Civil Code section 51, *et seq.*,

10  as the Program targets individuals with specific disease states.  Here, Defendants specifically

11  target certain "specialty medicines" that are used to treat serious and chronic health conditions. In

12  fact, due to the specialized nature of the targeted medications, this policy change will only or

13  predominantly impact subscribers with serious medical conditions, and specifically for purposes

14  of this Complaint, persons with HIV/AIDS.   Furthermore, the Unruh Act requires "equal

15  accommodations, advantages, facilities, privileges, or services in all business establishments of

16  every kind whatsoever" for all persons regardless of "disability [or] medical condition."   The

17  Program would deny equal use of and access to community pharmacists and deny prescription

18  drug benefits due under their health plans for only these people.

19  57.     As discussed above, Defendants' actions violate the intent and spirit of Insurance

20  Code sections 10273.6, 10128.50, *et seq.*, and 10901.8, which guarantee that seriously ill

21  consumers may renew their health plan coverage, by making continued enrollment under the

22  terms of the Program untenable.  These actions constitute an unlawful constructive eviction from

23  coverage that consumers have a legal right to renew. Although coverage of HIV/AIDS

24  medications is technically provided under the Program, due to the (i) serious health risks

25  associated with the Program, (ii) the Program's threat to Class members' inalienable right to

26  privacy, and (iii) the prohibitively high cost of the medications in the event the consumer opts to

27  continue accessing care at a retail pharmacy, Defendants are, in effect, undermining, and

28  potentially eliminating, access to life-saving medications.

58.   Defendants' conduct also violates Insurance Code section 10133.56, which allows consumers who are in a course of treatment to continue to receive treatment from their provider, including clinical pharmacists, even after an insurer terminates the contract with the provider. Under the Program, if a United enrollee chooses to continue purchasing his or her "specialty medications" from their retail pharmacy of choice, they "will be subject to the non-Network Benefit for that Prescription Drug Product."  Therefore, for specialty medications identified by United, Defendants have effectively terminated contracts with JOHN DOE's provider. Furthermore, HIV/AIDS is a "serious chronic condition" for which Defendants must provide continuity of care under the statute.  Here, Defendants have failed to provide the required "period of time necessary to complete a course of treatment and to arrange for a safe transfer to another provider."  Class members have effectively been told that they may no longer continue to have access to the pharmacists that have been providing them care even though their need for that care is on-going.

59.   United's health plans violate Insurance Code section 10133.5 because United's Outpatient Prescription Drug Rider, which United unilaterally and unconscionably inserted into its Certificates of Coverage, is not "fair and reasonable" (See Ins. Code § 10133.5(b)(4)), among other deficiencies.   Plaintiff and others similarly situated are suffering from serious illnesses. They purchase health plans from United in the first place to guarantee that they would have coverage in the event that they became ill.  They paid their monthly dues on time.  State law guarantees that they can renew their coverage indefinitely.  However, United has unilaterally adopted the Program, making it difficult for Plaintiff and Class members to remain enrolled in United coverage or forcing them to make unacceptable choices in doing so.   In these circumstances, Defendants' conduct is neither fair nor reasonable.

60.   Defendants' conduct also violated Insurance Code section 10133.5 by adopting contract provisions that are inconsistent with *good health care and clinically appropriate care*. (Ins. Code § 10133.5(b)(3).)

61.   Similarly, Defendants' conduct violates regulations promulgated pursuant to Insurance Code section 10133.5 because as a result of this conduct:

CLASS ACTION COMPLAINT

- Class members are not provided duly licensed or accredited providers and pharmacists in sufficient number to be capable of furnishing the health care services covered by the insurance contract, taking into account the number of covered persons, their characteristics and medical needs, including the frequency of accessing needed medical care, in violation of California Code of Regulations, Title 10 section 2240.1, subdivision (b)(1).)

- Decisions pertaining to health care services to be rendered by providers to covered persons are not based on such persons' medical needs and are not made by or under the supervision of licensed and appropriate health care professionals, in violation of California Code of Regulations, Title 10 section 2240.1, subdivision (b)(2).

- Facilities used by providers to render basic health care services, including outpatient prescription drugs needed to treat HIV/AIDS, are not located within reasonable proximity to the work places or the principal residences of the primary covered persons, are not reasonably accessible by public transportation and are not reasonably accessible to the physically handicapped, in violation of California Code of Regulations, Title 10 section 2240.1, subdivision (b)(2).

- Basic health care services, including the provision of outpatient prescription drugs needed to treat HIV/AIDS and counseling services provided by appropriately licensed or certified medical professionals, are not available at least 40 hours per week, are not available until at least 10:00 p.m. at least one day per week or for at least four hours each Saturday, in violation of California Code of Regulations, Title 10 section 2240.1, subdivision (b)(4).

- Network provider services, including services provided by network pharmacies and pharmacists, are not rendered pursuant to written procedures which include a documented system for monitoring and evaluating accessibility of such care in violation of California Code of Regulations, Title 10 section 2240.1, subdivision (b)(7).

62.    Defendants' conduct also violates regulations promulgated pursuant to Insurance Code section 10133.5 requiring that Evidences of Coverage contain provisions regarding network provider services which United's Evidences of Coverage do not contain, including:

- A provision that the insurer shall give written notice to the group contract holder, within a reasonable period of time, of any termination or permanent breach of contract by, or permanent inability to perform of, any network provider if such termination, breach or inability would materially and adversely affect the contract holder or covered persons, in violation of California Code of Regulations, Title 10, section 2240.2, subdivision (b).

- A provision that, upon termination of a network provider contract, including the contract of a network pharmacy and its pharmacists, the insurer shall be liable for covered services rendered by such provider to a covered person under the care of such provider at the time of termination until such services are completed, unless reasonable and medically appropriate arrangements for assumption of such services by another network

21

CLASS ACTION COMPLAINT

provider are made, in violation of California Code of Regulations, Title 10, section 2240.2, subdivision (d). Even if Class members' Evidences of Coverage contain such a provision, Defendants' conduct has violated these requirements because United has failed to provide reasonable and medically appropriate arrangements for the assumption of such services.

- A **brief and prominent warning** reflecting the limitations in the contract pertaining to network provider services, including limitations to network pharmacies' and pharmacists' ability to dispense specialty medications at in-network rates, including provisions required by subdivisions (d), (e) and (f), in violation of California Code of Regulations, Title 10, section 2240.3, subdivision (c).

- A provision or attachment identifying all network providers or describing where a current directory of network providers can be found on the Internet, in violation of California Code of Regulations, Title 10, section 2240.3, subdivision (d). United has not provided such a provision or attachment.

63. Finally, Defendants' conduct violates another provision of the California Code of Regulations, entitled "Contracts with Exclusive Providers," because (1) contracts between network pharmacies and pharmacists and United are not fair and reasonable as to the parties to such contracts; (2) as a result of the Program network pharmacies and pharmacists may be required to charge HIV/AIDS patients additional charges for rendering network services compared to enrollees seeking to fill prescriptions for non-specialty medications; and (3) such contracts include provisions requiring network pharmacies to discriminate against any insured in the provision of contracted services on the basis of sexual orientation, **disability, health status,** utilization of medical or mental health services or supplies, or other unlawful. (Cal. Code Regs. Title 10 § 2240.4(a) (emphasis added). Class members are the intended third-party beneficiaries of the contract between United and its network pharmacies and pharmacists.

64. Class members' EOCs also violate Insurance Code sections 10603 and 10604, which require health plans to "provide, in easily understood language . . . and in a uniform, clearly organized manner" information including the "principal benefits and coverage of the disability insurance policy" and the "exceptions, reductions, and limitations that apply to such policy." Here, the EOCs misrepresent the coverage under the health plans for the medications in question, including the prescription drug benefits, as described above, and fail to provide information about the "exceptions, reductions, and limitations" to the prescription drug benefits embodied in the Program, as described herein. The EOCs are inconsistent with the Outpatient

22

Prescription Drug Rider, described above, which United unilaterally and unconscionably inserted into Class members EOCs.

65.     For similar reasons, such conduct also violates various provisions of the Consumers Legal Remedies Act, Civil Code section 1770, because:

- By adopting the Program after Class members enrolled in coverage, Defendants have "[r]epresented that goods or services have sponsorship, approval, *characteristics*, ingredients, uses, *benefits*, or quantities which they do not have," in violation of subdivision (a)(5). (Emphasis added).

- By entering into transactions with Class members for health plans that purportedly allow consumers to purchase their prescription drugs at retail pharmacies, Defendants have "[r]epresent[ed] that a transaction confers or involves rights, remedies, or obligations which it does not have or involve, *or which are prohibited by law*," in violation of subdivision (a)(14).

- By unilaterally altering its agreement with Class members by adopting the Program, which dramatically threatens the health and privacy of the Class, Defendants have "[i]nsert[ed] an unconscionable provision in the contract," in violation of subdivision (a)(19).

66.     By asserting such conduct is lawful when it is not, or that they do not have a right to not participate in the Program when they secretly provide that right to other enrollees, Defendants have also disseminated uniformly misleading information to United enrollees.

67.     For all these reasons, Defendants must provide Class members the right to not participate in the Program and instead benefit from in-person counseling from a pharmacist in order to receive the services they are entitled to receive. Forcing patients to participate in a mandatory mail order program will cause severe detriment and irreparable harm to Class members. Such conduct is continuing, as Class members either have switched against their will or are presently deciding what actions they must take.

## CLASS ALLEGATIONS

68.     This action is brought on behalf of Plaintiff individually and on behalf of all other similarly situated current California residents pursuant to Federal Rules of Civil Procedure Rule 23. Plaintiff seeks to represent the following class (the "Class"):

All current California residents enrolled in a UHG health plan, including any individual plan, governmental plan, or church plan with prescription drug benefits and who (i) require specialty medications to treat HIV/AIDS and (ii)

either already are or will be required to participate in the Program.[5]

69.     The precise number and identity of Class members are unknown to Plaintiff but as indicated can be obtained from Defendants' records.

70.     Common questions of law and fact predominate over any individualized questions.  Common legal and factual questions include the following:

(a)     Whether Defendants' conduct violates the laws detailed above;

(b)     Whether Defendants engaged in an unlawful, unfair, fraudulent, misleading or deceptive business act or practice with regard to implementation of the Program;

(c)     Whether Plaintiff and Class members are entitled to damages, disgorgement of profits and/or restitution; and

(d)     Whether Plaintiff and Class members are entitled to an Order enjoining Defendants from engaging in the conduct here at issue.

71.     For the reasons set forth above, Plaintiff's claims are typical of the claims of the Class in that he has been subjected to the practices at issue.  Additionally, Plaintiff has already lost money or property as a result of these acts and practices.

72.     Plaintiff is willing and prepared to serve the Court and the proposed Class in a representative capacity.  Plaintiff will fairly and adequately protect the interests of the Class and has no interests adverse to or which materially and irreconcilably conflict with the interests of the other members of the Class.

73.     The self-interests of Plaintiff are co-extensive with and not antagonistic to those of absent Class members.  Plaintiff will undertake to represent and protect the interests of absent Class members.

74.     Plaintiff has engaged the services of counsel indicated below who are experienced in complex class litigation, will adequately prosecute this action, and will assert and protect the rights of and otherwise represent Plaintiff and absent Class members.

75.     A class action is superior to other available means for the fair and efficient

---

[5] "UHG health plans" refers to any health plan offered by any UHG subsidiary in the State of California, including but not limited to United and PacifiCare.

1    adjudication of this controversy.  The injuries suffered by individual Class members are, while

2    important to them, relatively small compared to the burden and expense of individual prosecution

3    of the complex and extensive litigation needed to address Defendants' conduct.  Individualized

4    litigation presents a potential for inconsistent or contradictory judgments.  By contrast, a class

5    action presents far fewer management difficulties; allows the hearing of claims that might

6    otherwise go unaddressed; and provides the benefits of single adjudication, economies of scale,

7    and comprehensive supervision by a single court.

8        76.    Defendants have acted or refused to act on grounds generally applicable to the

9    Class, thereby making appropriate final and injunctive relief with respect to the members of the

10   Class as a whole.

11                              **FIRST CAUSE OF ACTION**

12              **Violation of Business & Professions Code § 17200, *et seq.* –**

13                       **Unlawful Business Acts and Practices**

14       77.    Plaintiff incorporates by reference each of the preceding paragraphs as though

15   fully set forth herein.

16       78.    Business & Professions Code section 17200, *et seq.* prohibits acts of "unfair

17   competition", which is defined by Business & Professions Code section 17200 as including "any

18   unlawful, unfair or fraudulent business act or practice. . . ."

19       79.    The acts and practices, as described above, violate Business & Professions Code

20   section 17200's prohibition against engaging in "unlawful" business acts or practices, by, *inter*

21   *alia*, violating the above sections of the Civil Code, Insurance Code, California Code of

22   Regulations, and the other laws as set forth herein.

23       80.    Plaintiff and Class members have already been injured and/or will suffer injury in

24   fact and a loss of money or property by Defendants' unlawful business acts and practices by, *inter*

25   *alia*, spending hours dealing with these issues and either paying or being told they will need to

26   pay and/or by paying increased amounts for such medications, even if covered.

27       81.    As a result of Defendants' violations of the UCL, Plaintiff and Class members are

28   entitled to equitable relief in the form of full restitution and disgorgement of the profits derived

1  from these unlawful business acts and practices.

2       82.     Plaintiff also seeks an order enjoining Defendants from continuing these unlawful

3  business practices and from engaging in such conduct.

4       83.     THEREFORE, Plaintiff prays for relief as set forth below.

5  **SECOND CAUSE OF ACTION**

6  **Business & Professions Code § 17200, *et seq.* –**

7  **Unfair Business Acts and Practices**

8       84.     Plaintiff incorporates by reference each of the preceding paragraphs as though

9  fully set forth herein.

10       85.     The acts and practices of Defendants, as described above, and each of them,

11  constitute unfair business acts and practices.

12       86.     Defendants' conduct does not benefit consumers or competition.  Indeed the harm

13  to consumers and competition is substantial.

14       87.     Plaintiff and Class members could not have reasonably avoided the injury each of

15  them suffered based on implementation of the Program, which injury is substantial.

16       88.     The gravity of the consequences of Defendants' conduct as described above

17  outweighs any justification, motive or reason therefor and is immoral, unethical, unscrupulous,

18  offends established public policy that is tethered to a legislatively declared policy as set forth in

19  the laws detailed above, or is substantially injurious to Plaintiff and other members of the Class.

20       89.     Plaintiff and Class members have already been injured and/or will suffer injury in

21  fact and a loss of money or property by Defendants' unfair business acts and practices by, inter

22  alia, spending hours dealing with these issues and either paying or being told they will need to

23  pay for such medications and/or paying increased amounts for such medications, even if covered,

24  and receiving lesser benefits.

25       90.     As a result of Defendants' violations of the UCL, Plaintiff and Class members are

26  entitled to equitable relief in the form of full restitution and disgorgement of the profits derived

27  from these unfair business acts and practices.

28       91.     Plaintiff also seeks an order enjoining Defendants from continuing to engage in

26

1  such conduct.

2  92.  THEREFORE, Plaintiff prays for relief as set forth below.

3  ### THIRD CAUSE OF ACTION

4  #### Business & Professions Code § 17200, *et seq.* –

5  #### Fraudulent Business Acts and practices

6  93.  Plaintiff incorporates by reference each of the preceding paragraphs as though

7  fully set forth herein.

8  94.  The acts and practices of Defendants as described above constitute fraudulent

9  business practices under Business & Professions Code section 17200, *et seq.*

10  95.  As more fully described herein, Defendants' misleading and fraudulent

11  communications are likely to deceive reasonable California consumers into believing they have

12  no reasonably available choice other than to participate in the Program. Class members were

13  additionally deceived regarding United's written announcement of the additional cost of using

14  their pharmacists of choice when doing so is prohibited by law and regarding their statutory

15  rights, or being told by Defendants that they had no ability to not participate in the Program when

16  that right was provided to some, albeit a limited number, of United enrollees. Defendants'

17  misrepresentations and omissions of material fact were material and were a substantial factor in

18  Plaintiff's decision to enroll in OptumRx, and the decision of Class members to either stay with

19  their pharmacist and pay additional money or switch to the Program and risk their health and

20  privacy.

21  96.  These acts and practices resulted in and caused Plaintiff and Class members to

22  participate in the Program even though they did and do not desire to do so, not pursue all

23  alternatives, or pay more for medications, or to accept lesser benefits and services than they

24  would have received absent Defendants' conduct. Plaintiff and Class members have already been

25  injured and/or will suffer injury in fact and a loss of money or property as a result of Defendants'

26  fraudulent business acts and practices by, *inter alia*, spending hours dealing with these issues

27  and/or paying increased amounts for such specialty medications, even if covered, and receiving

28  lesser benefits under the Program.

27

97.     As a result of Defendants' violations of the UCL, Plaintiff and Class members are entitled to equitable relief in the form of full restitution and disgorgement of the profits derived from Defendants' fraudulent business acts and practices.

98.     Plaintiff also seeks an order enjoining Defendants from continuing to engage in such conduct.

99.     THEREFORE, Plaintiff prays for relief as set forth below

## FOURTH CAUSE OF ACTION

### Common Counts and Assumpsit/Common Law Restitution

100.     Plaintiff incorporates by reference each of the preceding paragraphs as though fully set forth herein.

101.     United sold health plans to Plaintiff and Class members.

102.     Plaintiff and the Class conferred upon Defendants economic benefits in the form of revenues and profits. United accepted or retained these economic benefits with awareness that Plaintiff and the Class were receiving improperly reduced benefits yet were paying the same or higher costs. OptumRx unjustly benefitted by obtaining revenues and profits from Plaintiff and Class members who would not otherwise do business with it absent the illegal conduct engaged in by Defendants.  Permitting Defendants to retain the unjust benefits and enrichment conferred by Plaintiff and the Class resulting from the acts and practices at issue under these circumstances is unjust and inequitable.   These amounts can be calculated as a sum certain upon Defendants providing access to the appropriate records in the course of discovery, but in general can be determined based on the amount of monies saved by Defendants by eliminating pharmacists from the medication delivery equation and doing business with its sister subsidiary, or the amount of co-pays or of non-network payments made by Class members as a result of the implementation of the Program.

103.     As a result of Defendants' conduct, Plaintiff and the Class have suffered harm and thus seek an order for disgorgement and restitution of Defendants' revenues, profits and other benefits resulting from the acts and practices at issue herein.

28

CLASS ACTION COMPLAINT

# FIFTH CAUSE OF ACTION

## Breach of the Implied Covenant of Good Faith and Fair Dealing

104.    Plaintiff incorporates by reference each of the preceding paragraphs as though fully set forth herein.

105.    Each of the agreements described in this Complaint contain an implied covenant of good faith and fair dealing that is incorporated into all contracts as a matter of law that, *inter alia*, such contracts shall be performed and executed consistent with the requirements of California law and enforced in a manner that acts to protect and make effective the interests of Plaintiff and Class members in the having the promises required by agreement and law performed and by ensuring companies do not engage in unfair dealing.  No breach of any specific provision of the parties' agreements need be shown in order for Plaintiff to assert this claim.

106.    Defendants, either separately or by acting in concert, breached this duty of good faith and fair dealing owed to Plaintiff and Class members, and in undertaking such actions frustrated or denied them the benefits of their bargain while charging them the same or higher costs.

107.    Defendants also breached this duty of good faith and fair dealing owed to Plaintiff and members of the Class by other acts or omissions of which Plaintiff is presently unaware and which will be shown according to proof at trial.

108.    As a proximate result of the conscious, deliberate and objectively unreasonable conduct of Defendants as set forth above, which conduct was either intended, designed to or did frustrate the rights of Plaintiff and Class members arising out of the purposes of such agreements and their reasonably justified expectations based upon the requirements of the law, Plaintiff and members of the Class have suffered and/or will continue to suffer in the future, damages plus interest, and other economic and consequential damages, in an amount to be proven at trial.  As a further proximate result of the conduct of Defendants, Plaintiff was compelled to retain legal counsel and to institute litigation to obtain the benefits of these agreements and covenants for the benefit of themselves and all other Class members.

29

CLASS ACTION COMPLAINT

# SIXTH CAUSE OF ACTION

## Declaratory Relief

109.    Plaintiff incorporates by reference each of the preceding paragraphs as though fully set forth herein.

110.    An actual controversy over which this Court has jurisdiction now exists between Plaintiff, members of the Class and Defendants concerning their respective rights, duties and obligations under various agreements as set forth herein.  Plaintiff desires a declaration of rights under the individual contracts with Class members asserted herein, including whether (1) Defendants may implement the Program; and, (2) if such agreements can unilaterally be modified by Defendants, which declaration may be had before there has been any breach of such obligation in respect to which such declaration is sought.

111.    Plaintiff and Class members may be without adequate remedy at law, rendering declaratory relief appropriate in that:

(a)    relief is necessary to inform the parties of their rights and obligations under the agreements asserted herein;

(b)    damages may not adequately compensate Class members for the injuries suffered, nor may other claims permit such relief;

(c)    the relief sought herein in terms of ceasing such practices may not be fully accomplished by awarding damages; and

(d)    if the conduct complained of is not enjoined, harm will result to Class members and the general public because Defendants' wrongful conduct is both threatened as to those Class member who have yet to sign up for the Program and is continuing as to those Class members who desire to not participate in the Program and are currently being denied or not informed of that right. A judicial declaration is therefore necessary and appropriate at this time and under these circumstances so the parties may ascertain their respective rights and duties.

112.    Plaintiff requests a judicial determination and declaration of the rights of Class members, and the corresponding responsibilities of Defendants.  Plaintiff also requests an order

30

CLASS ACTION COMPLAINT

1    declaring Defendants are obligated to not implement the Program as currently in place and

2    provide them the opportunity or decision not to participate in the Program, or pay restitution to all

3    members of the Class as appropriate and pay over all funds Defendants wrongfully acquired

4    either directly or indirectly as a result of the illegal conduct by which Defendants were unjustly

5    enriched.

6                          **SEVENTH CAUSE OF ACTION**

7                          **Violation of Unruh Civil Rights Act**

8                          **(Cal. Civ. Code § 51, *et seq.*)**

9        113.    Plaintiff incorporates by reference each of the preceding paragraphs as though

10   fully set forth herein.

11       114.    The Unruh Civil Rights Act ("Unruh" or the "Act"), Civil Code section 51(b),

12   provides:

13           All persons within the jurisdiction of this state are free and equal, and no matter
             what their sex, race, color, religion, ancestry, national origin, disability, medical
14           condition, genetic information, marital status, or sexual orientation are entitled to
             the full and equal accommodations, advantages, facilities, privileges, or services
15           in all business establishments of every kind whatsoever.

16       115.    Defendants' actions have denied Plaintiff and members of the Class full and equal

17   benefits under their health plans.  Defendants also discriminated or made a distinction that denied

18   Plaintiff and Class members full benefits under those health plans.

19       116.    Defendants' actions constitute discrimination on the basis of medical condition,

20   disability, genetic information, and sexual orientation as set forth herein.

21       117.    Defendants' Program results in arbitrary discrimination.  While Defendants may

22   assert that requiring seriously ill patients to fill prescriptions for certain expensive drugs through a

23   mail order service is factually and rationally related to providing cost-effective health care, in fact

24   an increased risk of detrimental health outcomes, and loss of personal privacy, associated with

25   mail order pharmacy services may actually ***increase costs*** and personal hardship over time.

26   Furthermore, community standards in California do not comport with health insurance companies

27   subjecting enrollees with HIV/AIDS to different and riskier means of obtaining life-sustaining

28   medications, and thus does not implicate a compelling societal interest, while also reinforcing

31

harmful stereotypes of excluding such persons from the normal societal means of acquiring complex medications. Such arbitrary discrimination has the effect of terminating community pharmacy access to Plaintiff and others similarly situated and would deny them equal and full use and access to these community pharmacy facilities.

118.    By implementing its new Program, which will effectively terminate community pharmacists from Plaintiff's and Class members' network of service, Defendants have specifically targeted individuals that have a particular chronic disease and intentionally and affirmatively made a distinction or discrimination against such persons on the basis of their specific chronic disease. Such conduct is prohibited by the Unruh Civil Rights Act, Civil Code section 51.

119.    Plaintiff's and others' specific chronic medical condition and the need to procure expensive medications to treat that chronic condition was a motivating reason for Defendants' conduct in terminating their access to community specialty pharmacies and pharmacists.

120.    Plaintiff and Class members either will or will continue to be harmed by Defendants' actions through the loss of access to their local pharmacy and specialty pharmacist and their continuity of care as a result of the Program.

121.    Defendants' conduct has or will cause harm to Plaintiff and all others similarly situated, and is a substantial factor in causing such harm.

122.    As a proximate result of Defendants' conduct, Plaintiff and Class members are entitled to recover actual, compensatory and statutory damages in an amount to be proven at trial as well as attorneys' fees and costs.

123.    Plaintiff is seeking to recover the $4,000 per person minimum damages that Civil Code section 52 imposes for violations of the Unruh Civil Rights Act.

124.    In addition, Defendants concerted conduct as described herein was intended by them to cause injury to members of the Class and/or was despicable conduct carried on by Defendants with a willful and conscious disregard of the rights of members of the Class, subjected members of the Class to cruel and unjust hardship in conscious disregard of their rights, and was an intentional misrepresentation, deceit, or concealment of material facts known to

CLASS ACTION COMPLAINT

1  Defendants with the intention to deprive members of the Class property, legal rights or to

2  otherwise cause injury, such as to constitute malice, oppression or fraud under Civil Code section

3  3294, thereby entitling Plaintiff and members of the Class to exemplary damages in an amount

4  appropriate to punish or set an example of Defendants.

5                                    **PRAYER FOR RELIEF**

6          WHEREFORE, Plaintiff, individually and on behalf of the Class, prays for relief as

7  follows as applicable for the particular cause of action:

8          1.      An Order certifying this as a Class and appointing Plaintiff and the counsel listed

9  below to represent the Class;

10         2.      An Order awarding Plaintiff and the Class restitution and/or disgorgement and

11  such other equitable relief as the Court deems proper;

12         3.      An Order enjoining Defendants from continuing to implement the Program in

13  violation of applicable law;

14         4.      An Order awarding Plaintiff and the Class actual, compensatory, statutory and

15  exemplary damages and pre-judgment and post-judgment interest;

16         5.      An Order awarding Plaintiff's attorneys' fees, expert witness fees and other costs

17  pursuant to, *inter alia*, Code Civ. Proc. section 1021.5; and

18         6.      An Order awarding such other and further relief as may be just and proper.

19                                    **JURY DEMAND**

20         Plaintiff demands a trial by jury on all issues so triable.

21  DATED: June__, 2013                          **CONSUMER WATCHDOG**

22                                       By: _____

23                                              Jerry Flanagan (SBN 271272)

24                                       Harvey Rosenfield (SBN: 123082)
                                         Pamela Pressley (SBN: 180362)
25                                       Jerry Flanagan (SBN: 271272)
                                         2701 Ocean Park Blvd., Suite 112
26                                       Santa Monica, CA 90405
                                         Tel: (310) 392-0522
27                                       harvey@consumerwatchdog.org
                                         pam@consumerwatchdog.org
28                                       jerry@consumerwatchdog.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHATLEY KALLAS, LLP

By: _____
Alan M. Mansfield (SBN 125998)
(Of Counsel)
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
Tel: (619) 308-5034
Fax: (855) 274-1888
amansfield@whatleykallas.com

Edith M. Kallas (To Apply Pro Hac Vice)
380 Madison Avenue, 23rd Floor
New York, NY  10017
Tel: (212) 447-7060
Fax: (800) 922-4851
ekallas@whatleykallas.com

Kristin Libby (SBN 284292)
355 So. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (310) 684-2504
Fax: (888) 331-9633
klibby@whatleykallas.com

*Attorneys for Plaintiff*

CLASS ACTION COMPLAINT





02/11/2013

Dear ▓▓▓▓▓▓

Call OptumRx℠ Specialty
Pharmacy today to transfer
your prescription
• 1-866-218-7388
  8 a.m. to 10 p.m. ET
  Monday – Friday
• On-call pharmacists available 24/7
  for emergencies
• Have your ID card, physician name
  & number ready

# Welcome to the Specialty Pharmacy Program.

Specialty medications are very important to maintaining or improving your health when you are living with a complex or chronic condition. People who take specialty medications can benefit from more personalized and ongoing clinical and educational support which our specialty pharmacy program provides, including:

- **24/7 access to pharmacists and nurses**
- **Programs**ᵃ specific to your condition
- **Guidance on lower-cost medication options** that you may discuss with your doctor
- **Educational materials** to help you better understand and manage your condition
- **Monthly phone calls** to help you refill your medications on time
- **Convenient, timely delivery** and confidential packaging

Our records show that you may have recently filled a prescription for ISENTRESS TAB, NEVIRAPINE TAB, BARACLUDE TAB, which we classify as a specialty medication(s).

To continue receiving network benefit coverage for your specialty medication, you will need to use OptumRx℠ Specialty Pharmacy. You may continue to fill your prescriptions for non-specialty medications at your retail or mail order pharmacy under your pharmacy benefit.

**Important to note**
If you choose to use a pharmacy other than OptumRx for your specialty medication(s) you may pay more, and will not have access to the comprehensive support our program provides. To avoid additional costs and take advantage of this support, we encourage you to fill prescriptions for your specialty medication at OptumRx.

Network specialty pharmacies will dispense up to a 34-day supply, based on your benefit plan and product packaging. This helps reduce waste when adjustments or changes are made to your medications. We know this may be a change for you. We will work with you and your doctor to make it as easy as possible.

**For more information**
Please read the enclosed brochure to learn more about the Specialty Pharmacy Program. We appreciate the opportunity to serve you.

Sincerely,

*Susan V Maddux*

Susan V. Maddux, PharmD
Pharmacy Director

**UnitedHealthcare**®



# Outpatient Prescription Drug Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy is issued to the Enrolling Group and provides Benefits for Prescription Drug Products.

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms* and in this Rider in *Section 3: Defined Terms*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your" we are referring to people who are Covered Persons, as the term is defined in the *Certificate of Coverage* in *Section 9: Defined Terms*.

NOTE: The Coordination of Benefits provision in the *Certificate of Coverage* in *Section 7: Coordination of Benefits* applies to Prescription Drug Products covered through this Rider. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in the *Certificate of Coverage*.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Introduction

## Coverage Policies and Guidelines

Our Prescription Drug List ("PDL") Management Committee is authorized to make tier placement changes on our behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of factors including, but not limited to, clinical and economic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether supply limits or notification requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Prescription Drug Product.

Some Prescription Drug Products are more cost effective for specific indications as compared to others; therefore, a Prescription Drug Product may be listed on multiple tiers according to the indication for which the Prescription Drug Product was prescribed.

We may periodically change the placement of a Prescription Drug Product among the tiers. These changes generally will occur quarterly, but no more than six times per calendar year. These changes may occur without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

NOTE: The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the *Certificate of Coverage* in *Section 5: How to File a Claim*. When you submit a claim on this basis, you may be required to pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost, less the required Copayment and/or Coinsurance, and any deductible that applies.

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Prescription Drug Product.

## Limitation on Selection of Pharmacies

If we determine that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, we may require you to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date we notify you, we will select a single Network Pharmacy for you.

## Rebates and Other Payments

We may receive rebates for certain drugs included on the Prescription Drug List. We do not pass these rebates on to you, nor are they taken into account in determining your Copayments and/or Coinsurance.

We, and a number of our affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this Prescription Drug Rider. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this Prescription Drug Rider. We are not required to pass on to you, and do not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

At various times, we may send mailings to you or to your Physician that communicate a variety of messages, including information about Prescription Drug Products. These mailings may contain coupons or offers from pharmaceutical manufacturers that enable you, at your discretion, to purchase the described drug product at a discount or to obtain it at no charge. Pharmaceutical manufacturers may pay for and/or provide the content for these mailings. Only your Physician can determine whether a change in your Prescription Order or Refill is appropriate for your medical condition.

## Special Programs

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication regimens. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

# Outpatient Prescription Drug Rider Table of Contents

**Section 1: Benefits for Prescription Drug Products**................................5
**Section 2: Exclusions** ...............................................................7
**Section 3: Defined Terms** .........................................................9

# Section 1: Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed. Refer to the *Outpatient Prescription Drug Schedule of Benefits* for applicable Copayments and/or Coinsurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

**Specialty Prescription Drug Products**

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

Please see *Section 3: Defined Terms* for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on Specialty Prescription Drug Product supply limits.

**Prescription Drugs from a Retail Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail Network Pharmacy supply limits.

**Prescription Drugs from a Retail Non-Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail non-Network Pharmacy.

If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with us, as described in *Section 5* of your *Certificate of Coverage*. We will not reimburse you for the difference between the Predominant Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge for that Prescription Drug Product. We will not reimburse you for any non-covered drug product.

In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail non-Network Pharmacy supply limits.

**Prescription Drug Products from a Mail Order Network Pharmacy**

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on mail order Network Pharmacy supply limits.

Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine if Benefits are provided for your Prescription Drug Product and for information on how to obtain your Prescription Drug Product through a mail order Network Pharmacy.

# Section 2: Exclusions

Exclusions from coverage listed in the *Certificate of Coverage* apply also to this Rider, except that any preexisting condition exclusion in the *Certificate of Coverage* is not applicable to this Rider. In addition, the following exclusions apply:

1. Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

2. Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

3. Drugs which are prescribed, dispensed or intended for use during an Inpatient Stay.

4. Experimental or Investigational or Unproven Services and medications; medications used for experimental indications and/or dosage regimens determined by us to be experimental, investigational or unproven.

5. Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

6. Prescription Drug Products for any condition, Injury, Sickness or mental illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

7. Any product dispensed for the purpose of appetite suppression or weight loss.

8. A Pharmaceutical Product for which Benefits are provided in your *Certificate of Coverage*. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

9. Durable Medical Equipment. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

10. General vitamins, except the following which require a Prescription Order or Refill: prenatal vitamins, vitamins with fluoride, and single entity vitamins.

11. Unit dose packaging of Prescription Drug Products.

12. Medications used for cosmetic purposes.

13. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that we determine do not meet the definition of a Covered Health Service.

14. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

15. Prescription Drug Products when prescribed to treat infertility.

16. Prescription Drug Products for smoking cessation.

17. Compounded drugs that do not contain at least one ingredient that has been approved by the U.S. Food and Drug Administration and requires a Prescription Order or Refill. Compounded drugs that are available as a similar commercially available Prescription Drug Product. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-3.)

18. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless we have designated the over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that we have determined are Therapeutically Equivalent to an over-the-counter drug. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

19. New Prescription Drug Products and/or new dosage forms until the date they are assigned to a tier by our Prescription Drug List Management Committee.

20. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

21. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, even when used for the treatment of Sickness or Injury.

22. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product.

23. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product.

# Section 3: Defined Terms

**Brand-name** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we identify as a Brand-name product, based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by us.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that we identify as a Generic product based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by us.

**Network Pharmacy** - a pharmacy that has:

- Entered into an agreement with us or an organization contracting on our behalf to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

- Been designated by us as a Network Pharmacy.

**New Prescription Drug Product** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the U.S. Food and Drug Administration and ending on the earlier of the following dates:

- The date it is assigned to a tier by our Prescription Drug List Management Committee.

- December 31st of the following calendar year.

**Predominant Reimbursement Rate** - the amount we will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee and any applicable sales tax. We calculate the Predominant Reimbursement Rate using our Prescription Drug Cost that applies for that particular Prescription Drug Product at most Network Pharmacies.

**Prescription Drug Cost** - the rate we have agreed to pay our Network Pharmacies, including a dispensing fee and any applicable sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List** - a list that categorizes into tiers medications, products or devices that have been approved by the U.S. Food and Drug Administration. This list is subject to our periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Prescription Drug Product has been assigned through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Prescription Drug List Management Committee** - the committee that we designate for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, product or device that has been approved by the U.S. Food and Drug Administration and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill.

A Prescription Drug Product includes a drug approved by the U.S. Food and Drug Administration, which is prescribed for a use that is different from the use for which the U.S. Food and Drug Administration approved it, when needed for treatment of a chronic and seriously debilitating or life-threatening condition. The drug must be recognized for the specific treatment for which the drug is being prescribed by any of the following: (1) the *American Hospital formulary Service Drug Information,* (2) one of the following compendia, if recognized by the federal Centers for Medicare and Medicaid Services as part of an anticancer chemotherapeutic regimen: *Elsevier Gold Standard's Clinical Pharmacology, National Comprehensive Cancer Network Drug and Biologics Compendium,* or *Thomson Microdex DrugDex*; or (3) it is recommended by two articles from major peer reviewed medical journals. However, there is no coverage for any drug that the *U.S. Food and Drug Administration* or a major peer reviewed medical journal has determined to be contraindicated for the specific treatment for which the drug has been prescribed.

A Prescription Drug Product includes a drug approved by the *U.S. Food and Drug Administration* prescribed to treat cancer during certain clinical trials as described in the *Certificate of Coverage*.

A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).

- Insulin.

- The following diabetic supplies:

  - standard insulin syringes with needles;

  - blood-testing strips - glucose;

  - urine-testing strips - glucose;

  - ketone-testing strips and tablets;

  - lancets and lancet devices; and

  - glucose monitors.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Specialty Prescription Drug Product** - Prescription Drug Products that are generally high cost, self-injectable biotechnology drugs used to treat patients with certain illnesses. You may access a complete list of Specialty Prescription Drug Products through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Therapeutically Equivalent** - when Prescription Drug Products can be expected to produce essentially the same therapeutic outcome and toxicity.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.



# UnitedHealthcare Choice Plus

# UnitedHealthcare Insurance Company

## Certificate of Coverage

For

the Plan 8CE

of

LADWP

Enrolling Group Number: 742149

Effective Date: July 1, 2012

Offered and Underwritten by

UnitedHealthcare Insurance Company

# UnitedHealthcare Insurance Company

185 Asylum Street

Hartford, Connecticut 06103-3408

800-357-1371

Regulated by:

California Department of Insurance

Consumer Communication Bureau

300 South Spring Street, South Tower

Los Angeles, CA 90013

1-800-927-4357

TDD 800-482-4833

CCOV.I.07.CA

# Table of Contents

## Schedule of Benefits ......................................................................................... 1
Accessing Benefits ........................................................................................................... 1
Pre-service Benefit Confirmation ..................................................................................... 1
Mental Health and Substance Abuse Services ................................................................. 2
Care Coordination[SM] ........................................................................................................ 3
Special Note Regarding Medicare ..................................................................................... 3
Benefits ............................................................................................................................. 3
Benefit Limits ................................................................................................................... 4
Additional Benefits Required By California Law ............................................................ 18
Eligible Expenses ............................................................................................................. 22
Provider Network ............................................................................................................. 22
Continuity of Care ............................................................................................................ 23
Second Medical Opinion .................................................................................................. 23
Designated Facilities and Other Providers ....................................................................... 24
Health Services from Non-Network Providers Paid as Network Benefits ........................ 25
Limitations on Selection of Providers .............................................................................. 25

## Certificate of Coverage ................................................................................... 1
Certificate of Coverage is Part of Policy ......................................................................... 1
Changes to the Document ................................................................................................. 1
Other Information You Should Have ................................................................................ 1

## Introduction to Your Certificate ................................................................ 2
How to Use this Document ............................................................................................... 2
Information about Defined Terms ..................................................................................... 2
Don't Hesitate to Contact Us ........................................................................................... 2

## Your Responsibilities ....................................................................................... 3
Be Enrolled and Pay Required Contributions ................................................................... 3
Be Aware this Benefit Plan Does Not Pay for All Health Services ................................. 3
Decide What Services You Should Receive ...................................................................... 3
Choose Your Physician ..................................................................................................... 3
Pay Your Share ................................................................................................................. 3
Pay the Cost of Excluded Services ................................................................................... 3
Show Your ID Card ........................................................................................................... 4
File Claims with Complete and Accurate Information ...................................................... 4
Use Your Prior Health Care Coverage ............................................................................. 4

## Our Responsibilities ......................................................................................... 5
Determine Benefits ........................................................................................................... 5
Pay for Our Portion of the Cost of Covered Health Services .......................................... 5
Pay Network Providers ..................................................................................................... 5
Pay for Covered Health Services Provided by Non-Network Providers .......................... 5
Review and Determine Benefits in Accordance with our Reimbursement Policies .......... 5
Offer Health Education Services to You ........................................................................... 6

## Certificate of Coverage Table of Contents ....................................... 7

## Section 1: Covered Health Services ...................................................... 8
Benefits for Covered Health Services ............................................................................... 8
1. Acupuncture Services .................................................................................................... 8
2. Ambulance Services ...................................................................................................... 8
3. Clinical Trials ............................................................................................................... 9
4. Congenital Heart Disease Surgeries ............................................................................. 10
5. Dental Services - Accident Only .................................................................................. 11
6. Diabetes Services .......................................................................................................... 11

7. Diabetes Treatment ................................................................................................ 12
8. Durable Medical Equipment ................................................................................... 12
9. Emergency Health Services - Outpatient ............................................................... 13
10. Hearing Aids ......................................................................................................... 13
11. Home Health Care ................................................................................................ 13
12. Hospice Care ........................................................................................................ 14
13. Hospital - Inpatient Stay ....................................................................................... 14
14. Lab, X-Ray and Diagnostics - Outpatient ............................................................. 14
15. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient
............................................................................................................................. 14
16. Mental Health and Substance Abuse Services - Inpatient and Intermediate ................... 15
17. Mental Health and Substance Abuse Services - Outpatient .................................. 15
18. Ostomy Supplies ................................................................................................... 15
19. Pharmaceutical Products - Outpatient .................................................................. 16
20. Physician Fees for Surgical and Medical Services ............................................... 16
21. Physician's Office Services - Sickness and Injury ................................................ 16
22. Pregnancy - Maternity Services ........................................................................... 16
23. Preventive Care Services ...................................................................................... 17
24. Prosthetic Devices ................................................................................................ 18
25. Reconstructive Procedures ................................................................................... 18
26. Rehabilitation Services - Outpatient Therapy and Chiropractic Treatment ........... 19
27. Scopic Procedures - Outpatient Diagnostic and Therapeutic ............................... 19
28. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ......................... 19
29. Surgery - Outpatient ............................................................................................. 20
30. Temporomandibular Joint Disorder (TMJ) Services ............................................. 20
31. Therapeutic Treatments - Outpatient ................................................................... 21
32. Transplantation Services ...................................................................................... 21
33. Urgent Care Center Services ................................................................................ 21
34. Vision Examinations ............................................................................................. 21
35. Wigs ...................................................................................................................... 22
Additional Benefits Required By California Law ......................................................... 22
36. Dental Services - Inpatient ................................................................................... 22
37. Mastectomy Services ............................................................................................ 22
38. Medical Foods ....................................................................................................... 22
39. Mental Health Services - Severe Mental Illness and Serious Emotional Disturbances ................. 23
40. Nicotine Use Benefit ............................................................................................. 24
41. Orthotic Benefit ..................................................................................................... 24
42. Osteoporosis Services .......................................................................................... 24
43. Prosthetic Devices - Laryngectomy ...................................................................... 24
44. Specialized Footwear ........................................................................................... 24
45. Telemedicine Services .......................................................................................... 24

**Section 2: Exclusions and Limitations ................................................. 25**
How We Use Headings in this Section ....................................................................... 25
We do not Pay Benefits for Exclusions ...................................................................... 25
Benefit Limitations ..................................................................................................... 25
A. Alternative Treatments .......................................................................................... 25
B. Dental ..................................................................................................................... 25
C. Devices, Appliances and Prosthetics .................................................................... 26
D. Drugs ...................................................................................................................... 27
E. Experimental or Investigational or Unproven Services .......................................... 27
F. Foot Care ................................................................................................................ 27
G. Medical Supplies .................................................................................................... 28
H. Mental Health/Substance Abuse ........................................................................... 28
I. Nutrition ................................................................................................................... 29
J. Personal Care, Comfort or Convenience ................................................................ 29

K. Physical Appearance ....................................................................................... 30
L. Procedures and Treatments ............................................................................. 31
M. Providers ......................................................................................................... 32
N. Reproduction ................................................................................................... 32
O. Services Provided under another Plan ............................................................. 32
P. Transplants ...................................................................................................... 32
Q. Travel .............................................................................................................. 33
R. Types of Care .................................................................................................. 33
S. Vision and Hearing .......................................................................................... 33
T. All Other Exclusions ........................................................................................ 33

## Section 3: When Coverage Begins ....................................................... 35
How to Enroll ........................................................................................................ 35
If You Are Hospitalized When Your Coverage Begins .......................................... 35
If You Are Eligible for Medicare ............................................................................ 35
Who is Eligible for Coverage ................................................................................ 35
Eligible Person ..................................................................................................... 35
Dependent ........................................................................................................... 35
When to Enroll and When Coverage Begins ........................................................ 36
Initial Enrollment Period ....................................................................................... 36
Open Enrollment Period ....................................................................................... 36
New Eligible Persons ........................................................................................... 36
Adding New Dependents ...................................................................................... 36
Special Enrollment Period .................................................................................... 36

## Section 4: When Coverage Ends ........................................................... 38
General Information about When Coverage Ends .................................................. 38
Events Ending Your Coverage .............................................................................. 38
Other Events Ending Your Coverage .................................................................... 38
Coverage for a Disabled Dependent Child ........................................................... 39
Continuation of Coverage and Conversion ........................................................... 39
Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA)
............................................................................................................................... 41
Terminating Events for Continuation Coverage under Federal Law (COBRA) ...... 42
Continuation Coverage under State Law ............................................................... 43
Extension of Continuation under State Law (Cal-COBRA) after Exhaustion of Federal COBRA
Continuation Coverage ......................................................................................... 43
Qualifying Events for Extended Coverage ............................................................ 43
Notification and Election Rights ............................................................................ 43
Termination of Extended Continuation Coverage ................................................. 43
Continuation Coverage for Surviving Dependents of Fire Fighters and Peace Officers ...................... 44
Eligibility .............................................................................................................. 44
Notification Requirements and Election Period ..................................................... 44
Terminating Events ............................................................................................... 44
Conversion ........................................................................................................... 45

## Section 5: How to File a Claim .............................................................. 46
If You Receive Covered Health Services from a Network Provider ........................ 46
If You Receive Covered Health Services from a Non-Network Provider ................ 46
Required Information ............................................................................................. 46
Payment of Benefits ............................................................................................. 46

## Section 6: Questions, Complaints and Appeals ................................... 48
IMPORTANT NOTICE - CLAIM DISPUTES ......................................................... 48
What to Do if You Have a Question ...................................................................... 48
What to Do if You Have a Complaint .................................................................... 48
How to Appeal a Claim Decision .......................................................................... 48
Post-service Claims .............................................................................................. 48

Pre-service Requests for Benefits ............................................................................................. 49
How to Request an Appeal ........................................................................................................ 49
Appeal Process........................................................................................................................ 49
Appeals Determinations ........................................................................................................... 49
Pre-service Requests for Benefits and Post-service Claim Appeals .................................................. 49
Urgent Appeals that Require Immediate Action ............................................................................ 50
Denial of Experimental, Investigational, or Unproven Services........................................................ 50
Voluntary External Review Program ........................................................................................... 50

## Section 7: Coordination of Benefits ...................................................52

Benefits When You Have Coverage under More than One Plan .......................................................... 52
When Coordination of Benefits Applies ....................................................................................... 52
Definitions............................................................................................................................... 52
Order of Benefit Determination Rules .......................................................................................... 53
Effect on the Benefits of This Plan.............................................................................................. 55
Right to Receive and Release Needed Information ......................................................................... 56
Payments Made ....................................................................................................................... 56
Right of Recovery .................................................................................................................... 56
When Medicare is Secondary...................................................................................................... 56

## Section 8: General Legal Provisions ...................................................57

Your Relationship with Us ......................................................................................................... 57
Our Relationship with Providers and Enrolling Groups.................................................................... 57
Your Relationship with Providers and Enrolling Groups .................................................................. 58
Notice .................................................................................................................................... 58
Statements by Enrolling Group or Subscriber ............................................................................... 58
Incentives to Providers ............................................................................................................. 58
Incentives to You ..................................................................................................................... 59
Rebates and Other Payments ..................................................................................................... 59
Interpretation of Benefits .......................................................................................................... 59
Administrative Services ............................................................................................................. 59
Amendments to the Policy.......................................................................................................... 59
Information and Records ........................................................................................................... 60
Examination of Covered Persons ................................................................................................ 60
Workers' Compensation not Affected ........................................................................................... 60
Medicare Eligibility .................................................................................................................. 61
Reimbursement - Right to Recovery............................................................................................ 61
Refund of Overpayments ........................................................................................................... 62
Limitation of Action.................................................................................................................. 63
Entire Policy............................................................................................................................ 63

## Section 9: Defined Terms ...................................................................64

# Amendments, Riders and Notices (As Applicable)

**Access Standards Amendment**
**Orthotic Benefit Amendment**
**Continuity of Care Amendment**
**Disabled Dependent Child Amendment**
**Domestic Partner Definition Amendment**
**Foot Care Exclusion and Limitation Amendment**
**Telehealth Services Amendment**
**Temporomandibular Joint Disorder (TMJ) Amendment**

Experimental or Investigational Exclusion Amendment
Clinical Trials and Reconstructive Procedures Amendment
Patient Protection and Affordable Care Act (PPACA) Amendment
Outpatient Prescription Drug Rider
Important Notices under the Patient Protection and Affordable Care Act (PPACA)
Changes in Federal Law that Impact Benefits
Some Important Information About Appeal and External Review Rights Under PPACA
Mental Health/Substance Use Disorder Parity
Women's Health and Cancer Rights Act of 1998
Statement of Rights under the Newborns' and Mothers' Health Protection Act
Claims and Appeal Notice
Health Plan Notices of Privacy Practices
Financial Information Privacy Notice
Health Plan Notice of Privacy Practices: Federal and State Amendments
Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights
ERISA Statement

# UnitedHealthcare Choice Plus

# UnitedHealthcare Insurance Company

# Schedule of Benefits

## Accessing Benefits

You can choose to receive Network Benefits or Non-Network Benefits.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider. For facility services, these are Benefits for Covered Health Services that are provided at a Network facility under the direction of either a Network or non-Network Physician or other provider. Network Benefits include Physician services provided in a Network facility by a Network or a non-Network anesthesiologist, Emergency room Physician, consulting Physician, pathologist and radiologist. Emergency Health Services are always paid as Network Benefits.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility.

Depending on the geographic area and the service you receive, you may have access through our Shared Savings Program to non-Network providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, the Coinsurance will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less when you receive Covered Health Services from Shared Savings Program providers than from other non-Network providers because the Eligible Expense may be a lesser amount.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive.

If there is a conflict between this *Schedule of Benefits* and any summaries provided to you by the Enrolling Group, this *Schedule of Benefits* will control.

**Additional information about the network of providers and how your Benefits may be affected appears at the end of this *Schedule of Benefits*.**

## Pre-service Benefit Confirmation

We require notification before you receive certain Covered Health Services. In general, Network providers are responsible for notifying us before they provide these services to you. There are some Network Benefits, however, for which you are responsible for notifying us. Services for which you must provide pre-service notification are identified below and in the *Schedule of Benefits* within each Covered Health Service category.

**When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for notifying us before you receive these services.**

**To notify us, call the telephone number for *Customer Care* on your ID card.**

**Covered Health Services which require pre-service notification:**

- Ambulance - non-emergent air and ground.

- Clinical trials.

- Congenital heart disease surgery.

- Dental services - accidental.

- Durable Medical Equipment over $1,000.

- Home health care.

- Hospice care - inpatient.

- Hospital inpatient care - all scheduled admissions and maternity stays exceeding 48 hours for normal vaginal delivery or 96 hours for a cesarean section delivery.

- Reconstructive procedures.

- Rehabilitation services and Chiropractic Treatment - Chiropractic Treatment.

- Skilled Nursing Facility and Inpatient Rehabilitation Facility services.

- Temporomandibular joint services.

- Therapeutics - only for the following services: dialysis.

- Transplants.

As we determine, if one or more alternative health services that meets the definition of a Covered Health Service in the *Certificate of Coverage* under *Section 9: Defined Terms* are clinically appropriate and equally effective for prevention, diagnosis or treatment of a Sickness, Injury, Mental Illness, substance abuse or their symptoms, we reserve the right to adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols. Defined clinical protocols shall be based upon nationally recognized scientific evidence and prevailing medical standards and analysis of cost-effectiveness. After you contact us for pre-service Benefit confirmation, we will identify the Benefit level available to you.

The process and procedures used to define clinical protocols and cost-effectiveness of a health service and a listing of services subject to these provisions (as revised from time to time), are available to Covered Persons on www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card, and to Physicians and other health care professionals on UnitedHealthcareOnline.

For all other services, when you choose to receive services from non-Network providers, we urge you to confirm with us that the services you plan to receive are Covered Health Services. That's because in some instances, certain procedures may not meet the definition of a Covered Health Service and therefore are excluded. In other instances, the same procedure may meet the definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions.

If you request a coverage determination at the time notice is provided, the determination will be made based on the services you report you will be receiving. If the reported services differ from those actually received, our final coverage determination will be modified to account for those differences, and we will only pay Benefits based on the services actually delivered to you.

## Mental Health and Substance Abuse Services

Mental Health and Substance Abuse Services are not subject to the pre-service notification requirements described above. Instead, you must obtain prior authorization from the Mental Health/Substance Abuse Designee before you receive Mental Health Services and Substance Abuse Services. You can contact the Mental Health/Substance Abuse Designee at the telephone number on your ID card.

# Care Coordination[SM]

When we are notified as required, we will work with you to implement the Care Coordination[SM] process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

## Special Note Regarding Medicare

If you are enrolled in Medicare on a primary basis (Medicare pays before we pay Benefits under the Policy), the notification requirements described below do not apply to you. Since Medicare is the primary payer, we will pay as secondary payer as described in *Section 7: Coordination of Benefits*. You are not required to notify us before receiving Covered Health Services.

## Benefits

Annual Deductibles are calculated on a calendar year basis.

Out-of-Pocket Maximums are calculated on a calendar year basis.

When Benefit limits apply, the limit stated refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.

Benefit limits are calculated on a calendar year basis unless otherwise specifically stated.

| Payment Term And Description | Amounts |
|---|---|
| **Annual Deductible** | |
| The amount of Eligible Expenses you pay for Covered Health Services per year before you are eligible to receive Benefits.<br><br>Amounts paid toward the Annual Deductible for Covered Health Services that are subject to a visit or day limit will also be calculated against that maximum Benefit limit. As a result, the limited Benefit will be reduced by the number of days/visits used toward meeting the Annual Deductible.<br><br>When a Covered Person was previously covered under a group policy that was replaced by the group Policy, any amount already applied to that annual deductible provision of the prior policy will apply to the Annual Deductible provision under the Policy.<br><br>The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits*. | ***Network***<br><br>$500 per Covered Person, not to exceed $1,500 for all Covered Persons in a family.<br><br>***Non-Network***<br><br>$1,000 per Covered Person, not to exceed $3,000 for all Covered Persons in a family. |
| **Out-of-Pocket Maximum** | |
| The maximum you pay per year for the Annual Deductible, or Coinsurance. Once you reach the Out-of-Pocket Maximum, Benefits are payable at 100% of Eligible Expenses during the rest of that year.<br><br>Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits*. | ***Network***<br><br>$2,000 per Covered Person, not to exceed $6,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes |

| Payment Term And Description | Amounts |
|---|---|
| The Out-of-Pocket Maximum does not include any of the following and, once the Out-of-Pocket Maximum has been reached, you still will be required to pay the following:<br><br>• Any charges for non-Covered Health Services.<br><br>• The amount Benefits are reduced if you do not notify us as required.<br><br>• Charges that exceed Eligible Expenses.<br><br>• Copayments or Coinsurance for any Covered Health Service identified in the *Schedule of Benefits* that does not apply to the Out-of-Pocket Maximum.<br><br>• Copayments or Coinsurance for Covered Health Services provided under the *Outpatient Prescription Drug Rider.* | the Annual Deductible.<br><br>***Non-Network***<br><br>$6,000 per Covered Person, not to exceed $18,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes the Annual Deductible. |
| **Maximum Policy Benefit** | |
| The maximum amount we will pay for Benefits during the entire period of time you are enrolled under the Policy. | ***Network***<br><br>No Maximum Policy Benefit.<br><br>***Non-Network***<br><br>No Maximum Policy Benefit. |
| **Copayment** | |
| Copayment is the amount you pay (calculated as a set dollar amount) each time you receive certain Covered Health Services. When Copayments apply, the amount is listed on the following pages next to the description for each Covered Health Service.<br><br>Please note that for Covered Health Services, you are responsible for paying the lesser of:<br><br>• The applicable Copayment.<br><br>• The Eligible Expense.<br><br>Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits*. | |
| **Coinsurance** | |
| Coinsurance is the amount you pay (calculated as a percentage of Eligible Expenses) each time you receive certain Covered Health Services.<br><br>Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits*. | |

# Benefit Limits

This Benefit plan does not have Benefit limits in addition to those stated below within the Covered Health Service categories in the *Schedule of Benefits*.

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| **1. Acupuncture Services** | | | |
| Limited to 20 visits per year. | *Network* <br><br> 100% after you pay a Copayment of $10 per visit | No | No |
| | *Non-Network* <br><br> 100% after you pay a Copayment of $60 per visit | Yes | Yes |
| **2. Ambulance Services** | | | |
| **Pre-service Notification Requirement** <br><br> In most cases, we will initiate and direct non-Emergency ambulance transportation. If you are requesting non-Emergency ambulance services, you must notify us as soon as possible prior to transport. If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| **Emergency Ambulance** | *Network* <br><br> *Ground Ambulance:* <br><br> 80% | Yes | Yes |
| | *Air Ambulance:* <br><br> 80% | Yes | Yes |
| | *Non-Network* <br><br> Same as Network | Same as Network | Same as Network |
| **Non-Emergency Ambulance** <br><br> Ground or air ambulance, as we determine appropriate. | *Network* <br><br> *Ground Ambulance:* <br><br> 80% | Yes | Yes |
| | *Air Ambulance:* <br><br> 80% | Yes | Yes |
| | *Non-Network* <br><br> Same as Network | Same as Network | Same as Network |
| **3. Clinical Trials** | | | |
| **Pre-service Notification Requirement** | | | |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
| You must notify us as soon as reasonably possible if participation in a clinical trial arises. If you don't notify us, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Depending upon the Covered Health Service, Benefit limits are the same as those stated under the specific Benefit category in this Schedule of Benefits.

Benefits are available when the Covered Health Services are provided by either Network or non-Network providers, however if the non-Network provider does not agree to accept the Network level of reimbursement by signing a network provider agreement specifically for the patient enrolling in the trial, you will be responsible for the difference and may be billed by the non-Network provider. | Network

Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this Schedule of Benefits.

Non-Network

Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this Schedule of Benefits. | | |
| 4. Congenital Heart Disease Surgeries | | | |
| Pre-service Notification Requirement | | | |
| For Non-Network Benefits you must notify us as soon as reasonably possible if a Congenital Heart Disease (CHD) surgery arises. If you don't notify us, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Network and Non-Network Benefits under this section include only the Congenital Heart Disease (CHD) surgery. Depending upon where the Covered Health Service is provided, Benefits for diagnostic services, cardiac catheterization and non-surgical management of CHD will be the same as those stated under each Covered Health Service category in this Schedule of Benefits.

Non-Network Benefits are limited to $30,000 per CHD surgery. | Network

80%

Non-Network

60% | Yes

Yes | Yes

Yes |
| 5. Dental Services - Accident Only | | | |
| Pre-service Notification Requirement | | | |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| You must notify us five business days or as soon as reasonably possible before follow-up (post-Emergency) treatment begins. (You do not have to notify us before the initial Emergency treatment.) If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited to $3,000 per year. Benefits are further limited to a maximum of $900 per tooth. | **Network** 80% **Non-Network** Same as Network | Yes Same as Network | Yes Same as Network |
| **6. Diabetes Services** | | | |

**Pre-service Notification Requirement**

For Non-Network Benefits you must notify us before obtaining any Durable Medical Equipment for the management and treatment of diabetes that exceeds $1,000 in cost (either purchase price or cumulative rental of a single item). If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid.

| | |
|---|---|
| **Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care** | **Network** Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. **Non-Network** Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. |
| **7. Diabetes Treatment** | |
| Coverage for diabetes equipment and supplies, prescription items and diabetes self-management training programs when provided by or under the direction of a Physician. Diabetes equipment and supplies are limited to blood glucose monitors and blood glucose testing strips, blood glucose monitors designed to assist the visually impaired, insulin pumps and all related necessary supplies; | **Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. |

SBN.CHP2.I.07.CA

7

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| ketone urine testing strips, lancets and lancet puncture devices, pen delivery systems for the administration of insulin, podiatric devices to prevent or treat diabetes-related complications, insulin syringes, visual aids, excluding eyewear, to assist the visually impaired with proper dosing of insulin. | **Non-Network**<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **8. Durable Medical Equipment** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us before obtaining any Durable Medical Equipment that exceeds $1,000 in cost (either purchase price or cumulative rental of a single item). If you fail to notify us as required, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| Limited to $2,500 in Eligible Expenses per year. Benefits are limited to a single purchase of a type of DME (including repair/replacement) every three years. This limit does not apply to orthotic appliances.<br><br>To receive Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor we identify or purchase it directly from the prescribing Network Physician. | **Network**<br><br>80%<br><br><br><br><br><br><br><br><br><br>**Non-Network**<br><br>60% | Yes<br><br><br><br><br><br><br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br><br><br><br><br><br><br>Yes |
| **9. Emergency Health Services - Outpatient** | | | |
| **Note:** If you are confined in a non-Network Hospital after you receive outpatient Emergency Health Services, you must notify us within one business day or on the same day of admission if reasonably possible. | **Network**<br><br>100% after you pay a Copayment of $100 per visit. If you are admitted as an | No | No |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| We may elect to transfer you to a Network Hospital as soon as it is medically appropriate to do so. If you choose to stay in the non-Network Hospital after the date we decide a transfer is medically appropriate, Network Benefits will not be provided. Non-Network Benefits may be available if the continued stay is determined to be a Covered Health Service. | inpatient to a Network Hospital directly from the Emergency room, you will not have to pay this Copayment. The Benefits for an Inpatient Stay in a Network Hospital will apply instead.<br><br>*Non-Network*<br>Same as Network | Same as Network | Same as Network |
| **10. Hearing Aids** | | | |
| Limited to $2,500 per year. | *Network*<br>80%<br>*Non-Network*<br>60% | Yes<br><br>Yes | Yes<br><br>Yes |
| **11. Home Health Care** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us five business days before receiving services or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited to 100 visits per year. One visit equals up to four hours of skilled care services.<br><br>This visit limit does not include any service which is billed only for the administration of intravenous infusion. | *Network*<br>80%<br><br><br>*Non-Network*<br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **12. Hospice Care** | | | |
| **Pre-service Notification Requirement**<br><br>For Non-Network Benefits you must notify us five business days before admission for an Inpatient Stay | | | |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| in a hospice facility or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. In addition, for Non-Network Benefits, you must contact us within 24 hours of admission for an Inpatient Stay in a hospice facility. | | | |
| | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **13. Hospital - Inpatient Stay** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits for a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). | | | |
| | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **14. Lab, X-Ray and Diagnostics - Outpatient** | | | |
| | *Network* 100% *Non-Network* 60% | No Yes | No Yes |
| **15. Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient** | | | |
| | *Network* 80% *Non-Network* | Yes | Yes |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | 60% | Yes | Yes |
| **16. Mental Health and Substance Abuse Services - Inpatient and Intermediate** | | | |
| **Prior Authorization Requirement** | | | |
| You must obtain prior authorization through the Mental Health/Substance Abuse Designee in order to receive Benefits. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **17. Mental Health and Substance Abuse Services - Outpatient** | | | |
| **Prior Authorization Requirement** | | | |
| You must obtain prior authorization through the Mental Health/Substance Abuse Designee in order to receive Benefits. Without authorization, you will be responsible for paying all charges and no Benefits will be paid. | | | |
| | *Network* 100% after you pay a Copayment of $35 per visit *Non-Network* 60% | No Yes | No Yes |
| **18. Ostomy Supplies** | | | |
| | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **19. Pharmaceutical Products - Outpatient** | | | |
| | *Network* | | |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit**<br>*(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | 80%<br><br>*Non-Network*<br><br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **20. Physician Fees for Surgical and Medical Services** | | | |
| | *Network*<br><br>80%<br><br>*Non-Network*<br><br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **21. Physician's Office Services - Sickness and Injury** | | | |
| In addition to the Copayment stated in this section, the Copayments/Coinsurance for the following services apply when the Covered Health Service is performed in a Physician's office:<br><br>• Major diagnostic and nuclear medicine described under *Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient.*<br><br>• Diagnostic and therapeutic scopic procedures described under *Scopic Procedures - Outpatient Diagnostic and Therapeutic.*<br><br>• Outpatient surgery procedures described under *Surgery - Outpatient.*<br><br>• Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient.* | *Network*<br><br>100% after you pay a Copayment of $25 per visit for a Primary Physician office visit or $35 per visit for a Specialist Physician office visit<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Non-Network* | No | No |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
| | 60% | Yes | Yes |
| **22. Pregnancy - Maternity Services** | | | |

**Pre-service Notification Requirement**

For Non-Network Benefits you must notify us as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than 48 hours for the mother and newborn child following a normal vaginal delivery, or more than 96 hours for the mother and newborn child following a cesarean section delivery. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

**It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs that are designed to achieve the best outcomes for you and your baby.**

| | | | |
|---|---|---|---|
| | *Network* Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. For Covered Health Services provided in the Physician's Office, a Copayment will apply only to the initial office visit. *Non-Network* Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. | | |
| **23. Preventive Care Services** | | | |
| Physician office services | *Network* 100% *Non-Network* Non-Network Benefits are not available. | No Non-Network Benefits are not available. | No Non-Network Benefits are not available. |
| Lab, X-ray or other preventive tests We pay for Covered Health Services incurred if you participate in the Expanded Alpha Feto Protein (AFP) program, a statewide prenatal testing | *Network* 100% | No | No |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| program administered by the *State Department of Health Services*. | *Non-Network* <br><br> Non-Network Benefits are not available. | Non-Network Benefits are not available. | Non-Network Benefits are not available. |
| **24. Prosthetic Devices** | | | |
| | *Network* <br><br> 80% <br><br> *Non-Network* <br><br> 60% | Yes <br><br><br> Yes | Yes <br><br><br> Yes |
| **25. Reconstructive Procedures** | | | |

**Pre-service Notification Requirement**

For Non-Network Benefits you must notify us five business days before a scheduled reconstructive procedure is performed or, for non-scheduled procedures, within one business day or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled inpatient admissions or as soon as is reasonably possible for non-scheduled inpatient admissions (including Emergency admissions).

| | | | |
|---|---|---|---|
| | *Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. <br><br> *Non-Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| **26. Rehabilitation Services - Outpatient Therapy and Chiropractic Treatment** | | | |

**Pre-service Notification Requirement**

For Non-Network Benefits you must notify us five business days before receiving Chiropractic

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| Treatment or as soon as is reasonably possible. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Limited per year as follows:<br><br>• 20 visits of physical therapy.<br>• 20 visits of occupational therapy.<br>• 20 visits of Chiropractic Treatment.<br>• 20 visits of speech therapy.<br>• 20 visits of pulmonary rehabilitation therapy.<br>• 36 visits of cardiac rehabilitation therapy.<br>• 30 visits of post-cochlear implant aural therapy. | *Network*<br><br>100% after you pay a Copayment of $35 per visit | No | No |
| | *Non-Network*<br><br>60% | Yes | Yes |
| **27. Scopic Procedures - Outpatient Diagnostic and Therapeutic** | | | |
| | *Network*<br><br>80% | Yes | Yes |
| | *Non-Network*<br><br>60% | Yes | Yes |
| **28. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** | | | |

**Pre-service Notification Requirement**

For Non-Network Benefits for a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | admissions). | | |
| Limited to 100 days per year. | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **29. Surgery - Outpatient** | | | |
| | *Network* 80% *Non-Network* 60% | Yes Yes | Yes Yes |
| **30. Temporomandibular Joint Disorder (TMJ) Services** | | | |
| **Pre-service Notification Requirement** You must notify us five business days or as soon as reasonably possible before temporomandibular joint services are performed during an Inpatient Stay in a Hospital. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Covered Services are payable in the same manner as surgery for other covered medical conditions except that benefits for treatment of TMJ are limited to $3,000 during the entire period of time you are covered under the Policy. | *Network* Same as Hospital-Inpatient Stay, Surgery-Outpatient. *Non-Network* 60% | Yes Yes | Yes Yes |
| **31. Therapeutic Treatments - Outpatient** | | | |
| **Pre-service Notification Requirement** For Non-Network Benefits you must notify us for the following outpatient therapeutic services five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. Services that require notification: dialysis. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| | *Network* | | |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit<br>*(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | 80%<br><br>*Non-Network*<br><br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |

### 32. Transplantation Services

**Pre-service Notification Requirement**

For Network Benefits you must notify us as soon as reasonably possible if a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't notify us and if, as a result, the services are not performed at a Designated Facility, Network Benefits will not be paid. Non-Network Benefits will apply.

For Non-Network Benefits you must notify us as soon as reasonably possible if a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

| For Network Benefits, transplantation services must be received at a Designated Facility. We do not require that cornea transplants be performed at a Designated Facility in order for you to receive Network Benefits.<br><br>Non-Network Benefits are limited to $30,000 per transplant. | *Network*<br>80%<br><br><br><br><br>*Non-Network*<br>60% | Yes<br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br>Yes |

### 33. Urgent Care Center Services

| In addition to the Copayment stated in this section, the Copayments/Coinsurance for the following services apply when the Covered Health Service is performed at an Urgent Care Center:<br><br>• Major diagnostic and nuclear medicine described under *Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient.*<br><br>• Diagnostic and therapeutic scopic procedures described | *Network*<br>100% after you pay a Copayment of $50 per visit | No | No |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| under *Scopic Procedures - Outpatient Diagnostic and Therapeutic*. <br><br> • Outpatient surgery procedures described under *Surgery - Outpatient*. <br><br> • Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient*. <br><br><br> *Non-Network* <br><br> 60% | Yes | Yes |
| **34. Vision Examinations** | | | |
| Limited to 1 exam every 2 years. | *Network* <br><br> 100% after you pay a Copayment of $35 per visit <br><br> *Non-Network* <br><br> Non-Network Benefits are not available. | No <br><br><br><br> Non-Network Benefits are not available. | No <br><br><br><br> Non-Network Benefits are not available. |
| **35. Wigs** | | | |
| Limited to $300 every 24 months. | *Network* <br><br> 80% <br><br> *Non-Network* <br><br> 60% | Yes <br><br><br> Yes | Yes <br><br><br> Yes |

### Additional Benefits Required By California Law

| **36. Dental Services – Inpatient** | |
|---|---|

**Pre-service Notification Requirement**

You must notify us five business days or as soon as reasonably possible before follow-up (post-Emergency) treatment begins. (You do not have to notify us before the initial Emergency treatment.) If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses.

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| Services are limited to Covered Persons who are one of the following:<br><br>• A child under seven years of age.<br><br>• A person who is developmentally disabled, regardless of age.<br><br>• A person whose health is compromised and for whom general anesthesia is required, regardless of age. | *Network*<br>80%<br><br><br><br><br><br>*Non-Network*<br>60% | Yes<br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br>Yes |
| **37. Mastectomy Services** | | | |
| | *Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.*<br><br>*Non-Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **38. Medical Foods** | | | |
| Limited to Formulas and Special Food Products prescribed by a Physician for the treatment of phenylketonuria (PKU). | *Network*<br>80%<br><br>*Non-Network*<br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |

*When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **39. Mental Health Services-Severe Mental Illness and Serious Emotional Disturbances** | | | |

### Prior-Authorization Requirement

You must call and get authorization to receive these Benefits in advance of any treatment through the Mental Health/Substance Abuse Designee. The Mental Health/Substance Abuse Designee phone number appears on your ID card. Without authorization, you will be responsible for paying all charges and no Benefits will be paid.

| | *Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.*<br><br>*Non-Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **40. Nicotine Use Benefit** | | | |
| The maximum lifetime benefit is $200.00 per person. | *Network*<br><br>80%<br><br>*Non-Network*<br><br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **41. Orthotic Benefit** | | | |
| | *Network*<br><br>80%<br><br>*Non-Network*<br><br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **42. Osteoporosis Services** | | | |
| | *Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |

| When Benefit limits apply, the limit refers to any combination of Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
| --- | --- | --- | --- |
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | *Non-Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **43. Prosthetic Devices – Laryngectomy** | | | |
| | *Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* <br><br> *Non-Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **44. Specialized Footwear** | | | |
| | *Network* <br> 80% <br> *Non-Network* <br> 60% | Yes <br><br><br> Yes | Yes <br><br><br> Yes |
| **45. Telemedicine Services** | | | |
| | *Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* <br><br> *Non-Network* <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |

# Eligible Expenses

Eligible Expenses are the amount we determine that we will pay for Benefits. For Network Benefits, you are not responsible for any difference between Eligible Expenses and the amount the provider bills. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount we will pay for Eligible Expenses. Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines, as described in the *Certificate of Coverage*.

If one or more alternative health services that meets the definition of Covered Health Service in the *Certificate of Coverage* under *Section 9: Defined Terms* are clinically appropriate and equally effective for prevention, diagnosis or treatment of a Sickness, Injury, Mental Illness, substance abuse or their symptoms, we reserve the right to adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols. Defined clinical protocols shall be based upon nationally recognized scientific evidence and prevailing medical standards and analysis of cost-effectiveness.

For Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a Network provider, Eligible Expenses are our contracted fee(s) with that provider.

- When Covered Health Services are received from a non-Network provider as a result of an Emergency or as otherwise arranged by us, Eligible Expenses are billed charges unless a lower amount is negotiated or authorized by state law.

For Non-Network Benefits, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a non-Network provider, Eligible Expenses are determined, at our discretion, based on the lesser of:

    - For Covered Health Services other than Pharmaceutical Products, Eligible Expenses are determined based on available data resources of competitive fees in that geographic area.

    - When Covered Health Services are Pharmaceutical Products, Eligible Expenses are determined based on 110% of the amount that the *Centers for Medicare and Medicaid Services (CMS)* would have paid under the Medicare program for the drug determined by either of the following:

        - Reference to available CMS schedules.

        - Methods similar to those used by CMS.

    - Fee(s) that are negotiated with the provider.

    - 50% of the billed charge.

    - A fee schedule that we develop.

- When Covered Health Services are received from a Network provider, Eligible Expenses are our contracted fee(s) with that provider.

# Provider Network

We arrange for health care providers to participate in a Network. Network providers are independent practitioners. They are not our employees. It is your responsibility to select your provider.

Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling *Customer Care*. A directory of providers is available online at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card to request a copy.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits.

If you are currently undergoing a course of treatment utilizing a non-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help determining whether you are eligible for transition of care Benefits, please contact *Customer Care* at the telephone number on your ID card.

Do not assume that a Network provider's agreement includes all Covered Health Services. Some Network providers contract with us to provide only certain Covered Health Services, but not all Covered Health Services. Some Network providers choose to be a Network provider for only some of our products. Refer to your provider directory or contact us for assistance.

## Continuity of Care

If you are under the care of a Network provider for one of the medical conditions above, and the Network provider caring for you is terminated from the Network by us, we can arrange, at your request and subject to the provider's agreement, for continuation of Covered Health Services rendered by the terminated provider for the time periods shown below. Copayments, deductibles or other cost sharing components will be the same as you would have paid for a provider currently contracting with us.

Medical conditions and time periods for which treatment by a terminated Network provider will be covered under the Policy are:

- An acute condition or serious chronic condition. Treatment by the terminated provider may continue for up to 90 days.

- A high risk Pregnancy or a Pregnancy that has reached the second or third trimester. Treatment by the terminated provider may continue until the postpartum services related to the delivery are completed.

For the purposes of this section, "acute condition" means a medical condition that involves a sudden onset of symptoms due to an illness, injury, or other medical problem that requires prompt medical attention and has a limited duration.

For the purposes of this section, "serious chronic condition" means a condition due to a disease, illness or other medical problem or medical disaster that is serious in nature and that does either of the following:

- Persists without full cure or worsens over an extended period of times.

- Requires ongoing treatment to maintain remission or prevent deterioration.

This section does not apply to treatment by a provider or provider group whose contract with us has been terminated or not renewed for reasons relating to medical disciplinary cause or reason, fraud or other criminal activity.

## Second Medical Opinion

A second medical opinion is a reevaluation of your condition or health care treatment by an appropriately qualified Physician. The Physician or specialist acting within his or her scope of practice, must possess

the clinical background necessary for examining the illness or condition associated with the request for a second medical opinion.

Second medical opinions will be provided or authorized in the following circumstances:

- When you question the reasonableness or necessity of recommended surgical procedures.

- When you question a diagnosis or treatment plan for a condition that threatens loss of life, loss of limb, loss of bodily function, or substantial impairment (including, but not limited to, a chronic condition).

- When the clinical indications are not clear, or are complex and confusing.

- When a diagnosis is in doubt due to conflicting test results.

- When the treating Physician is unable to diagnose the condition.

- When the treatment plan in progress is not improving your medical condition within an appropriate period of time given the diagnosis, and you request a second opinion regarding the diagnosis or continuance of the treatment.

- When you have attempted to follow the treatment plan or consulted with the initial treating Physician and still have serious concerns about the diagnosis or treatment.

In most cases you or your treating Physician will request a second medical opinion without consulting us. However, in the event that we approve a request by you for a second medical opinion, you shall be responsible only for the costs of applicable copayments that are required for similar referrals.

The second medical opinion will be documented in a consultation report, which will be made available to you and your treating Physician. It will include any recommended procedures or tests that the Physician giving the second opinion believes are appropriate.

**Please Note:** The fact that an appropriately qualified Physician gives a second medical opinion and recommends a particular treatment, diagnostic test or service does not necessarily mean that the recommended action is medically necessary or a Covered Health Service. If the recommended action is not medically necessary or is not a Covered Health Service, you will also remain responsible for paying any appropriate fees to the Physician who performs that recommended action.

# Designated Facilities and Other Providers

If you have a medical condition that we believe needs special services, we may direct you to a Designated Facility or Designated Physician chosen by us. If you require certain complex Covered Health Services for which expertise is limited, we may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Services from a Designated Facility or Designated Physician, we may reimburse certain travel expenses at our discretion.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Facility, Designated Physician or other provider chosen by us.

You or your Network Physician must notify us of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Facility or Designated Physician. If you do not notify us in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Facility) or other non-Network provider, Network Benefits will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Policy.

## Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you may be eligible for Network Benefits when Covered Health Services are received from non-Network providers. In this situation, your Network Physician will notify us and, if we confirm that care is not available from a Network provider, we will work with you and your Network Physician to coordinate care through a non-Network provider.

## Limitations on Selection of Providers

If we determine that you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, we may require you to select a single Network Physician to provide and coordinate all future Covered Health Services.

If you don't make a selection within 31 days of the date we notify you, we will select a single Network Physician for you.

If you fail to use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

# Certificate of Coverage

# UnitedHealthcare Insurance Company

## Certificate of Coverage is Part of Policy

This *Certificate of Coverage* (*Certificate*) is part of the Policy that is a legal document between UnitedHealthcare Insurance Company and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this *Certificate* the Policy includes:

- The *Group Policy.*

- The *Schedule of Benefits.*

- The Enrolling Group's application.

- Riders.

- Amendments.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this *Certificate* by attaching legal documents called Riders and/or Amendments that may change certain provisions of the *Certificate*. When that happens we will send you a new *Certificate*, Rider or Amendment pages.

No one can make any changes to the Policy unless those changes are in writing.

## Other Information You Should Have

We have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without your approval.

On its effective date this *Certificate* replaces and overrules any *Certificate* that we may have previously issued to you. This *Certificate* will in turn be overruled by any *Certificate* we issue to you in the future.

The Policy will take effect on the date specified in the Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of California. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of California are the laws that govern the Policy.

**PLEASE READ THE FOLLOWING INFORMATION SO YOU WILL KNOW FROM WHOM OR WHAT GROUP OF PROVIDERS HEALTH CARE MAY BE OBTAINED.**

# Introduction to Your Certificate

We are pleased to provide you with this *Certificate*. This *Certificate* and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

We encourage you to read your *Certificate* and any attached Riders and/or Amendments carefully.

We especially encourage you to review the Benefit limitations of this *Certificate* by reading the attached *Schedule of Benefits* along with *Section 1: Covered Health Services* and *Section 2: Exclusions and Limitations*. You should also carefully read *Section 8: General Legal Provisions* to better understand how this *Certificate* and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of the *Certificate* are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your *Certificate* and *Schedule of Benefits* and any attachments in a safe place for your future reference.

If there is a conflict between this *Certificate* and any summaries provided to you by the Enrolling Group, this *Certificate* will control.

Please be aware that your Physician is not responsible for knowing or communicating your Benefits.

## Information about Defined Terms

Because this *Certificate* is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in *Section 9: Defined Terms*. You can refer to *Section 9: Defined Terms* as you read this document to have a clearer understanding of your *Certificate*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your," we are referring to people who are Covered Persons, as that term is defined in *Section 9: Defined Terms*.

## Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for *Customer Care* listed on your ID card. It will be our pleasure to assist you.

# Your Responsibilities

## Be Enrolled and Pay Required Contributions

Benefits are available to you only if you are enrolled for coverage under the Policy. Your enrollment options, and the corresponding dates that coverage begins, are listed in *Section 3: When Coverage Begins*. To be enrolled with us and receive Benefits, both of the following apply:

- Your enrollment must be in accordance with the Policy issued to your Enrolling Group, including the eligibility requirements.

- You must qualify as a Subscriber or his or her Dependent as those terms are defined in *Section 9: Defined Terms.*

Your Enrolling Group may require you to make certain payments to them, in order for you to remain enrolled under the Policy and receive Benefits. If you have questions about this, contact your Enrolling Group.

## Be Aware this Benefit Plan Does Not Pay for All Health Services

Your right to Benefits is limited to Covered Health Services. The extent of this Benefit plan's payments for Covered Health Services and any obligation that you may have to pay for a portion of the cost of those Covered Health Services is set forth in the *Schedule of Benefits*.

## Decide What Services You Should Receive

Care decisions are between you and your Physicians. We do not make decisions about the kind of care you should or should not receive.

## Choose Your Physician

It is your responsibility to select the health care professionals who will deliver care to you. We arrange for Physicians and other health care professionals and facilities to participate in a Network. Our credentialing process confirms public information about the professionals' and facilities' licenses and other credentials, but does not assure the quality of their services. These professionals and facilities are independent practitioners and entities that are solely responsible for the care they deliver.

## Pay Your Share

You must pay a Copayment and/or Coinsurance for most Covered Health Services. These payments are due at the time of service or when billed by the Physician, provider or facility. Copayment and Coinsurance amounts are listed in the *Schedule of Benefits*. You must also pay any amount that exceeds Eligible Expenses.

## Pay the Cost of Excluded Services

You must pay the cost of all excluded services and items. Review *Section 2: Exclusions and Limitations* to become familiar with this Benefit plan's exclusions.

## Show Your ID Card

You should show your identification (ID) card every time you request health services. If you do not show your ID card, the provider may fail to bill the correct entity for the services delivered, and any resulting delay may mean that you will be unable to collect any Benefits otherwise owed to you.

## File Claims with Complete and Accurate Information

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described in *Section 5: How to File a Claim.*

## Use Your Prior Health Care Coverage

If you have prior coverage that, as required by state law, extends benefits for a particular condition or a disability, we will not pay Benefits for health services for that condition or disability until the prior coverage ends. We will pay Benefits as of the day your coverage begins under this Benefit plan for all other Covered Health Services that are not related to the condition or disability for which you have other coverage.

# Our Responsibilities

## Determine Benefits

We make administrative decisions regarding whether this Benefit plan will pay for any portion of the cost of a health care service you intend to receive or have received. Our decisions are for payment purposes only. We do not make decisions about the kind of care you should or should not receive. You and your providers must make those treatment decisions.

We have the discretion to do the following:

- Interpret Benefits and the other terms, limitations and exclusions set out in this *Certificate*, the *Schedule of Benefits*, and any Riders and/or Amendments.

- Make factual determinations relating to Benefits.

We may delegate this discretionary authority to other persons or entities that may provide administrative services for this Benefit plan, such as claims processing. The identity of the service providers and the nature of their services may be changed from time to time in our discretion. In order to receive Benefits, you must cooperate with those service providers.

## Pay for Our Portion of the Cost of Covered Health Services

We pay Benefits for Covered Health Services as described in *Section 1: Covered Health Services* and in the *Schedule of Benefits*, unless the service is excluded in *Section 2: Exclusions and Limitations*. This means we only pay our portion of the cost of Covered Health Services. It also means that not all of the health care services you receive may be paid for (in full or in part) by this Benefit plan.

## Pay Network Providers

It is the responsibility of Network Physicians and facilities to file for payment from us. When you receive Covered Health Services from Network providers, you do not have to submit a claim to us.

## Pay for Covered Health Services Provided by Non-Network Providers

In accordance with any state prompt pay requirements, we will pay Benefits after we receive your request for payment that includes all required information. See *Section 5: How to File a Claim*.

## Review and Determine Benefits in Accordance with our Reimbursement Policies

We develop our reimbursement policy guidelines, in our sole discretion, in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that we accept.

Following evaluation and validation of certain provider billings (e.g., error, abuse and fraud reviews), our reimbursement policies are applied to provider billings. We share our reimbursement policies with Physicians and other providers in our Network through our provider website. Network Physicians and providers may not bill you for the difference between their contract rate (as may be modified by our reimbursement policies) and the billed charge. However, non-Network providers are not subject to this prohibition, and may bill you for any amounts we do not pay, including amounts that are denied because one of our reimbursement policies does not reimburse (in whole or in part) for the service billed. You may obtain copies of our reimbursement policies for yourself or to share with your non-Network Physician or provider by going to www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Offer Health Education Services to You

From time to time, we may provide you with access to information about additional services that are available to you, such as disease management programs, health education, and patient advocacy. It is solely your decision whether to participate in the programs, but we recommend that you discuss them with your Physician.

COC.ORP.I.07.CA

# Certificate of Coverage Table of Contents

Section 1: Covered Health Services ........................................................8
Section 2: Exclusions and Limitations....................................................25
Section 3: When Coverage Begins .........................................................35
Section 4: When Coverage Ends ...........................................................38
Section 5: How to File a Claim ...............................................................46
Section 6: Questions, Complaints and Appeals ...................................48
Section 7: Coordination of Benefits .......................................................52
Section 8: General Legal Provisions ......................................................57
Section 9: Defined Terms .......................................................................64

# Section 1: Covered Health Services

## Benefits for Covered Health Services

Benefits are available only if all of the following are true:

- Covered Health Services are received while the Policy is in effect.

- Covered Health Services are received prior to the date that any of the individual termination conditions listed in *Section 4: When Coverage Ends* occurs.

- The person who receives Covered Health Services is a Covered Person and meets all eligibility requirements specified in the Policy.

This section describes Covered Health Services for which Benefits are available. Please refer to the attached *Schedule of Benefits* for details about:

- The amount you must pay for these Covered Health Services (including any Annual Deductible, Copayment and/or Coinsurance).

- Any limit that applies to these Covered Health Services (including visit, day and dollar limits on services and/or any Maximum Policy Benefit).

- Any limit that applies to the amount you are required to pay in a year (Out-of-Pocket Maximum).

- Any responsibility you have for notifying us or obtaining prior authorization.

*Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."*

## 1. Acupuncture Services

Acupuncture services for the following conditions:

- Pain therapy, when another method of pain management has failed.

- Nausea that is related to surgery, Pregnancy or chemotherapy.

Acupuncture services must be performed in an office setting by a provider who is one of the following, either practicing within the scope of his/her license (if state license is available) or who is certified by a national accrediting body:

- Doctor of Medicine.

- Doctor of Osteopathy.

- Chiropractor.

- Acupuncturist.

## 2. Ambulance Services

Emergency ambulance transportation by a licensed ambulance service to the nearest Hospital where Emergency Health Services can be performed.

Non-Emergency ambulance transportation by a licensed ambulance service (either ground or air ambulance, as we determine appropriate) between facilities when the transport is any of the following:

- From a non-Network Hospital to a Network Hospital.

- To a Hospital that provides a higher level of care that was not available at the original Hospital.

- To a more cost-effective acute care facility.

- From an acute facility to a sub-acute setting.

## 3. Clinical Trials

Routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

- Cardiovascular disease (cardiac/stroke).

- Surgical musculoskeletal disorders of the spine, hip, and knees.

Benefits include the reasonable and necessary items and services used to diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the clinical trial as defined by the researcher. Benefits are not available for preventive clinical trials.

Routine patient care costs for clinical trials include:

- Covered Health Services for which Benefits are typically provided absent a clinical trial.

- Covered Health Services required solely for the provision of the Investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications.

- Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

- The Experimental or Investigational Service or item. The only exceptions to this are:

  - Certain *Category B* devices.

  - Certain promising interventions for patients with terminal illnesses.

  - Other items and services that meet specified criteria in accordance with our medical policy guidelines.

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

- Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

To be a qualifying clinical trial, a clinical trial must meet all of the following criteria:

- Be sponsored and provided by a cancer center that has been designated by the *National Cancer Institute (NCI)* as a *Clinical Cancer Center* or *Comprehensive Cancer Center* or be sponsored by any of the following:

  - *National Institutes of Health (NIH)*. (Includes *National Cancer Institute (NCI)*.)

  - *Centers for Disease Control and Prevention (CDC)*.

  - *Agency for Healthcare Research and Quality (AHRQ)*.

- Centers for Medicare and Medicaid Services (CMS).

- Department of Defense (DOD).

- Veterans Administration (VA).

- The clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. We may, at any time, request documentation about the trial to confirm that the clinical trial meets current standards for scientific merit and has the relevant IRB approvals.

- The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Policy.

Benefits include Covered Health Services provided in accordance with a clinical trial for cancer. An entity requesting reimbursement for covered Persons who participate in a clinical trial must be approved by an Institutional Review Board (IRB) and must meet requirements established by state law. Covered Health Services must be coordinated by a Physician and meet all of the following criteria:

- Treatment is being provided with a therapeutic or palliative intent for Covered Persons with cancer, or for the prevention or early detection of cancer.

- Treatment is being provided or studies are being conducted in a Phase II, Phase III or Phase IV clinical trial for cancer.

- Treatment is being provided in accordance with a clinical trial approved by one of the following:

  - One of the U.S. National Institutes of Health.

  - A cooperative group funded by one of the National Institutes of Health.

  - The Federal Food and Drug Administration (FDA) in the form of an investigational new drug application.

  - The Department of Veterans Affairs.

  - The Department of Defense (DOD).

  - A federally funded general clinical research center.

  - The coalition of National Cancer Cooperative Groups.

- Proposed protocol must have been reviewed and approved by a qualified IRB, which has a multiple project assurance contract approved by the Office of Protection from research risks.

- Facility and personnel providing the protocol must provided the treatment within their scope of practice, experience, and training. They must be capable of doing so by virtue of their experience, training and volume of patients treated to maintain expertise.

- There must be no clearly superior, non-investigational approach.

- The available clinical or pre-clinical data provide a reasonable expectation that the treatment will be at least as efficacious as the non-investigational alternative.

- The Covered Person has signed an IRB approved consent form.

## 4. Congenital Heart Disease Surgeries

Congenital heart disease (CHD) surgeries which are ordered by a Physician. CHD surgical procedures include, but are not limited to, surgeries to treat conditions such as coarctation of the aorta, aortic stenosis, tetralogy of fallot, transposition of the great vessels, and hypoplastic left or right heart syndrome.

Surgery may be performed as open or closed surgical procedures or may be performed through interventional cardiac catheterization.

We have specific guidelines regarding Benefits for CHD services. Contact us at the telephone number on your ID card for information about these guidelines.

## 5. Dental Services - Accident Only

Dental services when all of the following are true:

- Treatment is necessary because of accidental damage.

- Dental services are received from a Doctor of Dental Surgery or Doctor of Medical Dentistry.

- The dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

Dental services to repair damage caused by accidental Injury must conform to the following time-frames:

- Treatment is started within three months of the accident, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care).

- Treatment must be completed within 12 months of the accident.

Benefits for treatment of accidental Injury are limited to the following:

- Emergency examination.

- Necessary diagnostic X-rays.

- Endodontic (root canal) treatment.

- Temporary splinting of teeth.

- Prefabricated post and core.

- Simple minimal restorative procedures (fillings).

- Extractions.

- Post-traumatic crowns if such are the only clinically acceptable treatment.

- Replacement of lost teeth due to the Injury by implant, dentures or bridges.

## 6. Diabetes Services

### Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care

Outpatient self-management training for the treatment of diabetes, education and medical nutrition therapy services. Diabetes outpatient self-management training, education and medical nutrition therapy services must be ordered by a Physician and provided by appropriately licensed or registered healthcare professionals.

Benefits under this section also include medical eye examinations (dilated retinal examinations) and preventive foot care for Covered Persons with diabetes.

COC.CHS.I.07.CA

11

## 7. Diabetes Treatment

Diabetes equipment and supplies are limited to blood glucose monitors and blood glucose testing strips, blood glucose monitors designed to assist the visually impaired, insulin pumps and all related necessary supplies; ketone urine testing strips, lancets and lancet puncture devices, pen delivery systems for the administration of insulin, podiatric devices to prevent or treat diabetes-related complications, insulin syringes, visual aids, excluding eyewear, to assist the visually impaired with proper dosing of insulin.

Diabetes prescription items are limited to insulin, medication for the treatment of diabetes, and glucagon.

## 8. Durable Medical Equipment

Durable Medical Equipment that meets each of the following criteria:

- Ordered or provided by a Physician for outpatient use primarily in a home setting.

- Used for medical purposes.

- Not consumable or disposable except as needed for the effective use of covered Durable Medical Equipment.

- Not of use to a person in the absence of a disease or disability.

Benefits under this section include Durable Medical Equipment provided to you by a Physician.

If more than one piece of Durable Medical Equipment can meet your functional needs, Benefits are available only for the equipment that meets the minimum specifications for your needs. If you rent or purchase a piece of Durable Medical Equipment that exceeds this guideline, you will be responsible for any cost difference between the piece you rent or purchase and the piece we have determined is the most cost-effective.

Examples of Durable Medical Equipment include:

- Equipment to assist mobility, such as a standard wheelchair.

- A standard Hospital-type bed.

- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).

- Delivery pumps for tube feedings (including tubing and connectors).

- Braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service under this. Braces that straighten or change the shape of a body part are orthotic devices. Dental braces are excluded from coverage.

- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters, and personal comfort items are excluded from coverage).

- Burn garments.

- Insulin pumps and all related necessary supplies as described under *Diabetes Services*.

Benefits under this section do not include any device, appliance, pump, machine, stimulator, or monitor that is fully implanted into the body.

We will decide if the equipment should be purchased or rented.

Benefits are available for repairs and replacement, except that:

- Benefits for repair and replacement do not apply to damage due to misuse, malicious breakage or gross neglect.

- Benefits are not available to replace lost or stolen items.

## 9. Emergency Health Services - Outpatient

Services that are required to stabilize or initiate treatment in an Emergency. Emergency Health Services must be received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include the facility charge, supplies and all professional services required to stabilize your condition and/or initiate treatment. This includes placement in an observation bed for the purpose of monitoring your condition (rather than being admitted to a Hospital for an Inpatient Stay).

Benefits under this section are not available for services to treat a condition that does not meet the definition of an Emergency.

## 10. Hearing Aids

Hearing aids which are required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness). Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is purchased as a result of a written recommendation by a Physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

## 11. Home Health Care

Services received from a Home Health Agency that are both of the following:

- Ordered by a Physician.

- Provided in your home by a registered nurse, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

Benefits are available only when the Home Health Agency services are provided on a part-time, Intermittent Care schedule and when skilled care is required.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

## 12. Hospice Care

Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social and spiritual care for the terminally ill person and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available when hospice care is received from a licensed hospice agency.

Please contact us for more information regarding our guidelines for hospice care. You can contact us at the telephone number on your ID card.

## 13. Hospital - Inpatient Stay

Services and supplies provided during an Inpatient Stay in a Hospital. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for anesthesiologists, Emergency room Physicians, consulting Physicians, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

## 14. Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility include, but are not limited to:

- Lab and radiology/X-ray.

- Mammography. Benefits are provided whether mammography testing is ordered or referred by a Physician, a nurse practitioner, or a certified nurse midwife.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury.*

Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services.*

## 15. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine, and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

## 16. Mental Health and Substance Abuse Services - Inpatient and Intermediate

Mental Health and Substance Abuse Services received on an inpatient or Intermediate Care basis in a Hospital or an Alternate Facility. Benefits include drug and alcohol detoxification from abusive chemicals or substances that are limited to physical detoxification when necessary to protect your physical health and well-being.

The Mental Health/Substance Abuse Designee, who will authorize the services, will determine the appropriate setting for the treatment. If an Inpatient Stay is required, it is covered on a Semi-private Room basis. When limits apply to inpatient or Intermediate Care services in the *Schedule of Benefits*, inpatient days may be converted to Intermediate Care (such as partial hospitalization or intensive outpatient programs) or Transitional Care at the discretion of the Mental Health/Substance Abuse Designee.

One Inpatient day is equivalent to:

- Two sessions of partial hospitalization/day treatment.

- Five sessions of intensive outpatient treatment.

- Six outpatient visits.

- Ten days of Transitional Care (either sober living or transitional living arrangements).

Mental Health and Substance Abuse Services must be provided by or under the direction of the Mental Health/Substance Abuse Designee. Referrals to a Mental Health or Substance Abuse Services provider are at the discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Benefits for Inpatient/Intermediate Mental Health and Substance Abuse Services.

## 17. Mental Health and Substance Abuse Services - Outpatient

Mental Health and Substance Abuse Services received on an outpatient basis in a provider's office or at an Alternate Facility, including:

- Mental health, substance abuse and chemical dependency evaluations and assessment.

- Diagnosis.

- Treatment planning.

- Referral services.

- Medication management.

- Short-term individual, family and group therapeutic services (including intensive outpatient therapy).

- Crisis intervention.

Referrals to a Mental Health or Substance Abuse Services provider are at the discretion of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. Contact the Mental Health/Substance Abuse Designee regarding Benefits for outpatient Mental Health and Substance Abuse Services.

## 18. Ostomy Supplies

Benefits for ostomy supplies are limited to the following:

- Pouches, face plates and belts.

- Irrigation sleeves, bags and catheters.

- Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## 19. Pharmaceutical Products - Outpatient

Pharmaceutical Products that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in a Covered Person's home.

Benefits under this section are provided only for Pharmaceutical Products which, due to their characteristics (as determined by us), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional. Benefits under this section do not include medications that are typically available by prescription order or refill at a pharmacy.

## 20. Physician Fees for Surgical and Medical Services

Physician fees for surgical procedures and other medical care received on an outpatient or inpatient basis in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls.

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury.*

## 21. Physician's Office Services - Sickness and Injury

Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital.

Covered Health Services include medical education services that are provided in a Physician's office by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Covered Health Services for Preventive Care provided in a Physician's office are described under *Preventive Care Services.*

Benefits under this section include lab, radiology/X-ray or other diagnostic services performed in the Physician's office.

## 22. Pregnancy - Maternity Services

Benefits for Pregnancy include all maternity-related medical services for prenatal care, postnatal care, delivery, and any related complications.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

We also have special prenatal programs to help during Pregnancy. They are completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify us during the first

trimester, but no later than one month prior to the anticipated childbirth. It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs designed to achieve the best outcomes for you and your baby.

We will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a normal vaginal delivery.

- 96 hours for the mother and newborn child following a cesarean section delivery.

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames.

When the mother and child are discharged early, coverage is provided for at least one post discharge follow-up visit within 48 hours of discharge, when prescribed by the treating Physician. A post discharge visit is provided by a licensed health care provider whose scope of practice includes postpartum care and newborn care. The visit includes, at a minimum, parent education, assistance and training in breast or bottle-feeding, and the performance of any necessary maternal or neonatal physical assessments. The treating Physician, in consultation with the mother, will determine whether the post discharge visit occurs at home, a birth facility, or the treating Physician's office. Prenatal diagnosis and counseling for genetic disorders are covered.

## 23. Preventive Care Services

Services for preventive medical care provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital. Examples of preventive medical care include but are not limited to the following:

**Physician office services:**

- Routine physical examinations.

- Well baby and well child care. (Preventive care services for children include periodic health evaluations and laboratory services that are consistent with the Recommendations for Preventive Pediatric Health Care as adopted by the *American Academy of Pediatrics* and the most current version of the Recommended Childhood Immunization Schedule/United States, jointly adopted by the *American Academy of Pediatrics*, the *Advisory Committee on Immunizations Practices* and the *American Academy of Family Physicians*, unless determined otherwise by the *State Department of Health Services*.)

- Immunizations. (FDA approved AIDS vaccines are covered if recommended by the *United States Public Health Service*.)

- Vision and hearing screening. (Vision screenings do not include refractive examinations to detect vision impairment.)

- Voluntary family planning.

- Blood lead screening in children.

- Breast cancer diagnosis and treatment

- Participation in the Expanded Alpha Feto Protein (AFP) program

**Lab, X-ray or other preventive tests:**

- Screening mammography. Benefits are provided whether mammography testing is ordered or referred by a Physician, a nurse practitioner, or a certified nurse midwife.

- Screening colonoscopy or sigmoidoscopy.

- Cervical cancer screening.

- Prostate cancer screening.

- Bone mineral density tests.

## 24. Prosthetic Devices

External prosthetic devices that replace a limb or a body part, limited to:

- Artificial arms, legs, feet and hands.

- Artificial face, eyes, ears and noses.

- Speech aid prosthetics and tracheo-esophageal voice prosthetics.

- Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998*. Benefits include mastectomy bras and lymphedema stockings for the arm.

Benefits under this section are provided only for external prosthetic devices and do not include any device that is fully implanted into the body other than breast prostheses.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the prosthetic device that meets the minimum specifications for your needs. If you purchase a prosthetic device that exceeds these minimum specifications, we will pay only the amount that we would have paid for the prosthetic that meets the minimum specifications, and you will be responsible for paying any difference in cost.

The prosthetic device must be ordered or provided by, or under the direction of a Physician.

Benefits are available for repairs and replacement, except that:

- There are no Benefits for repairs due to misuse, malicious damage or gross neglect.

- There are no Benefits for replacement due to misuse, malicious damage, gross neglect or for lost or stolen prosthetic devices.

## 25. Reconstructive Procedures

Reconstructive procedures when the primary purpose of the procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance for cosmetic purposes only, but rather to improve function and/or to create a normal appearance, to the extent possible.

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

### 26. Rehabilitation Services - Outpatient Therapy and Chiropractic Treatment

Short-term outpatient rehabilitation services, limited to:

- Physical therapy.

- Occupational therapy.

- Chiropractic Treatment.

- Speech therapy.

- Pulmonary rehabilitation therapy.

- Cardiac rehabilitation therapy.

- Post-cochlear implant aural therapy.

Rehabilitation services must be performed by a Physician or by a licensed therapy provider. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility.

Please note that we will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or autism spectrum disorders.

### 27. Scopic Procedures - Outpatient Diagnostic and Therapeutic

Diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy, and endoscopy.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

When these services are performed for preventive screening purposes, Benefits are described under *Preventive Care Services*.

### 28. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Services and supplies provided during an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for anesthesiologists, consulting Physicians, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

Please note that Benefits are available only if both of the following are true:

- If the initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a cost effective alternative to an Inpatient Stay in a Hospital.

- You will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching, and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including but not limited to dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if discharge rehabilitation goals have previously been met.

## 29. Surgery - Outpatient

Surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include certain scopic procedures. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy, hysteroscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

## 30. Temporomandibular Joint Disorder (TMJ) Services

Services for the evaluation and treatment of temporomandibular joint syndrome (TMJ) and associated muscles.

Diagnosis: Examination, radiographs and applicable imaging studies, and consultation.

Non-surgical treatment including clinical examinations, oral appliances (orthotic splints), arthrocentesis, and trigger-point injections.

Benefits are provided for surgical treatment if the following criteria are met:

- There is clearly demonstrated radiographic evidence of significant joint abnormality.

- Non-surgical treatment has failed to adequately resolve the symptoms.

- Pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthroplasty, arthrotomy, open or closed reduction of dislocations, and TMJ implants.

## 31. Therapeutic Treatments - Outpatient

Therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office, including but not limited to dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include:

- The facility charge and the charge for related supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.

## 32. Transplantation Services

Organ and tissue transplants when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include bone marrow, heart, heart/lung, lung, kidney, kidney/pancreas, liver, liver/small bowel, pancreas, small bowel and cornea.

Donor costs that are directly related to organ removal are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Policy.

We have specific guidelines regarding Benefits for transplant services. Contact us at the telephone number on your ID card for information about these guidelines.

## 33. Urgent Care Center Services

Covered Health Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services - Sickness and Injury*.

## 34. Vision Examinations

Routine vision examinations, including refraction to detect vision impairment, received from a health care provider in the provider's office.

Please note that Benefits are not available for charges connected to the purchase or fitting of eyeglasses or contact lenses.

Benefits for eye examinations required for the diagnosis and treatment of a Sickness or Injury are provided under *Physician's Office Services - Sickness and Injury*.

### 35. Wigs

Wigs and other scalp hair prosthesis regardless of the reason for hair loss.

## Additional Benefits Required By California Law

### 36. Dental Services - Inpatient

Services including general anesthesia and associated Hospital or Alternate Facility charges when the clinical status or underlying medical condition of the Covered Person requires dental procedures that ordinarily would not require general anesthesia to be rendered in a Hospital or Alternate Facility setting. Services are limited to Covered Persons who are one of the following:

- A child under seven years of age.

- A person who is developmentally disabled, regardless of age.

- A person whose health is compromised and for whom general anesthesia is required, regardless of age.

Services for the diagnosis or treatment of a dental disease are not Covered Health Services.

Please remember that you must notify us as follows:

- For elective admissions: five business days before admission.

- For non-elective admissions: within one business day or the same day of admission.

- For Emergency admissions: within one business day or the same day of admission, or as soon as is reasonably possible.

If you don't notify us, Benefits may be reduced.

### 37. Mastectomy Services

Coverage for mastectomies and lymph node dissections is provided in the same manner as other covered surgeries. The length of Hospital stay is determined by the attending Physician in consultation with the patient. We will not require the attending Physician to obtain prior approval of the length of the Hospital stay. The Policy covers all complication from a mastectomy including lymphedema. The Policy covers prosthetic devices and reconstructive surgery to restore and achieve symmetry for the patient, subject to the Policy's deductible and copayment requirements.

### 38. Medical Foods

Coverage is provided for Formulas and Special Food Products that are part of a diet prescribed by a Physician and managed by a health care professional in consultation with a Physician who specialized in the treatment of metabolic disease. The diet must be needed to avert the development of serious physical or mental disabilities or to promote normal development or function as a consequence of phenylketonuria (PKU).

"Formula" means an enteral product or enteral products for use at home that are prescribed by a Physician for the treatment of phenylketonuria (PKU).

"Special Food Product" means a food product that is both of the following:

- Prescribed by a Physician for the treatment of PKU. It does not include a food that is naturally low in protein, but may include a food product that is specially formulated to have less than on gram of protein per serving.

COC.CHS.I.07.CA                                           22

- Used in place of normal food products, such as grocery store foods, used by the general public.

## 39. Mental Health Services - Severe Mental Illness and Serious Emotional Disturbances

Mental Health Services for the diagnosis and treatment of Severe Mental Illness of a Covered Person of any age and Serious Emotional Disturbances of an Enrolled Dependent child under the same terms and conditions that apply to medical conditions. This includes, but is not limited to, Lifetime Maximum Benefit, Copayments, and Deductibles.

Mental Health Services include the following:

- Outpatient services.

- Inpatient hospital services.

- Partial hospital services.

- Outpatient prescription drugs, if the Policy includes an Outpatient Prescription Drug Rider.

Severe Mental Illness includes the following:

- Schizophrenia.

- Schizoaffective disorder,

- Bipolar disorder (manic-depressive illness).

- Major depressive disorder.

- Panic disorder.

- Obsessive-compulsive disorder.

- Pervasive developmental disorder or autism.

- Anorexia nervosa.

- Bulimia nervosa.

An Enrolled Dependent child suffering from Serious Emotional Disturbances means a child who has one or more mental disorders as identified in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, other than a primary substance use disorder or developmental disorder, that result in behavior inappropriate to the child's age according to expected developmental norms. As a result of the disorder, one or more of the following is true:

- The child is at risk of removal from home or has been ill for more than 6 months.

- The child displays psychotic features, risk of suicide or risk of violence.

- The child meets special education eligibility requirements under state law.

Mental Health Services for Severe Mental Illness and Serious Emotional Disturbances must be provided by or under the direction of the Mental Health/Substance Abuse Designee, who is responsible for coordinating all of your care. The Mental Health/Substance Abuse Designee will determine the appropriate setting for the treatment. If an Inpatient Stay is required it is covered on a Semi-private Room basis. Contact the Mental Health/Substance Abuse Designee regarding Benefits for Mental Health Services for Severe Mental Illness and Serious Emotional Disturbances.

## 40. Nicotine Use Benefit

We provide Benefits for Physician's services for the treatment of nicotine use and for prescription drugs for tobacco dependency.

## 41. Orthotic Benefit

Benefits for orthotic devices, including original and replacement devices when devices are prescribed by a Physician or are ordered by a licensed health care provider acting within the scope of his/her license.

## 42. Osteoporosis Services

Services related to diagnosis, treatment, and appropriate management of osteoporosis. Services include, but are not limited to, all FDA-approved technologies and bone mass measurement as deemed necessary.

## 43. Prosthetic Devices - Laryngectomy

Benefits for prosthetic devices to restore a method of speaking for a Covered Person incident to laryngectomy. This includes the initial and subsequent prosthetic devices, including installation accessories, as ordered by a Physician. Electronic voice producing machines are not covered.

## 44. Specialized Footwear

Special footwear needed as a result of foot disfigurement caused by any of the following:

- Cerebral palsy.
- Arthritis.
- Polio.
- Spina bifida.
- Diabetes.
- Accident.
- Developmental disability.

## 45. Telemedicine Services

Covered Health Services received through telemedicine are covered. No face-to-face contact is required between a network health care provider and a Covered Person for services appropriately provided through Telemedicine, subject to all terms and conditions of the Policy.

"Telemedicine" is the practice of health care delivery, diagnosis, consultation, treatment, transfer of medical data, and education using interactive audio, video, or data communications. Telemedicine is not consultation by telephone or facsimile machine between health care providers or between patient and health care provider.

# Section 2: Exclusions and Limitations

## How We Use Headings in this Section

To help you find specific exclusions more easily, we use headings (for example *A. Alternative Treatments* below). The headings group services, treatments, items, or supplies that fall into a similar category. Actual exclusions appear underneath headings. A heading does not create, define, modify, limit or expand an exclusion. All exclusions in this section apply to you.

## We do not Pay Benefits for Exclusions

We will not pay Benefits for any of the services, treatments, items or supplies described in this section, even if either of the following is true:

- It is recommended or prescribed by a Physician.
- It is the only available treatment for your condition.

The services, treatments, items or supplies listed in this section are not Covered Health Services, except as may be specifically provided for in *Section 1: Covered Health Services* or through a Rider to the Policy.

## Benefit Limitations

When Benefits are limited within any of the Covered Health Service categories described in *Section 1: Covered Health Services*, those limits are stated in the corresponding Covered Health Service category in the *Schedule of Benefits*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in the *Schedule of Benefits* under the heading *Benefit Limits*. Please review all limits carefully, as we will not pay Benefits for any of the services, treatments, items or supplies that exceed these Benefit limits.

***Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."***

## A. Alternative Treatments

1. Acupressure.
2. Aromatherapy.
3. Hypnotism.
4. Massage therapy.
5. Rolfing.
6. Art therapy, music therapy, dance therapy, horseback therapy and other forms of alternative treatment as defined by the *National Center for Complementary and Alternative Medicine (NCCAM)* of the *National Institutes of Health*. This exclusion does not apply to Chiropractic Treatment and osteopathic care for which Benefits are provided as described in *Section 1: Covered Health Services*.

## B. Dental

1. Dental care (which includes dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia).

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services.*

This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Policy, limited to:

- Transplant preparation.

- Prior to the initiation of immunosuppressive drugs.

- The direct treatment of cancer or cleft palate.

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication.

Endodontics, periodontal surgery and restorative treatment are excluded.

2.  Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include:

- Extraction, restoration and replacement of teeth.

- Medical or surgical treatments of dental conditions.

- Services to improve dental clinical outcomes.

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services.*

3.  Dental implants, bone grafts, and other implant-related procedures. This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services.*

4.  Dental braces (orthodontics).

5.  Treatment of congenitally missing, malpositioned, or supernumerary teeth, even if part of a Congenital Anomaly.

## C. Devices, Appliances and Prosthetics

1.  Devices used specifically as safety items or to affect performance in sports-related activities.

2.  The following items are excluded, even if prescribed by a Physician:

- Blood pressure cuff/monitor.

- Enuresis alarm.

- Home coagulation testing equipment.

- Non-wearable external defibrillator.

- Trusses.

- Ultrasonic nebulizers.

- Ventricular assist devices.

3.  Devices and computers to assist in communication and speech except for speech aid prosthetics and tracheo-esophageal voice prosthetics.

4.   Oral appliances for snoring.

5.   Repairs to prosthetic devices due to misuse, malicious damage or gross neglect.

6.   Replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

## D. Drugs

1.   Prescription drug products for outpatient use that are filled by a prescription order or refill.

2.   Self-injectable medications, except those needed to treat diabetes. This exclusion does not apply to medications which, due to their characteristics (as determined by us), must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting.

3.   Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and consumed in the Physician's office.

4.   Over-the-counter drugs and treatments.

5.   Growth hormone therapy.

## E. Experimental or Investigational or Unproven Services

Experimental or Investigational and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded except Benefits provided for clinical trials for cancer and for Experimental or Investigational Services and Unproven Services as defined under *Section 9: Defined Terms* and except that coverage which is provided for an FDA-approved drug prescribed for a use that is different from the use for which the FDA approved it, when needed for treatment of a chronic and seriously debilitating or life-threatening condition. The drug must appear on the Formulary List, if applicable. The drug must be recognized for treatment of the condition for which the drug is being prescribed in one of the following established reference compendia: (1) *U.S. Pharmacopoeia Dispensing Information*; (2) *American Medical Association's Drug Evaluation*; or (3) *American Hospital Formulary Service Drug Information*, or it is recommended by two clinical studies or review articles in major peer reviewed professional journals. However, there is no coverage for any drug that the FDA or a major peer reviewed medical journal has determined to be contraindicated for the specific treatment for which the drug has been prescribed. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Services.*

## F. Foot Care

1.   Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*

2.   Nail trimming, cutting, or debriding.

3.   Hygienic and preventive maintenance foot care. Examples include:

   ▪   Cleaning and soaking the feet.

   ▪   Applying skin creams in order to maintain skin tone.

This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4.   Treatment of flat feet.

5.   Treatment of subluxation of the foot.

6.   Shoes.

7.   Shoe orthotics.

8.   Shoe inserts.

9.   Arch supports.

## G. Medical Supplies

1.   Prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

   - Elastic stockings.

   - Ace bandages.

   - Gauze and dressings.

   - Urinary catheters.

   This exclusion does not apply to:

   - Mastectomy Services.

   - Prosthetic devices incident to laryngectomy as described in *Section 1: Covered Health Services.*

   - Disposable supplies necessary for the effective use of Durable Medical Equipment for which Benefits are provided as described under *Durable Medical Equipment* in *Section 1: Covered Health Services.*

   - Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*

   - Ostomy supplies for which Benefits are provided as described under *Ostomy Supplies* in *Section 1: Covered Health Services.*

2.   Tubings and masks except when used with Durable Medical Equipment as described under *Durable Medical Equipment* in *Section 1: Covered Health Services.*

## H. Mental Health/Substance Abuse

1.   Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

2.   Mental Health Services and Substance Abuse Services that extend beyond the period necessary for short-term evaluation, diagnosis, treatment or crisis intervention.

3.   Mental Health Services as treatment for insomnia and other sleep disorders, neurological disorders and other disorders with a known physical basis.

4.   Treatment for conduct and impulse control disorders, personality disorders, paraphilias and other Mental Illnesses that will not substantially improve beyond the current level of functioning, or that are not subject to favorable modification or management according to prevailing national standards of clinical practice, as reasonably determined by the Mental Health/Substance Abuse Designee.

5.  Services utilizing methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents.

6.  Treatment provided in connection with or to comply with involuntary commitments, police detentions and other similar arrangements, unless authorized by the Mental Health/Substance Abuse Designee.

7.  Residential treatment services.

8.  Services or supplies for the diagnosis or treatment of Mental Illness, alcoholism or substance abuse disorders that, in the reasonable judgment of the Mental Health/Substance Abuse Designee, are any of the following:

    ▪ Not consistent with prevailing national standards of clinical practice for the treatment of such conditions.

    ▪ Not consistent with prevailing professional research demonstrating that the services or supplies will have a measurable and beneficial health outcome.

    ▪ Typically do not result in outcomes demonstrably better than other available treatment alternatives that are less intensive or more cost effective.

    ▪ Not consistent with the Mental Health/Substance Abuse Designee's level of care guidelines or best practices as modified from time to time.

    The Mental Health/Substance Abuse Designee may consult with professional clinical consultants, peer review committees or other appropriate sources for recommendations and information regarding whether a service or supply meets any of these criteria.

## I. Nutrition

1.  Individual and group nutritional counseling. This exclusion does not apply to medical nutritional education services that are provided by appropriately licensed or registered health care professionals when both of the following are true:

    ▪ Nutritional education is required for a disease in which patient self-management is an important component of treatment.

    ▪ There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

2.  Enteral feedings and other nutritional and electrolyte supplements, including infant formula and donor breast milk, except as described under *Medical Foods* in *Section 1: Covered Health Services*.

3.  Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition-based therapy. Examples include supplements, electrolytes, and foods of any kind (including high protein foods and low carbohydrate foods).

## J. Personal Care, Comfort or Convenience

1.  Television.

2.  Telephone.

3.  Beauty/barber service.

4.  Guest service.

5.   Supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

- Air conditioners, air purifiers and filters, dehumidifiers.
- Batteries and battery chargers.
- Breast pumps.
- Car seats.
- Chairs, bath chairs, feeding chairs, toddler chairs, chair lifts, recliners.
- Electric scooters.
- Exercise equipment.
- Home modifications such as elevators, handrails and ramps.
- Hot tubs.
- Humidifiers.
- Jacuzzis.
- Mattresses.
- Medical alert systems.
- Motorized beds.
- Music devices.
- Personal computers.
- Pillows.
- Power-operated vehicles.
- Radios.
- Saunas.
- Stair lifts and stair glides.
- Strollers.
- Safety equipment.
- Speech generating devices.
- Treadmills.
- Vehicle modifications such as van lifts.
- Video players.
- Whirlpools.

## K. Physical Appearance

1.   Cosmetic Procedures. See the definition in *Section 9: Defined Terms*. Examples include:

- Pharmacological regimens, nutritional procedures or treatments.

- Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).

- Skin abrasion procedures performed as a treatment for acne.

- Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple.

- Treatment for skin wrinkles or any treatment to improve the appearance of the skin.

- Treatment for spider veins.

- Hair removal or replacement by any means.

2. Replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. Note: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in *Section 1: Covered Health Services*.

3. Treatment of benign gynecomastia (abnormal breast enlargement in males).

4. Breast reduction except as coverage is required by the *Women's Health and Cancer Rights Act of 1998* for which Benefits are described under *Reconstructive Procedures* in *Section 1: Covered Health Services*.

5. Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility, and diversion or general motivation.

6. Weight loss programs whether or not they are under medical supervision. Weight loss programs for medical reasons are also excluded.

## L. Procedures and Treatments

1. Excision or elimination of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty or abdominal panniculectomy, and brachioplasty.

2. Medical and surgical treatment of excessive sweating (hyperhidrosis).

3. Medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

4. Speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, Congenital Anomaly, or autism spectrum disorders.

5. Psychosurgery.

6. Sex transformation operations.

7. Physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter.

8. Biofeedback.

9. Upper and lower jawbone surgery including that for obstructive sleep apnea. Treatment of acute traumatic Injury, dislocation, tumors or cancer and orthognathic surgery jaw alignment are covered.

10. Surgical and non-surgical treatment of obesity.

11. Stand-alone multi-disciplinary smoking cessation programs.

## M. Providers

1.  Services performed by a provider who is a family member by birth or marriage. Examples include a spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2.  Services performed by a provider with your same legal residence.

3.  Services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider. Services which are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

    ▪   Has not been actively involved in your medical care prior to ordering the service, or

    ▪   Is not actively involved in your medical care after the service is received.

    This exclusion does not apply to mammography.

4.  Foreign language and sign language interpreters.

## N. Reproduction

1.  Health services and associated expenses for infertility treatments, including assisted reproductive technology, regardless of the reason for the treatment. This exclusion does not apply to services required to treat or correct underlying causes of infertility.

2.  Surrogate parenting, donor eggs, donor sperm and host uterus.

3.  Storage and retrieval of all reproductive materials. Examples include eggs, sperm, testicular tissue and ovarian tissue.

4.  The reversal of voluntary sterilization.

## O. Services Provided under another Plan

1.  Health services for which other coverage is required by federal, state or local law to be purchased or provided through other arrangements. Examples include coverage required by workers' compensation, no-fault auto insurance, or similar legislation.

    If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2.  Health services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you.

3.  Health services while on active military duty.

## P. Transplants

1.  Health services for organ and tissue transplants, except those described under *Transplantation Services* in *Section 1: Covered Health Services*.

2.  Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs that are directly related to organ removal are payable for a transplant through the organ recipient's Benefits under the Policy.)

COC.EXC.I.07.CA                                    32

3.   Health services for transplants involving permanent mechanical or animal organs.

## Q. Travel

1.   Health services provided in a foreign country, unless required as Emergency Health Services.

2.   Travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to Covered Health Services received from a Designated Facility or Designated Physician may be reimbursed at our discretion.

## R. Types of Care

1.   Multi-disciplinary pain management programs provided on an inpatient basis.

2.   Custodial Care.

3.   Domiciliary care.

4.   Private duty nursing. This means nursing care that is provided to a patient on a one-to-one basis by licensed nurses in an inpatient or home setting when any of the following are true:

   ▪   No skilled services are identified.

   ▪   Skilled nursing resources are available in the facility.

   ▪   The skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose.

5.   Respite care.

6.   Rest cures.

7.   Services of personal care attendants.

8.   Work hardening (individualized treatment programs designed to return a person to work or to prepare a person for specific work).

## S. Vision and Hearing

1.   Purchase cost and fitting charge for eye glasses and contact lenses.

2.   Implantable lenses used only to correct a refractive error (such as Intacs corneal implants).

3.   Eye exercise therapy.

4.   Surgery that is intended to allow you to see better without glasses or other vision correction. Examples include radial keratotomy, laser, and other refractive eye surgery.

## T. All Other Exclusions

1.   Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*.

2.   Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments that are otherwise covered under the Policy when:

   ▪   Required solely for purposes of career, school, sports or camp, travel, employment, insurance, marriage or adoption.

   ▪   Related to judicial or administrative proceedings or orders.

- Conducted for purposes of medical research.

- Required to obtain or maintain a license of any type.

3. Health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country.

4. Health services received after the date your coverage under the Policy ends. This applies to all health services, even if the health service is required to treat a medical condition that arose before the date your coverage under the Policy ended.

5. Health services for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under the Policy.

6. Charges in excess of Eligible Expenses or in excess of any specified limitation.

7. Long term (more than 30 days) storage. Examples include cryopreservation of tissue, blood and blood products.

8. Autopsy.

COC.EXC.I.07.CA

# Section 3: When Coverage Begins

## How to Enroll

Eligible Persons must complete an enrollment form. The Enrolling Group will give the necessary forms to you. The Enrolling Group will then submit the completed forms to us, along with any required Premium. We will not provide Benefits for health services that you receive before your effective date of coverage.

## If You Are Hospitalized When Your Coverage Begins

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, we will pay Benefits for Covered Health Services that you receive on or after your first day of coverage related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Policy. These Benefits are subject to any prior carrier's obligations under state law or contract.

You should notify us of your hospitalization within 48 hours of the day your coverage begins, or as soon as is reasonably possible. For Benefit plans that have a Network Benefit level, Network Benefits are available only if you receive Covered Health Services from Network providers.

## If You Are Eligible for Medicare

Your Benefits under the Policy may be reduced if you are eligible for Medicare but do not enroll in and maintain coverage under both Medicare Part A and Part B.

Your Benefits under the Policy may also be reduced if you are enrolled in a *Medicare Advantage* (Medicare Part C) plan but fail to follow the rules of that plan. Please see Medicare Eligibility in *Section 8: General Legal Provisions* for more information about how Medicare may affect your Benefits.

## Who is Eligible for Coverage

The Enrolling Group determines who is eligible to enroll under the Policy and who qualifies as a Dependent.

### Eligible Person

Eligible Person usually refers to an employee or member of the Enrolling Group who meets the eligibility rules. When an Eligible Person actually enrolls, we refer to that person as a Subscriber. For a complete definition of Eligible Person, Enrolling Group and Subscriber, see *Section 9: Defined Terms*.

Eligible Persons must reside within the United States.

### Dependent

Dependent generally refers to the Subscriber's spouse and children. When a Dependent actually enrolls, we refer to that person as an Enrolled Dependent. For a complete definition of Dependent and Enrolled Dependent, see *Section 9: Defined Terms*.

Dependents of an Eligible Person may not enroll unless the Eligible Person is also covered under the Policy.

# When to Enroll and When Coverage Begins

Except as described below, Eligible Persons may not enroll themselves or their Dependents.

## Initial Enrollment Period

When the Enrolling Group purchases coverage under the Policy from us, the Initial Enrollment Period is the first period of time when Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified in the Policy if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## Open Enrollment Period

The Enrolling Group determines the Open Enrollment Period. During the Open Enrollment Period, Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## New Eligible Persons

Coverage for a new Eligible Person and his or her Dependents begins on the date agreed to by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the new Eligible Person first becomes eligible.

## Adding New Dependents

Subscribers may enroll Dependents who join their family because of any of the following events:

- Birth.
- Legal adoption
- Placement for adoption.
- Marriage.
- Legal guardianship.
- Court or administrative order.
- Registering a Domestic Partner.

Coverage for the Dependent begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event that makes the new Dependent eligible.

## Special Enrollment Period

An Eligible Person and/or Dependent may also be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan was terminated for cause, or because premiums were not paid on a timely basis.

An Eligible Person and/or Dependent does not need to elect COBRA continuation coverage to preserve special enrollment rights. Special enrollment is available to an Eligible Person and/or Dependent even if COBRA is not elected.

A special enrollment period applies to an Eligible Person and any Dependents when one of the following events occurs:

- Birth.

- Legal adoption.

- Placement for adoption.

- Marriage.

- Registering a Domestic Partner.

A special enrollment period also applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if the following are true:

- The Eligible Person and/or Dependent had existing health coverage under another plan including no-share-of-cost Medi-Cal coverage, at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period; and

- Coverage under the prior plan ended because of any of the following:

  - Loss of eligibility (including, but not limited to, legal separation, divorce or death).

  - The employer stopped paying the contributions. This is true even if the Eligible Person and/or Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer.

  - In the case of COBRA continuation coverage, the coverage ended.

  - The Eligible Person and/or Dependent no longer lives or works in an HMO service area if no other benefit option is available.

  - The plan no longer offers benefits to a class of individuals that include the Eligible Person and/or Dependent.

  - An Eligible Person and/or Dependent incurs a claim that would exceed a lifetime limit on all benefits.

When an event takes place (for example, a birth or marriage), coverage begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event.

For an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period because they had existing health coverage under another plan, coverage begins on the day immediately following the day coverage under the prior plan ends. Coverage will begin only if we receive the completed enrollment form and any required Premium within 31 days of the date coverage under the prior plan ended.

# Section 4: When Coverage Ends

## General Information about When Coverage Ends

We may discontinue this Benefit plan and/or all similar benefit plans at any time for the reasons explained in the Policy, as permitted by law.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date.

When your coverage ends, we will still pay claims for Covered Health Services that you received before the date on which your coverage ended. However, once your coverage ends, we will not pay claims for any health services received after that date (even if the medical condition that is being treated occurred before the date your coverage ended).

Unless otherwise stated, an Enrolled Dependent's coverage ends on the date the Subscriber's coverage ends.

## Events Ending Your Coverage

Coverage ends on the earliest of the dates specified below:

- **The Entire Policy Ends**

  Your coverage ends on the date the Policy ends. In the event the entire Policy ends, the Enrolling Group is responsible for notifying you that your coverage has ended.

- **You Are No Longer Eligible**

  Your coverage ends on the last day of the calendar month in which you are no longer eligible to be a Subscriber or Enrolled Dependent. Please refer to *Section 9: Defined Terms* for complete definitions of the terms "Eligible Person," "Subscriber," "Dependent" and "Enrolled Dependent."

- **We Receive Notice to End Coverage**

  Your coverage ends on the last day of the calendar month in which we receive written notice from the Enrolling Group instructing us to end your coverage, or the date requested in the notice, if later. The Enrolling Group is responsible for providing written notice to us to end your coverage.

- **Subscriber Retires or Is Pensioned**

  Your coverage ends the last day of the calendar month in which the Subscriber is retired or receiving benefits under the Enrolling Group's pension or retirement plan. The Enrolling Group is responsible for providing written notice to us to end your coverage.

  This provision applies unless a specific coverage classification is designated for retired or pensioned persons in the Enrolling Group's application, and only if the Subscriber continues to meet any applicable eligibility requirements. The Enrolling Group can provide you with specific information about what coverage is available for retirees.

## Other Events Ending Your Coverage

When any of the following happen, we will provide written notice to the Subscriber that coverage has ended on the date we identify in the notice:

- **Fraud, Misrepresentation or False Information**

Fraud or misrepresentation, or the Subscriber knowingly gave us false material information. Examples include false information relating to another person's eligibility or status as a Dependent.

During the first two years the Policy is in effect, we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy. After the first two years, we can only demand that you pay back these Benefits if the written application contained a fraudulent misstatement.

- **Material Violation**

  There was a material violation of the terms of the Policy.

- **Improper Use of ID Card**

  You permitted an unauthorized person to use your ID card, or you used another person's card.

- **Failure to Pay**

  You failed to pay a required Copayment.

## Coverage for a Disabled Dependent Child

Coverage for an unmarried Enrolled Dependent child who is disabled will not end just because the child has reached a certain age. We will extend the coverage for that child beyond the limiting age if both of the following are true regarding the Enrolled Dependent child:

- Is not able to be self-supporting because of mental or physical handicap or disability.

- Depends mainly on the Subscriber for support.

Coverage will continue as long as the Enrolled Dependent is medically certified as disabled and dependent unless coverage is otherwise terminated in accordance with the terms of the Policy.

We will ask you to furnish us with proof of the medical certification of disability within 31 days of the date coverage would otherwise have ended because the child reached a certain age. Before we agree to this extension of coverage for the child, we may require that a Physician chosen by us examine the child. We will pay for that examination.

We may continue to ask you for proof that the child continues to be disabled and dependent. Such proof might include medical examinations at our expense. However, we will not ask for this information more than once a year after a two year period following the child's attainment of the limiting age.

If you do not provide proof of the child's disability and dependency within 31 days of our request as described above, coverage for that child will end.

## Continuation of Coverage and Conversion

If your coverage ends under the Policy, you may be entitled to elect continuation coverage (coverage that continues on in some form) in accordance with federal or state law.

Continuation coverage under COBRA (the federal Consolidated Omnibus Budget Reconciliation Act) is available only to Enrolling Groups that are subject to the terms of COBRA. You can contact your plan administrator to determine if your Enrolling Group is subject to the provisions of COBRA.

If you selected continuation coverage under a prior plan which was then replaced by coverage under the Policy, continuation coverage will end as scheduled under the prior plan or in accordance with federal or state law, whichever is earlier.

We are not the Enrolling Group's designated "plan administrator" as that term is used in federal law, and we do not assume any responsibilities of a "plan administrator" according to federal law.

COC.END.I.07.CA

39

We are not obligated to provide continuation coverage to you if the Enrolling Group or its plan administrator fails to perform its responsibilities under federal law. Examples of the responsibilities of the Enrolling Group or its plan administrator are:

- Notifying you in a timely manner of the right to elect continuation coverage.

- Notifying us in a timely manner of your election of continuation coverage.

## Continuation Coverage under Federal Law (COBRA)

Much of the language in this section comes from the federal law that governs continuation coverage. You should call your Enrolling Group's plan administrator if you have questions about your right to continue coverage.

In order to be eligible for continuation coverage under federal law, you must meet the definition of a "Qualified Beneficiary". A Qualified Beneficiary is any of the following persons who were covered under the Policy on the day before a qualifying event:

- A Subscriber.

- A Subscriber's Enrolled Dependent, including with respect to the Subscriber's children, a child born to or placed for adoption with the Subscriber during a period of continuation coverage under federal law.

- A Subscriber's former spouse.

### Qualifying Events for Continuation Coverage under Federal Law (COBRA)

If the coverage of a Qualified Beneficiary would ordinarily terminate due to one of the following qualifying events, then the Qualified Beneficiary is entitled to continue coverage. The Qualified Beneficiary is entitled to elect the same coverage that she or he had on the day before the qualifying event.

The qualifying events with respect to an employee who is a Qualified Beneficiary are:

A.  Termination of the Subscriber from employment with the Enrolling Group, for any reason other than gross misconduct.

B.  Reduction in the Subscriber's hours of employment.

With respect to a Subscriber's spouse or dependent child who is a Qualified Beneficiary, the qualifying events are:

A.  Termination of the Subscriber from employment with the Enrolling Group, for any reason other than the Subscriber's gross misconduct.

B.  Reduction in the Subscriber's hours of employment.

C.  Death of the Subscriber.

D.  Divorce or legal separation of the Subscriber.

E.  Loss of eligibility by an Enrolled Dependent who is a child.

F.  Entitlement of the Subscriber to Medicare benefits.

G.  The Enrolling Group filing for bankruptcy, under Title 11, United States Code. This is also a qualifying event for any retired Subscriber and his or her Enrolled Dependents if there is a substantial elimination of coverage within one year before or after the date the bankruptcy was filed.

## Notification Requirements and Election Period for Continuation Coverage under Federal Law (COBRA)

### Notification Requirements for Qualifying Event

The Subscriber or other Qualified Beneficiary must notify the Enrolling Group's plan administrator within 60 days of the latest of the date of the following events:

- The Subscriber's divorce or legal separation, or an Enrolled Dependent's loss of eligibility as an Enrolled Dependent.

- The date the Qualified Beneficiary would lose coverage under the Policy.

- The date on which the Qualified Beneficiary is informed of his or her obligation to provide notice and the procedures for providing such notice.

The Subscriber or other Qualified Beneficiary must also notify the Enrolling Group's plan administrator when a second qualifying event occurs, which may extend continuation coverage.

If the Subscriber or other Qualified Beneficiary fails to notify the Enrolling Group's plan administrator of these events within the 60-day period, the plan administrator is not obligated to provide continued coverage to the affected Qualified Beneficiary. If a Subscriber is continuing coverage under federal law, the Subscriber must notify the Enrolling Group's plan administrator within 60 days of the birth or adoption of a child.

### Notification Requirements for Disability Determination or Change in Disability Status

The Subscriber or other Qualified Beneficiary must notify the Enrolling Group's plan administrator as described under "Terminating Events for Continuation Coverage under Federal Law (COBRA)".

The notice requirements will be satisfied by providing written notice to the Enrolling Group's plan administrator at the address stated in the ERISA Statement. The contents of the notice must be such that the plan administrator is able to determine the covered employee and qualified beneficiary or beneficiaries, the qualifying event or disability, and the date on which the qualifying event occurred.

None of the above notice requirements will be enforced if the Subscriber or other Qualified Beneficiary is not informed of his or her obligations to provide such notice.

After providing notice to the Enrolling Group's plan administrator, the Qualified Beneficiary shall receive the continuation coverage and election notice. Continuation coverage must be elected by the later of 60 days after the qualifying event occurs; or 60 days after the Qualified Beneficiary receives notice of the continuation right from the plan administrator.

The Qualified Beneficiary's initial premium due to the plan administrator must be paid on or before the 45th day after electing continuation.

The Trade Act of 2002 amended COBRA to provide for a special second 60-day COBRA election period for certain employees who have experienced a termination or reduction of hours and who lose group health plan coverage as a result. The special second COBRA election period is available only to a very limited group of individuals: generally, those who are receiving trade adjustment assistance (TAA) or "alternative trade adjustment assistance" under a federal law called the Trade Act of 1974. These employees are entitled to a second opportunity to elect COBRA coverage for themselves and certain family members (if they did not already elect COBRA coverage), but only within a limited period of 60 days from the first day of the month when an individual begins receiving TAA (or would be eligible to receive TAA but for the requirement that unemployment benefits be exhausted) and only during the six months immediately after their group health plan coverage ended.

If you qualify or may qualify for assistance under the Trade Act of 1974, contact the Enrolling Group for additional information. You must contact the Enrolling Group promptly after qualifying for assistance under the Trade Act of 1974 or you will lose your special COBRA rights. COBRA coverage elected during

the special second election period is not retroactive to the date the plan coverage was lost but begins on the first day of the special second election period.

## Terminating Events for Continuation Coverage under Federal Law (COBRA)

Continuation under the Policy will end on the earliest of the following dates:

- Eighteen months from the date of the qualifying event, if the Qualified Beneficiary's coverage would have ended because the Subscriber's employment was terminated or hours were reduced (i.e., qualifying events A or B).

  If a Qualified Beneficiary is determined to have been disabled under the Social Security Act at anytime within the first 60 days of continuation coverage for qualifying events A or B, then the Qualified Beneficiary may elect an additional eleven months of continuation coverage (for a total of twenty-nine months of continued coverage) subject to the following conditions:

  - Notice of such disability must be provided within the latest of 60 days after:

    - The determination of the disability; or

    - The date of the qualifying event; or

    - The date the Qualified Beneficiary would lose coverage under the Policy; and

    - In no event later than the end of the first eighteen months.

  - The Qualified Beneficiary must agree to pay any increase in the required Premium for the additional eleven months.

  - If the Qualified Beneficiary who is entitled to the eleven months of coverage has non-disabled family members who are also Qualified Beneficiaries, then those non-disabled Qualified Beneficiaries are also entitled to the additional eleven months of continuation coverage.

  Notice of any final determination that the Qualified Beneficiary is no longer disabled must be provided within 30 days of such determination. Thereafter, continuation coverage may be terminated on the first day of the month that begins more than 30 days after the date of that determination.

- Thirty-six months from the date of the qualifying event for an Enrolled Dependent whose coverage ended because of the death of the Subscriber, divorce or legal separation of the Subscriber, or loss of eligibility by an Enrolled Dependent who is a child (i.e. qualifying events C, D or E).

- With respect to Qualified Beneficiaries, and to the extent that the Subscriber was entitled to Medicare prior to the qualifying event:

  - Eighteen months from the date of the Subscriber's Medicare entitlement; or

  - Thirty-six months from the date of the Subscriber's Medicare entitlement, if a second qualifying event (that was due to either the Subscriber's termination of employment or the Subscriber's work hours being reduced) occurs prior to the expiration of the eighteen months.

- With respect to Qualified Beneficiaries, and to the extent that the Subscriber became entitled to Medicare subsequent to the qualifying event:

  - Thirty-six months from the date of the Subscriber's termination from employment or work hours being reduced (first qualifying event) if:

    - The Subscriber's Medicare entitlement occurs within the eighteen month continuation period; and

- ♦ Absent the first qualifying event, the Medicare entitlement would have resulted in a loss of coverage for the Qualified Beneficiary under the group health plan.

- The date coverage terminates under the Policy for failure to make timely payment of the Premium.

- The date, after electing continuation coverage, that coverage is first obtained under any other group health plan. If such coverage contains a limitation or exclusion with respect to any preexisting condition, continuation shall end on the date such limitation or exclusion ends. The other group health coverage shall be primary for all health services except those health services that are subject to the preexisting condition limitation or exclusion.

- The date, after electing continuation coverage, that the Qualified Beneficiary first becomes entitled to Medicare, except that this shall not apply in the event that coverage was terminated because the Enrolling Group filed for bankruptcy, (i.e. qualifying event G). If the Qualified Beneficiary was entitled to continuation because the Enrolling Group filed for bankruptcy, (i.e. qualifying event G) and the retired Subscriber dies during the continuation period, then the other Qualified Beneficiaries shall be entitled to continue coverage for thirty-six months from the date of the Subscriber's death.

- The date the entire Policy ends.

- The date coverage would otherwise terminate under the Policy as described earlier in this section under the heading *Events Ending Your Coverage*.

## Continuation Coverage under State Law

## Extension of Continuation under State Law (Cal-COBRA) after Exhaustion of Federal COBRA Continuation Coverage

A Qualified Beneficiary is an individual who was covered under the Policy and has also exhausted their continuation coverage under Federal law (COBRA) for which they were entitled to less than 36 months of coverage. Extended continuation coverage under state law (Cal-COBRA) may be obtained for up to 36 months from the date that the COBRA continuation began.

### Qualifying Events for Extended Coverage

The date of your "Qualifying Event" is the date that continuation coverage began under your federal COBRA continuation.

### Notification and Election Rights

Notification of any right to extended coverage under Cal-COBRA will be provided to you by the Enrolling Group or the Enrolling Group's designated plan administrator within 90 days prior to your termination under COBRA. Continuation must be elected within 30 days of when COBRA continuation is scheduled to end.

The Enrolling Group or the Enrolling Group's designated plan administrator will notify us of your election to extend your continuation coverage under Cal-COBRA.

### Termination of Extended Continuation Coverage

Continuation under the Policy will end on the earliest of the following dates:

- Thirty-six months from the date of your qualifying event.

- The date, after electing continuation coverage, that the Qualified Beneficiary first becomes entitled to Medicare.

- The date, after electing continuation coverage that the Qualified Beneficiary has other hospital, medical or surgical coverage, or is or becomes covered under another group health plan.

- The date the Qualified Beneficiary is covered, becomes covered, or is eligible for coverage pursuant to Chapter 6A of the Public Health Service Act.

- The date coverage terminated under the Policy for failure to make timely payment of the Premium.

- The date the entire Policy ends.

- The date coverage would otherwise terminate under the Policy as described in this section under the heading *Events Ending Your Coverage.*

## Continuation Coverage for Surviving Dependents of Fire Fighters and Peace Officers

### Eligibility

If a Subscriber is a firefighter or peace officer who dies in the line of duty, the Enrolled Dependent(s) are eligible for continuation of coverage.

A firefighter or peace officer who dies in the line of duty is defined by California law as a person who:

- Is killed in the performance of his or her duty, or

- Dies as a result of an accident or injury caused by external violence or physical force incurred in the performance of his or her duty.

The coverage will be the same benefits that the Dependent spouse and children had while the firefighter or peace officer was alive. Dependent children will receive benefits under the coverage provided to the surviving spouse. If there is no surviving spouse, coverage for Dependent children will continue until the age of 21 years.

Exemption to Continuation Coverage

This provision does not apply if the surviving spouse elects to receive a lump sum survivor's benefit in lieu of monthly benefits.

### Notification Requirements and Election Period

The Enrolling Group shall provide applicable Enrolled Dependents with written notification of the right to continuation coverage and the Enrolled Dependents must elect continuation coverage within 31 days of receiving notification. Enrolled Dependents should obtain an election form from the Enrolling Group and, once election is made, forward all monthly Premiums to the Enrolling Group for payment to us.

### Terminating Events

Continuation Coverage under the Policy will end on the earliest of the following dates:

- The date an individual is covered under any group health plan not maintained by the Enrolling Group, regardless of whether that coverage is less valuable; or

- The date an individual no longer resides in California; or

- The date coverage terminates because the individual violates a material condition of the Policy; or

- The date a Dependent child is no longer eligible.

If a surviving spouse remarries, coverage for the surviving spouse and Dependent children of the deceased firefighter or peace officer will continue, but the surviving spouse may not add the new spouse or stepchildren as eligible Dependents under the Policy.

## Conversion

If your coverage terminates for one of the reasons described below, you may apply for conversion coverage without furnishing evidence of insurability. Conversion coverage is not required when the covered person is terminated under the Policy for any of the following reasons:

- You or the Enrolling Group failed to make any required contributions toward the coverage;

- You or the Enrolling Group were terminated by us from the Policy for good cause;

- You or the Enrolling Group knowingly furnished incorrect information or otherwise improperly obtained Benefits under the Policy; or

- The Policy ends and replacement coverage is provided within 60 days of termination.

Conversion coverage is not required to be provided to you if any of the following facts are present:

- You are covered by or are eligible for benefits under title XVIII of the United States Social Security Act;

- You are covered by or are eligible for hospital, medical or surgical benefits under any arrangement of coverage for individuals in a group, whether insured or self-insured;

- You are covered for similar benefits by an individual policy or contract.

- You have not been continuously covered under the Policy (or any prior group plan with similar coverage) during the three month period immediately preceding your termination of coverage.

Notification of your right to conversion coverage will be provided to you by the Enrolling Group within 15 days of the date of termination.

Benefits provided under your conversion coverage will be at least the minimum benefits as required for major medical conversion coverage as required by the California Insurance Code.

Application and payment of the initial Premium must be made within 63 days after coverage ends under the Policy. Coverage will be effective on the day following the termination of coverage under the Policy. Conversion coverage will be provided for you and any Enrolled Dependents. Coverage will be issued in accordance with the terms and conditions in effect at the time of application.

# Section 5: How to File a Claim

## If You Receive Covered Health Services from a Network Provider

We pay Network providers directly for your Covered Health Services. If a Network provider bills you for any Covered Health Service, contact us. However, you are responsible for meeting any applicable Annual Deductible and for paying any required Copayments and Coinsurance to a Network provider at the time of service, or when you receive a bill from the provider.

## If You Receive Covered Health Services from a Non-Network Provider

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described below.

You must submit a request for payment of Benefits within 90 days after the date of service. Upon request, we will provide claims forms to you within 15 days of your request. If you do not request such a claim form, you may submit the required information as provided below. If you don't provide this information to us within one year of the date of service, Benefits for that health service will be denied or reduced, in our discretion. This time limit does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

## Required Information

When you request payment of Benefits from us, you must provide us with all of the following information:

- The Subscriber's name and address.
- The patient's name and age.
- The number stated on your ID card.
- The name and address of the provider of the service(s).
- The name and address of any ordering Physician.
- A diagnosis from the Physician.
- An itemized bill from your provider that includes the Current Procedural Terminology (CPT) codes or a description of each charge.
- The date the Injury or Sickness began.
- A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name of the other carrier(s).

## Payment of Benefits

We will pay Benefits within 30 days after we receive your request for payment that includes all required information.

We will reimburse claims or any portion of any claim, whether instate or out-of-state, for Covered Health Services, as soon as possible, no later than 30 working days after receipt of the claim.

However, a claim or portion of a claim may be contested or denied by us. In that case you will be notified in writing that the claim is contested or denied within 30 working days of receipt of the claim. The notice that the claim is being contested or denied will identify the portion of the claim that is contested or denied and the specific reasons including, for each reason, the factual and legal basis known at the time by us for contesting or denying the claim. If the reason is based solely on facts or solely on law, we will provide only the factual or the legal basis for contesting or denying the claim. We will provide a copy of such notice to each Covered Person who received services pursuant to the claim that was contested or denied and the health care provider that provided the services at issue.

If an uncontested claim is not reimbursed by delivery to your address of record within 30 working days after receipt, we will pay interest at the rate of 10% per annum beginning with the first calendar day after the 30-working-day period.

If a Subscriber provides written authorization to allow this, all or a portion of any Eligible Expenses due to a provider may be paid directly to the provider instead of being paid to the Subscriber. But we will not reimburse third parties that have purchased or been assigned benefits by Physicians or other providers.

Benefits will be paid to you unless either of the following is true:

- The provider notifies us that your signature is on file, assigning benefits directly to that provider.

- You make a written request at the time you submit your claim.

# Section 6: Questions, Complaints and Appeals

## IMPORTANT NOTICE - CLAIM DISPUTES

Should a dispute concerning a claim arise, contact us first. If the dispute is not resolved contact the California Department of Insurance.

Call us at the phone number shown on your ID card.

Call the California Department of Insurance at:

- 1-800-927 HELP (1-800-927-4357) if the Covered Person resides in the State of California.

- 213-897-8921 if the Covered Person resided outside of the State of California.

A covered Person may write the California Department of Insurance at:

California Department of Insurance

Claims Services Bureau, 11th Floor

300 South Spring Street

Los Angeles, CA 90013

For further information about complaint procedures please read the section below.

To resolve a question, complaint, or appeal, just follow these steps:

## What to Do if You Have a Question

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

## What to Do if You Have a Complaint

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

If you would rather send your complaint to us in writing, the *Customer Care* representative can provide you with the appropriate address.

If the *Customer Care* representative cannot resolve the issue to your satisfaction over the phone, he/she can help you prepare and submit a written complaint. We will notify you of our decision regarding your complaint within 60 days of receiving it.

## How to Appeal a Claim Decision

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received.

## Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or benefit confirmation prior to receiving medical care. If we adjust Eligible Expenses for identified Covered Health Services based on defined clinical protocols and standard cost-effectiveness analysis, you may appeal that decision pursuant to this process.

## How to Request an Appeal

If you disagree with either a pre-service request for Benefits determination or post-service claim determination, you can contact us in writing to formally request an appeal.

Your request for an appeal should include:

- The patient's name and the identification number from the ID card.

- The date(s) of medical service(s).

- The provider's name.

- The reason you believe the claim should be paid.

- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the denial of a pre-service request for Benefits or the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information relevant to your claim for Benefits.

## Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

For procedures associated with urgent requests for Benefits, see Urgent Appeals That Require Immediate Action below.

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as identified above, the first level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for appeal of a denied request for Benefits. If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision. The second level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.

- For appeals of post-service claims as identified above, the first level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. If you are not satisfied with the first level appeal decision, you have the right to request a

COC.CPL.I.07.CA                                      49

second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision. The second level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure. We don't determine whether the pending health service is necessary or appropriate. That decision is between you and your Physician.

## Urgent Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

- If we need more information from your Physician to make a decision, we will notify you of the decision by the end of the next business day following receipt of the required information.

The appeal process for urgent situations does not apply to prescheduled treatments, therapies or surgeries.

## Denial of Experimental, Investigational, or Unproven Services

If we deny Benefits for a medical procedure or plan of treatment as being Experimental, Investigational or Unproven, and those services are for a Covered Person with a terminal illness (an incurable or irreversible condition that has a high probability of causing death within one year or less), we will provide you with written notification of all of the following:

- Written notice within 5 business days describing how you can request an external review of any decision that denies Experimental, Investigational or Unproven Services.

- The specific medical and scientific reasons for the denial and specific references to pertinent Policy provisions upon which the denial is based.

- A description of the alternative medical procedures or treatments covered by the Policy, if any.

- A description of the process of external review explaining how you or your representative can appeal the denial and participate in the review. An external review will be provided to the Covered Person within 30 calendar days following the receipt of a request for external review. An expedited review may be held within 5 business days at the request of the treating Physician.

## Voluntary External Review Program

After you exhaust the appeal process, if we make a final determination to deny Benefits, you may choose to participate in our voluntary external review program. This program only applies if our decision is based on either of the following:

- Clinical reasons.

- The exclusion for Experimental or Investigational or Unproven Services.

COC.CPL.I.07.CA

50

The results of an external review requested for Experimental, Investigational or Unproven Services can be rendered in seven days if you suffer from a terminal illness and your Physician requests an expedited review.

If you are still not satisfied with our decision, you have the right to take your complaint to the California Department of Insurance.

The external review program is not available if our coverage determinations are based on Benefit exclusions or defined Benefit limits.

Contact us at the telephone number shown on your ID card for more information on the voluntary external review program.

COC.CPL.I.07.CA

# Section 7: Coordination of Benefits

## Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Policy will be coordinated with those of any other plan that provides benefits to you. The language in this section is from model laws drafted by the National Association of Insurance Commissioners (NAIC) and represents standard industry practice for coordinating benefits.

## When Coordination of Benefits Applies

This coordination of benefits (COB) provision applies when a person has health care coverage under more than one Plan. Plan is defined below.

The order of benefit determination rules below govern the order in which each Plan will pay a claim for benefits. The Plan that pays first is called the Primary Plan. The Primary Plan must pay benefits in accordance with its policy terms without regard to the possibility that another Plan may cover some expenses. The Plan that pays after the Primary Plan is the Secondary Plan. The Secondary Plan may reduce the benefits it pays so that payments from all Plans do not exceed 100% of the total Allowable Expense.

## Definitions

For purposes of this section, terms are defined as follows:

A.   A Plan is any of the following that provides benefits or services for medical, pharmacy or dental care or treatment. If separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered parts of the same plan and there is no COB among those separate contracts.

    1.   Plan includes: group, blanket, franchise and non-group insurance contracts, health maintenance organization (HMO) contracts, closed panel plans or other forms of group or group-type coverage (whether insured or uninsured); medical care components of long-term care contracts, such as skilled nursing care; medical benefits under group or individual automobile contracts; and Medicare or any other federal governmental plan, as permitted by law.

    2.   Plan does not include: hospital indemnity coverage insurance or other fixed indemnity coverage; accident only coverage; specified disease or specified accident coverage; limited benefit health coverage, as defined by state law; school accident type coverage; benefits for non-medical components of long-term care policies; medical benefits under group or individual automobile contracts; Medicare supplement policies; Medicaid policies; or coverage under other federal governmental plans, unless permitted by law.

    Each contract for coverage under 1. or 2. above is a separate Plan. If a Plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate Plan.

B.   This Plan means, in a COB provision, the part of the contract providing the health care benefits to which the COB provision applies and which may be reduced because of the benefits of other plans. Any other part of the contract providing health care benefits is separate from This Plan. A contract may apply one COB provision to certain benefits, such as dental benefits, coordinating only with similar benefits, and may apply another COB provision to coordinate other benefits.

C.   The order of benefit determination rules determine whether This Plan is a Primary Plan or Secondary Plan when the person has health care coverage under more than one Plan. When This

Plan is primary, it determines payment for its benefits first before those of any other Plan without considering any other Plan's benefits. When This Plan is secondary, it determines its benefits after those of another Plan and may reduce the benefits it pays so that all Plan benefits do not exceed 100% of the total Allowable Expense.

D.   Allowable Expense is a health care expense, including deductibles, coinsurance and copayments, that is covered at least in part by any Plan covering the person. When a Plan provides benefits in the form of services, the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid. An expense that is not covered by any Plan covering the person is not an Allowable Expense. In addition, any expense that a provider by law or in accordance with a contractual agreement is prohibited from charging a Covered Person is not an Allowable Expense.

The following are examples of expenses or services that are not Allowable Expenses:

1.   The difference between the cost of a semi-private hospital room and a private room is not an Allowable Expense unless one of the Plans provides coverage for private hospital room expenses.

2.   If a person is covered by two or more Plans that compute their benefit payments on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology, any amount in excess of the highest reimbursement amount for a specific benefit is not an Allowable Expense.

3.   If a person is covered by two or more Plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an Allowable Expense.

4.   If a person is covered by one Plan that calculates its benefits or services on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology and another Plan that provides its benefits or services on the basis of negotiated fees, the Primary Plan's payment arrangement shall be the Allowable Expense for all Plans. However, if the provider has contracted with the Secondary Plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the Primary Plan's payment arrangement and if the provider's contract permits, the negotiated fee or payment shall be the Allowable Expense used by the Secondary Plan to determine its benefits.

5.   The amount of any benefit reduction by the Primary Plan because a Covered Person has failed to comply with the Plan provisions is not an Allowable Expense. Examples of these types of plan provisions include second surgical opinions, precertification of admissions, and preferred provider arrangements.

E.   Closed Panel Plan is a Plan that provides health care benefits to Covered Persons primarily in the form of services through a panel of providers that have contracted with or are employed by the Plan, and that excludes benefits for services provided by other providers, except in cases of emergency or referral by a panel member.

F.   Custodial Parent is the parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

## Order of Benefit Determination Rules

When a person is covered by two or more Plans, the rules for determining the order of benefit payments are as follows:

A.   The Primary Plan pays or provides its benefits according to its terms of coverage and without regard to the benefits under any other Plan.

B.  Except as provided in the next paragraph, a Plan that does not contain a coordination of benefits provision that is consistent with this provision is always primary unless the provisions of both Plans state that the complying plan is primary.

Coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits and provides that this supplementary coverage shall be in excess of any other parts of the Plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a Closed Panel Plan to provide out-of-network benefits.

C.  A Plan may consider the benefits paid or provided by another Plan in determining its benefits only when it is secondary to that other Plan.

D.  Each Plan determines its order of benefits using the first of the following rules that apply:

1.  Non-Dependent or Dependent. The Plan that covers the person other than as a dependent, for example as an employee, member, policyholder, subscriber or retiree is the Primary Plan and the Plan that covers the person as a dependent is the Secondary Plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Plan covering the person as a dependent; and primary to the Plan covering the person as other than a dependent (e.g. a retired employee); then the order of benefits between the two Plans is reversed so that the Plan covering the person as an employee, member, policyholder, subscriber or retiree is the Secondary Plan and the other Plan is the Primary Plan.

2.  Dependent Child Covered Under More Than One Coverage Plan. Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

a)  For a dependent child whose parents are married or are living together, whether or not they have ever been married:

(1)  The Plan of the parent whose birthday falls earlier in the calendar year is the Primary Plan; or

(2)  If both parents have the same birthday, the Plan that covered the parent longest is the Primary Plan.

b)  For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married:

(1)  If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the Plan of that parent has actual knowledge of those terms, that Plan is primary. If the parent with responsibility has no health care coverage for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the Primary Plan. This shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision.

(2)  If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of subparagraph a) above shall determine the order of benefits.

(3)  If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of subparagraph a) above shall determine the order of benefits.

COC.COB.I.07.CA                                    54

    (4)    If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

        (a)    The Plan covering the Custodial Parent.

        (b)    The Plan covering the Custodial Parent's spouse.

        (c)    The Plan covering the non-Custodial Parent.

        (d)    The Plan covering the non-Custodial Parent's spouse.

    c)    For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under subparagraph a) or b) above as if those individuals were parents of the child.

3.    Active Employee or Retired or Laid-off Employee. The Plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired is the Primary Plan. The same would hold true if a person is a dependent of an active employee and that same person is a dependent of a retired or laid-off employee. If the other Plan does not have this rule, and, as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

4.    COBRA or State Continuation Coverage. If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another Plan, the Plan covering the person as an employee, member, subscriber or retiree or covering the person as a dependent of an employee, member, subscriber or retiree is the Primary Plan, and the COBRA or state or other federal continuation coverage is the Secondary Plan. If the other Plan does not have this rule, and as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

5.    Longer or Shorter Length of Coverage. The Plan that covered the person as an employee, member, policyholder, subscriber or retiree longer is the Primary Plan and the Plan that covered the person the shorter period of time is the Secondary Plan.

6.    If the preceding rules do not determine the order of benefits, the Allowable Expenses shall be shared equally between the Plans meeting the definition of Plan. In addition, This Plan will not pay more than it would have paid had it been the Primary Plan.

## Effect on the Benefits of This Plan

A.    When This Plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all Plans are not more than the total Allowable Expenses. In determining the amount to be paid for any claim, the Secondary Plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any Allowable Expense under its Plan that is unpaid by the Primary Plan. The Secondary Plan may then reduce its payment by the amount so that, when combined with the amount paid by the Primary Plan, the total benefits paid or provided by all Plans for the claim do not exceed the total Allowable Expense for that claim. In addition, the Secondary Plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

B.    If a Covered Person is enrolled in two or more Closed Panel Plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one Closed Panel Plan, COB shall not apply between that Plan and other Closed Panel Plans.

C.    This Coverage Plan reduces its benefits as described below for Covered Persons who are eligible for Medicare when Medicare would be the Primary Coverage Plan.

COC.COB.I.07.CA

55

Medicare benefits are determined as if the full amount that would have been payable under Medicare was actually paid under Medicare, even if:

- The person is entitled but not enrolled in Medicare. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

- The person is enrolled in a *Medicare Advantage* (Medicare Part C) plan and receives non-covered services because the person did not follow all rules of that plan. Medicare benefits are determined as if the services were covered under Medicare Parts A and B.

- The person receives services from a provider who has elected to opt-out of Medicare. Medicare benefits are determined as if the services were covered under Medicare Parts A and B and the provider had agreed to limit charges to the amount of charges allowed under Medicare rules.

- The services are provided in any facility that is not eligible for Medicare reimbursements, including a Veterans Administration facility, facility of the Uniformed Services, or other facility of the federal government. Medicare benefits are determined as if the services were provided by a facility that is eligible for reimbursement under Medicare.

- The person is enrolled under a plan with a *Medicare Medical Savings Account*. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under This Plan and other Plans. We may get the facts we need from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under This Plan and other Plans covering the person claiming benefits.

We need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Plan must give us any facts we need to apply those rules and determine benefits payable. If you do not provide us the information we need to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Payments Made

A payment made under another Plan may include an amount that should have been paid under This Plan. If it does, we may pay that amount to the organization that made the payment. That amount will then be treated as though it were a benefit paid under This Plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

## Right of Recovery

If the amount of the payments we made is more than we should have paid under this COB provision, we may recover the excess from one or more of the persons we have paid for or for whom we have paid; or any other person or organization that may be responsible for the benefits or services provided for you. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

## When Medicare is Secondary

If you have other health insurance which is determined to be primary to Medicare, then Benefits payable under This Plan will be based on Medicare's reduced benefits. In no event will the combined benefits paid under these coverages exceed the total Medicare Eligible Expense for the service or item.

COC.COB.I.07.CA                                    56

# Section 8: General Legal Provisions

## Your Relationship with Us

In order to make choices about your health care coverage and treatment, we believe that it is important for you to understand how we interact with your Enrolling Group's Benefit plan and how it may affect you. We help finance or administer the Enrolling Group's Benefit plan in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We do not decide what care you need or will receive. You and your Physician make those decisions.

- We communicate to you decisions about whether the Enrolling Group's Benefit plan will cover or pay for the health care that you may receive. The plan pays for Covered Health Services, which are more fully described in this *Certificate*.

- The plan may not pay for all treatments you or your Physician may believe are necessary. If the plan does not pay, you will be responsible for the cost.

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

Please refer to our *Notice of Privacy Practices* for details.

## Our Relationship with Providers and Enrolling Groups

The relationships between us and Network providers and Enrolling Groups are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees. Neither we nor any of our employees are agents or employees of Network providers or the Enrolling Groups.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we arrange for health care providers to participate in a Network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not our employees nor do we have any other relationship with Network providers such as principal-agent or joint venture. We are not liable for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's Benefit plan. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's Benefit plan.

The Enrolling Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).

- The timely payment of the Policy Charge to us.

- Notifying you of the termination of the Policy.

When the Enrolling Group purchases the Policy to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("ERISA"), 29 U.S.C. §1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Enrolling Group. If you have any

questions about this statement or about your rights under ERISA, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor.*

## Your Relationship with Providers and Enrolling Groups

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.

- You are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any Annual Deductible and any amount that exceeds Eligible Expenses.

- You are responsible for paying, directly to your provider, the cost of any non-Covered Health Service.

- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.

- You must decide with your provider what care you should receive.

- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Enrolling Group is that of employer and employee, Dependent or other classification as defined in the Policy.

## Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to you.

## Statements by Enrolling Group or Subscriber

All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. Except for fraudulent statements, we will not use any statement made by the Enrolling Group to void the Policy after it has been in force for a period of two years.

## Incentives to Providers

We pay Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction, and/or cost-effectiveness.

- Capitation - a group of Network providers receives a monthly payment from us for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

We use various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with us

COC.LGL.I.07.CA                              58

includes any financial incentives, we encourage you to discuss those questions with your provider. You may also contact us at the telephone number on your ID card. We can advise whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed.

## Incentives to You

Sometimes we may offer coupons or other incentives to encourage you to participate in various wellness programs or certain disease management programs. The decision about whether or not to participate is yours alone but we recommend that you discuss participating in such programs with your Physician. These incentives are not Benefits and do not alter or affect your Benefits. Contact us if you have any questions.

## Rebates and Other Payments

We may receive rebates for certain drugs that are administered to you in your home or in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet any applicable Annual Deductible. We do not pass these rebates on to you, nor are they applied to any Annual Deductible or taken into account in determining your Copayments or Coinsurance.

## Interpretation of Benefits

We have the sole and exclusive discretion to do all of the following:

- Interpret Benefits under the Policy.

- Interpret the other terms, conditions, limitations and exclusions set out in the Policy, including this *Certificate*, the *Schedule of Benefits*, and any Riders and/or Amendments.

- Make factual determinations related to the Policy and its Benefits.

We may delegate this discretionary authority to other persons or entities that provide services in regard to the administration of the Policy.

In certain circumstances, for purposes of overall cost savings or efficiency, we may, in our discretion, offer Benefits for services that would otherwise not be Covered Health Services. The fact that we do so in any particular case shall not in any way be deemed to require us to do so in other similar cases.

## Administrative Services

We may, in our sole discretion, arrange for various persons or entities to provide administrative services in regard to the Policy, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time in our sole discretion. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Policy

To the extent permitted by law we reserve the right, in our sole discretion and without your approval, to change, interpret, modify, withdraw or add Benefits or terminate the Policy.

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

COC.LGL.I.07.CA

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers. All of the following conditions apply:

- Amendments to the Policy are effective 31 days after we send written notice to the Enrolling Group.

- Riders are effective on the date we specify.

- No agent has the authority to change the Policy or to waive any of its provisions.

- No one has authority to make any oral changes or amendments to the Policy.

## Information and Records

We may use your individually identifiable health information to administer the Policy and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. We may request additional information from you to decide your claim for Benefits. We will keep this information confidential. We may also use your de-identified data for commercial purposes, including research, as permitted by law. More detail about how we may use or disclose your information is found in our *Notice of Privacy Practices*.

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Policy, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes. Please refer to our Notice of Privacy Practices.

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, we will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Our designees have the same rights to this information as we have.

## Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

## Workers' Compensation not Affected

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Medicare Eligibility

Benefits under the Policy are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Policy.

If you are eligible for or enrolled in Medicare, please read the following information carefully.

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Policy), you should enroll in and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are the secondary payer as described in *Section 7: Coordination of Benefits*, we will pay Benefits under the Policy as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a *Medicare Advantage* (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Policy), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Policy as if you had followed all rules of the *Medicare Advantage* plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

## Reimbursement - Right to Recovery

In consideration of the coverage provided by this *Certificate*, we shall have an independent right to be reimbursed by you for the reasonable value of any services and Benefits we provide to you, if you make a recovery from any or all of the following listed below.

- Third parties, including any person alleged to have caused you to suffer injuries or damages.

- Your employer.

- Any person or entity who is or may be obligated to provide benefits or payments to you, including benefits or payments for underinsured or uninsured motorist protection, no-fault or traditional auto insurance, medical payment coverage (auto, homeowners or otherwise), workers' compensation coverage, other insurance carriers or third party administrators.

- Any person or entity who is liable for payment to you on any equitable or legal liability theory.

- These third parties and persons or entities are collectively referred to as "Third Parties".

You agree as follows:

- That you will cooperate with us in protecting our right to reimbursement, including, but not limited to:

  - providing any relevant information requested by us,

  - signing and/or delivering such documents as we or our agents reasonably request to secure the reimbursement claim,

  - responding to requests for information about any accident or injuries, and

  - making court appearances

- That failure to cooperate in this manner shall be deemed a breach of contract, and may result in the termination of health benefits or the instigation of legal action against you.

- That we have the sole authority and discretion to resolve all disputes regarding the interpretation of the language stated herein.

- That no court costs or attorneys' fees may be deducted from our recovery without our express written consent; and so-called "Fund Doctrine" or "Common Fund Doctrine" or "Attorney's Fund Doctrine" shall not defeat this right, and we are not required to participate in or pay court costs or attorneys' fees to the attorney hired by you to pursue your damage/personal injury claim.

- That regardless of whether you have been fully compensated or made whole, we may collect from you the proceeds of any full or partial recovery that you or your legal representative obtain, whether in the form of a settlement (either before or after any determination of liability) or judgment, with such proceeds available for collection to include any and all amounts earmarked as non-economic damage settlement or judgment.

- That benefits paid by us may also be considered to be benefits advanced.

- That you agree that if you receive any payment from any potentially responsible party as a result of an injury or illness, whether by settlement (either before or after any determination of liability), or judgment, you will serve as a trustee over the funds, and failure to hold such funds in trust will be deemed as a breach of your duties hereunder.

- That you or an authorized agent, such as your attorney, must hold any funds due and owing us, as stated herein, separately and alone, and failure to hold funds as such will be deemed as a breach of contract, and may result in the termination of health benefits or the instigation of legal action against you.

- That we may set off from any future benefits otherwise provided by us the value of benefits paid or advanced under this section to the extent not recovered by us.

- That in the case of your wrongful death, the provisions of this section will apply to your estate, the personal representative of your estate, and your heirs.

- That the provisions of this section apply to the parents, guardian, or other representative of a Dependent child who incurs a Sickness or Injury caused by a Third Party. If a parent or guardian may bring a claim for damages arising out of a minor's injury, the terms of this reimbursement clause shall apply to that claim.

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if any of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.

- All or some of the payment we made exceeded the Benefits under the Policy.

- All or some of the payment was made in error.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits for the Covered Person that are payable under the Policy. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Limitation of Action

You cannot bring any legal action against us to recover reimbursement until 60 days after you have properly submitted a request for reimbursement as described in *Section 5: How to File a Claim.*

You cannot bring any legal action against us for any other reason until you have completed all the steps in the appeal process described in *Section 6: Questions, Complaints and Appeals.* After completing that process, if you want to bring a legal action against us you must do so within three years of the date we notified you of our final decision on your appeal or you lose any rights to bring such an action against us.

## Entire Policy

The Policy issued to the Enrolling Group, including this *Certificate*, the *Schedule of Benefits*, the Enrolling Group's application, and any Riders and/or Amendments, constitutes the entire Policy.

# Section 9: Defined Terms

Alternate Facility - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

- Surgical services.

- Emergency Health Services.

- Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance Abuse Services on an outpatient or inpatient basis.

Amendment - any attached written description of additional or alternative provisions to the Policy. Amendments are effective only when signed by us. Amendments are subject to all conditions, limitations and exclusions of the Policy, except for those that are specifically amended.

Annual Deductible - for Benefit plans that have an Annual Deductible, this is the amount of Eligible Expenses you must pay for Covered Health Services per calendar year before we will begin paying for Benefits. The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Refer to the Schedule of Benefits to determine whether or not your Benefit plan is subject to payment of an Annual Deductible and for details about how the Annual Deductible applies.

Benefits - your right to payment for Covered Health Services that are available under the Policy. Your right to Benefits is subject to the terms, conditions, limitations and exclusions of the Policy, including this Certificate, the Schedule of Benefits, and any attached Riders and/or Amendments.

Chiropractic Treatment - the therapeutic application of chiropractic manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

Coinsurance - the charge, stated as a percentage of Eligible Expenses, that you are required to pay for certain Covered Health Services.

Congenital Anomaly - a physical developmental defect that is present at the time of birth, and that is identified within the first twelve months of birth.

Copayment - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Services.

Please note that for Covered Health Services, you are responsible for paying the lesser of the following:

- The applicable Copayment.

- The Eligible Expense.

Cosmetic Procedures - procedures or services that change or improve appearance without significantly improving physiological function, as determined by us.

Covered Health Service(s) - those health services, including services, supplies, or Pharmaceutical Products, which we determine to be all of the following:

- Provided for the purpose of preventing, diagnosing or treating a Sickness, Injury, Mental Illness, substance abuse, or their symptoms.

- Consistent with nationally recognized scientific evidence as available, and prevailing medical standards and clinical guidelines as described below.

COC.DEF.I.07.CA                                    64

- Not provided for the convenience of the Covered Person, Physician, facility or any other person.

- Described in this *Certificate* under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

- Not otherwise excluded in this *Certificate* under *Section 2: Exclusions and Limitations*.

In applying the above definition, "scientific evidence" and "prevailing medical standards" shall have the following meanings:

- "Scientific evidence" means the results of controlled clinical trials or other studies published in peer-reviewed, medical literature generally recognized by the relevant medical specialty community.

- "Prevailing medical standards and clinical guidelines" means nationally recognized professional standards of care including, but not limited to, national consensus statements, nationally recognized clinical guidelines, and national specialty society guidelines.

We maintain clinical protocols that describe the scientific evidence, prevailing medical standards and clinical guidelines supporting our determinations regarding specific services. These clinical protocols (as revised from time to time), are available to Covered Persons on www.myuhc.com or by calling Customer Care at the telephone number on your ID card, and to Physicians and other health care professionals on UnitedHealthcareOnline.

Covered Person - either the Subscriber or an Enrolled Dependent, but this term applies only while the person is enrolled under the Policy. References to "you" and "your" throughout this Certificate are references to a Covered Person.

Custodial Care - services that are any of the following:

- Non-health-related services, such as assistance in activities of daily living (examples include feeding, dressing, bathing, transferring and ambulating).

- Health-related services which do not seek to cure, or which are provided during periods when the medical condition of the patient who requires the service is not changing.

- Services that do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

Dependent - the Subscriber's legal spouse or an unmarried dependent child of the Subscriber or the Subscriber's spouse. All references to the spouse of a Subscriber shall include a Domestic Partner. The term child includes any of the following:

- A natural child.

- A stepchild.

- A legally adopted child.

- A child placed for adoption.

- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any unmarried dependent child under 19 years of age.

- A Dependent includes an unmarried dependent child who is 19 years of age or older, but less than 26 years of age only if the following are true:

    - The child is not regularly employed on a full-time basis and

    - The child is primarily dependent upon the Subscriber for support and maintenance.

- A Dependent includes an unmarried dependent child of any age who is or becomes disabled and dependent upon the Subscriber.

Enrollment may not be denied based on any of the following facts:

- The child does not reside with the Subscriber.

- The child is born out of wedlock.

- The child is not claimed as a dependent on the Subscriber's federal or state income tax.

- The child lives outside the service area.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a Qualified Medical Child Support Order or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a Qualified Medical Child Support Order.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

If the Subscriber is required by a court or administrative order to provide health coverage for the Subscriber's child, the child will be able to be enrolled regardless of any enrollment season restriction. We will enroll the child upon application for enrollment by the custodial parent, the non-custodial parent, the Medi-Cal program, or the local child support agency.

We will not cancel or revoke enrollment of the child, or eliminate coverage, unless one of the following happens:

- The Enrolling Group receives satisfactory written evidence that the order requiring coverage is no longer in effect.

- The Enrolling Group receives confirmation that the child is enrolled in other comparable coverage that will take effect not later than the effective date of disenrollment under this Policy.

- The Enrolling Group has eliminated dependent health coverage for all its Subscribers.

- The Subscriber is no longer eligible for coverage.

We will notify both parents and any other person having custody of a child in writing at any time that health insurance for the child is terminated.

When a child is enrolled in a plan of the non-custodial parent or a parent sharing custody or temporary control of the child, we will:

- Provide the custodial parent with any information necessary to obtain Benefits and services for the child under this Policy.

- Allow the custodial parent or the health care provider with the custodial parent's approval, to submit claims for Benefits, without the approval of the non-custodial parent.

- Make claim payments directly to the person or entity who submitted the claim, that is, the custodial parent, the health care provider, or the Medi-Cal program.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

Designated Facility - a facility that has entered into an agreement with us, or with an organization contracting on our behalf, to render Covered Health Services for the treatment of specified diseases or conditions. A Designated Facility may or may not be located within your geographic area. The fact that a Hospital is a Network Hospital does not mean that it is a Designated Facility.

Designated Network Benefits - for Benefit plans that have a Designated Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by a Physician or other provider that we have identified as Designated Network providers. Refer to the Schedule of Benefits to determine whether or not your Benefit plan offers Designated Network Benefits and for details about how Designated Network Benefits apply.

Designated Physician - a Physician that we've identified through our designation programs as a Designated provider. A Designated Physician may or may not be located within your geographic area. The fact that a Physician is a Network Physician does not mean that he or she is a Designated Physician.

Domestic Partner - a person of the opposite or same sex with whom the Subscriber has established a Domestic Partnership.

Domestic Partnership - means a relationship between a Subscriber and one other person of the same sex. This includes a person of the opposite sex if either the Subscriber or other person is over age 62 and meets the eligibility requirements under the Social Security Act as defined in 42 U.S.C. Section 402(a) for old-age insurance benefits or Title XVI of the Social Security Act as defined in 42 U.S.C. Section 1381 for aged individuals. A Domestic Partnership will be established when both persons file a Declaration of Domestic Partnership with the Secretary of State and all of the following requirements are met:

- Both persons have a common residence;

- Neither is currently married or a member of another Domestic Partnership;

- The two persons are not related by blood in a way that would prevent them from being married to each other;

- Both persons are at least 18 years of age;

- Both persons are capable of consenting to the Domestic Partnership;

- Neither person has previously filed a Declaration of Domestic Partnership with the Secretary of State that has not been terminated under section 299.

Durable Medical Equipment - medical equipment that is all of the following:

- Can withstand repeated use.

- Is not disposable.

- Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.

- Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.

- Is appropriate for use, and is primarily used, within the home.

- Is not implantable within the body.

Eligible Expenses - for Covered Health Services, incurred while the Policy is in effect, Eligible Expenses are determined by us as stated below and as detailed in the Schedule of Benefits.

Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines. We develop our reimbursement policy guidelines, in our discretion, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that we accept.

Eligible Person - an employee of the Enrolling Group or other person whose connection with the Enrolling Group meets the eligibility requirements specified in both the application and the Policy. An Eligible Person must reside within the United States.

Emergency - a serious medical condition or symptom resulting from Injury, Sickness or Mental Illness which is both of the following:

- Arises suddenly.

- In the judgment of a reasonable person, requires immediate care and treatment, generally received within 24 hours of onset, to avoid jeopardy to life or health.

Emergency Health Services - health care services and supplies necessary for the treatment of an Emergency.

Enrolled Dependent - a Dependent who is properly enrolled under the Policy.

Enrolling Group - the employer, or other defined or otherwise legally established group, to whom the Policy is issued.

Experimental or Investigational Service(s) - medical, surgical, diagnostic, psychiatric, substance abuse or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time we make a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the *U.S. Food and Drug Administration* (FDA) to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use.

- Subject to review and approval by any institutional review board for the proposed use. (Devices which are FDA approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational.)

- The subject of an ongoing clinical trial that meets the definition of a Phase 1, 2 or 3 clinical trial set forth in the FDA regulations, regardless of whether the trial is actually subject to FDA oversight.

Exceptions:

- Clinical trials for which Benefits are available as described under *Clinical Trials* in *Section 1: Covered Health Services*.

- Life-Threatening Sickness or Condition. If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, in our discretion, consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an

effective treatment for that Sickness or condition, and that the service would be provided under standards equivalent to those defined by the *National Institutes of Health*.

Home Health Agency - a program or organization authorized by law to provide health care services in the home.

Hospital - an institution that is operated as required by law and that meets both of the following:

- It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of injured or sick individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

- It has 24-hour nursing services.

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a nursing home, convalescent home or similar institution.

Initial Enrollment Period - the initial period of time during which Eligible Persons may enroll themselves and their Dependents under the Policy.

Injury - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

Inpatient Rehabilitation Facility - a Hospital (or a special unit of a Hospital that is designated as an Inpatient Rehabilitation Facility) that provides rehabilitation health services (physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

Inpatient Stay - an uninterrupted confinement that follows formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

Intermediate Care - Mental Health/Substance Abuse treatment that encompasses the following:

- Care at a partial hospital/day treatment program, which is a freestanding or Hospital-based program that provides services for at least 20 hours per week.

- Care through an intensive outpatient program, which is a freestanding or Hospital-based program that provides services for at least nine hours per week. This encompasses half-day (i.e. less than four hours per day) partial Hospital programs.

Intermittent Care - skilled nursing care that is provided or needed either:

- Fewer than seven days each week; or

- Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in exceptional circumstances when the need for additional care is finite and predictable.

Maximum Policy Benefit - for Benefit plans that have a Maximum Policy Benefit, this is the maximum amount that we will pay for Benefits during the entire period of time that you are enrolled under the Policy issued to the Enrolling Group. Refer to the Schedule of Benefits to determine whether or not your Benefit plan is subject to a Maximum Policy Benefit and for details about how the Maximum Policy Benefit applies.

Medicare - Parts A, B, C and D of the insurance program established by Title XVIII, United States Social Security Act, as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

Mental Health Services - Covered Health Services for the diagnosis and treatment of Mental Illnesses. The fact that a condition is listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association does not mean that treatment for the condition is a Covered Health Service.

Mental Health/Substance Abuse Designee - the organization or individual, designated by us, that provides or arranges Mental Health Services and Substance Abuse Services for which Benefits are available under the Policy.

Mental Illness - those mental health or psychiatric diagnostic categories that are listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association, unless those services are specifically excluded under the Policy.

Network - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with us or with our affiliate to participate in our Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services by way of their participation in the Shared Savings Program. Our affiliates are those entities affiliated with us through common ownership or control with us or with our ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some of our products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

Network Benefits - for Benefit plans that have a Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to the Schedule of Benefits to determine whether or not your Benefit plan offers Network Benefits and for details about how Network Benefits apply.

Non-Network Benefits - for Benefit plans that have a Non-Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to the Schedule of Benefits to determine whether or not your Benefit plan offers Non-Network Benefits and for details about how Non-Network Benefits apply.

Open Enrollment Period - a period of time that follows the Initial Enrollment Period during which Eligible Persons may enroll themselves and Dependents under the Policy. The Enrolling Group determines the period of time that is the Open Enrollment Period.

Out-of-Pocket Maximum - for Benefit plans that have an Out-of-Pocket Maximum, this is the maximum amount you pay every year. Refer to the Schedule of Benefits to determine whether or not your Benefit plan is subject to an Out-of-Pocket Maximum and for details about how the Out-of-Pocket Maximum applies.

Pharmaceutical Product(s) - FDA-approved prescription pharmaceutical products administered in connection with a Covered Health Service by a Physician or other health care provider within the scope of the provider's license, and not otherwise excluded under the Policy.

Physician - any Doctor of Medicine or Doctor of Osteopathy who is properly licensed and qualified by law.

Please Note: Any acupuncturist, audiologist, certified respiratory care practitioner, chiropractor, clinical social worker, dentist, dietitian, dispensing optician, marriage, family and child counselor, mental health clinical nurse specialist, nurse midwife, nurse practitioner, obstetrician/gynecologist, occupational therapist, optometrist, pharmacist, physical therapist, podiatrist, psychologist, psychiatric-mental health nurse, respiratory care practitioner, speech-language pathologist or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that we describe a provider as a Physician does not mean that Benefits for services from that provider are available to you under the Policy.

Policy - the entire agreement issued to the Enrolling Group that includes all of the following:

- The *Group Policy*.

- This *Certificate*.

- The *Schedule of Benefits.*

- The Enrolling Group's application.

- Riders.

- Amendments.

These documents make up the entire agreement that is issued to the Enrolling Group.

Policy Charge - the sum of the Premiums for all Subscribers and Enrolled Dependents enrolled under the Policy.

Pregnancy - includes all of the following:

- Prenatal care.

- Postnatal care.

- Childbirth.

- Any complications associated with Pregnancy.

Premium - the periodic fee required for each Subscriber and each Enrolled Dependent, in accordance with the terms of the Policy.

Primary Physician - a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

Registered Domestic Partner - a person of the same sex with whom the Subscriber has established a Domestic Partnership. Persons of the opposite sex may be Domestic Partners when one or both are over age 62 and meet the requirements under Title II of the Social Security Act as defined in 42 U.S.C. Section 402(a) for old-age insurance benefits or Title XVI of the Social Security Act as defined in 42 U.S.C. Section 1381 for aged individuals. In no event, will a person's legal spouse be considered A Registered Domestic Partner.

Rider - any attached written description of additional Covered Health Services not described in this Certificate. Covered Health Services provided by a Rider may be subject to payment of additional Premiums. Riders are effective only when signed by us and are subject to all conditions, limitations and exclusions of the Policy except for those that are specifically amended in the Rider.

Semi-private Room - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a Benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

Serious Emotional Disturbances - when an Enrolled Dependent child who has one or more mental disorders as identified in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders, other than a primary substance use disorder or developmental disorder, which results in behavior inappropriate to the child's age according to expected developmental norms. As a result of the disorder, one or more of the following is true:

- The child is at risk of removal from home or has been ill for more than six months.

- The child displays psychotic features, risk of suicide or risk of violence.

- The child meets special education eligibility requirements under state law.

Severe Mental Illness - any of the following diagnosed Severe Mental Illnesses: schizophrenia or schizoaffective disorder, bipolar disorder (manic-depressive illness); major depressive disorders; panic

disorder; obsessive-compulsive disorder; pervasive developmental disorder or autism; anorexia nervosa; and bulimia nervosa.

Shared Savings Program - the Shared Savings Program provides access to discounts from the provider's charges when services are rendered by those non-Network providers that participate in that program. We will use the Shared Savings Program to pay claims when doing so will lower Eligible Expenses. We do not credential the Shared Savings Program providers and the Shared Savings Program providers are not Network providers. Accordingly, in Benefit plans that have both Network and Non-Network levels of Benefits, Benefits for Covered Health Services provided by Shared Savings Program providers will be paid at the Non-Network Benefit level (except in situations when Benefits for Covered Health Services provided by non-Network providers are payable at Network Benefit levels, as in the case of Emergency Health Services). When we use the Shared Savings Program to pay a claim, patient responsibility is limited to Coinsurance calculated on the contracted rate paid to the provider, in addition to any required Annual Deductible.

Sickness - physical illness, disease or Pregnancy. The term Sickness as used in this Certificate does not include Mental Illness or substance abuse, regardless of the cause or origin of the Mental Illness or substance abuse.

Skilled Nursing Facility - a Hospital or nursing facility that is licensed and operated as required by law.

Specialist Physician - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

Subscriber - an Eligible Person who is properly enrolled under the Policy. The Subscriber is the person (who is not a Dependent) on whose behalf the Policy is issued to the Enrolling Group.

Substance Abuse Services - Covered Health Services for the diagnosis and treatment of alcoholism and substance abuse disorders that are listed in the current Diagnostic and Statistical Manual of the American Psychiatric Association, unless those services are specifically excluded. The fact that a disorder is listed in the Diagnostic and Statistical Manual of the American Psychiatric Association does not mean that treatment of the disorder is a Covered Health Service.

Telemedicine Services - means the practice of health care delivery, diagnosis, consultation, treatment, transfer of medical data and education using interactive audio, video or data communications. Telemedicine is not consultation by telephone or facsimile machine between health care providers or between patient and health care provider.

Total Disability or Totally Disabled - a Subscriber's inability to perform all of the substantial and material duties of his or her regular employment or occupation; and a Dependent's inability to perform the normal activities of a person of like age and sex.

Transitional Care - Mental Health/Substance Abuse Services that are provided through transitional living facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

- Sober living arrangements such as drug-free housing, alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

- Supervised living arrangements which are residences such as transitional living facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

Unproven Service(s) - services, including medications, that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to

COC.DEF.I.07.CA                                    72

insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

- Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)

- Well-conducted cohort studies. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

We have a process by which we compile and review clinical evidence with respect to certain health services. From time to time, we issue medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at www.myuhc.com.

Please note:

- If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may, in our discretion, consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition, and that the service would be provided under standards equivalent to those defined by the *National Institutes of Health*.

- We may, in our discretion, consider an otherwise Unproven Service to be a Covered Health Service for a Covered Person with a Sickness or Injury that is not life-threatening. For that to occur, all of the following conditions must be met:

  - If the service is one that requires review by the *U.S. Food and Drug Administration* (FDA), it must be FDA-approved.

  - It must be performed by a Physician and in a facility with demonstrated experience and expertise.

  - The Covered Person must consent to the procedure acknowledging that we do not believe that sufficient clinical evidence has been published in peer-reviewed medical literature to conclude that the service is safe and/or effective.

  - At least two studies must be available in published peer-reviewed medical literature that would allow us to conclude that the service is promising but unproven.

  - The service must be available from a Network Physician and/or a Network facility.

The decision about whether such a service can be deemed a Covered Health Service is solely at our discretion. Other apparently similar promising but unproven services may not qualify.

Urgent Care Center - a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

# Access Standards Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified as follows:

Because this Amendment reflects changes in requirements of insurance law of the State of California, to the extent it may conflict with any Amendment issued to you previously, the provisions of this Amendment will govern.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms* and in this Amendment below.

1.   The following provision is added to the *Certificate* under *Section 6: Questions, Complaints and Appeals*:

## IMPORTANT NOTICE - Network Provider Accessibility Complaints

If you have a complaint regarding your ability to access Covered Health Services from a Network provider in a timely manner, call *Customer Care* at the telephone number shown on your ID card. If you would rather send your complaint to us in writing, the *Customer Care* representative can provide you with the appropriate address. If your complaint is not resolved, you may contact the California Department of Insurance.

Call the California Department of Insurance at:

- 1-800-927-HELP (1-800-927-4357) if the Covered Person resides in the State of California.

- 213-897-8921 if the Covered Person resides outside of the State of California.

You may write the California Department of Insurance at:

California Department of Insurance

Consumer Communications Bureau

300 South Spring Street, South Tower

Los Angeles, CA 90013

2.   The following provision is added to the *Certificate* under *Section 9: Defined Terms*:

**Service Area** - the State of California or any other geographical area within the state designated in the Policy within which Network provider services are rendered to Covered Persons for Covered Health Services.

3.   The following provision is added to the *Schedule of Benefits*:

## DIRECTORY OF NETWORK PROVIDERS

The current directory of Network providers is available online at www.myuhc.com.

## NETWORK PROVIDER ACCESSIBILITY COMPLAINTS:

You may contact us or the California Department of Insurance if you have a complaint regarding your ability to access needed health care in a timely manner as described in *IMPORTANT NOTICE - Network Provider Accessibility Complaints* in the *Certificate of Coverage* under *Section 6: Questions, Complaints and Appeals*.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

ACCESSAMD.I.07.CA                    2

# Orthotic Benefit Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms*.

1. The *Orthotic Benefit* in the *Certificate of Coverage, Section 1: Covered Health Services* is replaced with the following:

## Orthotic Benefit

Benefits for orthotic devices, including original and replacement devices when devices are prescribed by a Physician or are ordered by a licensed health care provider acting within the scope of his/her license.

2. The *Orthotic Benefit* in the *Schedule of Benefits* is replaced with the following:

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| Orthotic Benefit | | | |
| | Network 80% | Yes | Yes |
| | Non-Network 60% | Yes | Yes |

3. The exclusion #2 copied below from the *Certificate of Coverage* for *Devices, Appliances, and Prosthetics* under *Section 2: Exclusions and Limitations,* is deleted:

   2.   Orthotic appliances that straighten or re-shape a body part. Examples include foot orthotics, cranial banding and some types of braces, including over-the-counter orthotic braces.

4. The exclusion #3 copied below from the *Certificate of Coverage* for *Medical Supplies* under *Section 2: Exclusions and Limitations,* is deleted:

   3.   Orthotic appliances that straighten or re-shape a body part (including some types of braces).

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

ORTHOTICAMD.I.07.CA                                  1

# Continuity of Care Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms*.

1.   The provision in the *Schedule of Benefits* for *Continuity of Care* is replaced with the following:

## Continuity of Care

If you are undergoing a course of treatment with a Network provider for one of the medical conditions below, and the Network provider caring for you is terminated from the Network by us, we can arrange, at your request and subject to the provider's agreement, for continuation of Covered Health Services rendered by the terminated provider for the time periods shown below. Copayments, deductibles or other cost sharing components will be the same as you would have paid for a provider currently contracting with us.

Medical conditions and time periods for which treatment by a terminated Network provider will be covered under the Policy are:

- **An acute condition.** An acute condition is a medical condition that involves a sudden onset of symptoms due to a Sickness, Injury, or other medical problem that requires prompt medical attention and that has a limited duration. Completion of Covered Health Services will be provided for the duration of the acute condition.

- **A serious chronic condition.** A serious chronic condition is a medical condition due to a disease, Sickness, or other medical problem or medical disorder that is serious in nature and that persists without full cure or worsens over an extended period of time or requires ongoing treatment to maintain remission or prevent deterioration. Completion of Covered Health Services will be provided for a period of time necessary to complete a course of treatment and to arrange for a safe transfer to another Network provider, as determined by us in consultation with the Covered Person and the terminated Network provider and consistent with good professional practice. Completion of Covered Health Services under this provision will not exceed 12 months from termination date of the provider's agreement.

- **A pregnancy.** A pregnancy is the three trimesters of pregnancy and the immediate postpartum period. Completion of Covered Health Services will be provided for the duration of the pregnancy.

- **A terminal illness.** A terminal illness is an incurable or irreversible condition that has a high probability of causing death within one year or less. Completion of Covered Health Services will be provided for the duration of a terminal illness, which may exceed 12 months from the termination date of the provider's agreement.

- **The care of a newborn child between birth and age 36 months.** Completion of Covered Health Services will not exceed 12 months from the termination date of the provider's agreement.

- **Performance of a surgery or other procedure.** Performance of a surgery or other procedure that has been recommended and documented by the Network provider to occur within 180 days of the termination date of the provider's agreement.

This section does not apply to treatment by a provider or provider group whose contract with us has been terminated or not renewed for reasons relating to medical disciplinary cause or reason, fraud or other criminal activity.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Disabled Dependent Child Amendment

# United HealthCare Insurance Company

As described in this Amendment, the Policy is modified to provide coverage for a disabled Dependent child.

Because this Amendment is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms*.

1. The provision in the *Certificate of Coverage* under *Section 4: When Coverage Ends, Coverage for a Disabled Dependent Child* is replaced with the following:

## Coverage for a Disabled Dependent Child

Coverage for an unmarried Enrolled Dependent child who is disabled will not end just because the child has reached a certain age. We will extend the coverage for that child beyond the limiting age if both of the following criteria are true regarding the Enrolled Dependent child:

- Is not able to be self-supporting because of a physically or mentally disabling Injury, illness, or condition.

- Depends chiefly on the Subscriber for support.

Coverage will continue as long as the Enrolled Dependent is medically certified as disabled and dependent unless coverage is otherwise terminated in accordance with the terms of the Policy.

We will notify the Subscriber that the Enrolled Dependent child's coverage will end upon attainment of the limiting age unless the Subscriber submits proof of the criteria described above to us within 60 days of the date of receipt of our notification. We will send this notification to the Subscriber at least 90 days prior to the date the Enrolled Dependent child attains the limiting age. Upon receipt of the request of the Subscriber for continued coverage of the child and proof of the criteria described above, we will determine whether the Enrolled Dependent child meets the criteria before the child attains the limiting age. If we fail to make the determination by that date, coverage of the Enrolled Dependent child will continue pending our determination.

We may continue to ask you for proof that the child continues to be disabled and dependent. However, we will not ask for this information more than once a year after a two year period following the child's attainment of the limiting age.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Domestic Partner Definition Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified as described below.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms* and in this Amendment below.

1. The definition of Domestic Partner in the *Certificate of Coverage* under *Section 9: Defined Terms* is replaced with the following:

**Domestic Partner** - a person who meets the eligibility requirements, as defined by the Enrolling Group, and the following:

- Is eighteen (18) years of age or older.
- Is mentally competent to consent to contract.
- Has a common residence with the Subscriber.
- Is unmarried or not a member of another domestic partnership.
- Is not related by blood to the Subscriber to a degree of closeness that would prohibit marriage in the state of residence.

2. The definition of Domestic Partnership in the *Certificate of Coverage* under *Section 9: Defined Terms* is deleted.

3. The definition of Registered Domestic Partner in the *Certificate of Coverage* under *Section 9: Defined Terms* is deleted.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

DOMPARTAMD.I.07.CA                              1

# Foot Care Exclusion and Limitation Amendment

# United HealthCare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms*.

1. The exclusion copied below from the *Certificate of Coverage* for *Foot Care* under *Section 2: Exclusions and Limitations,* is deleted and replaced as follows:

Original exclusion:

**F. Foot Care**

1.   Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*

2.   Nail trimming, cutting, or debriding.

3.   Hygienic and preventive maintenance foot care. Examples include:

   ♦   Cleaning and soaking the feet.

   ♦   Applying skin creams in order to maintain skin tone.

   This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4.   Treatment of flat feet.

5.   Treatment of subluxation of the foot.

6.   Shoes.

7.   Shoe orthotics.

8.   Shoe inserts.

9.   Arch supports.

New exclusion:

**F. Foot Care**

1.   Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under Diabetes Services in Section 1: Covered Health Services.

2.   Nail trimming, cutting, or debriding.

3.   Hygienic and preventive maintenance foot care. Examples include:

   ♦   Cleaning and soaking the feet.

♦    Applying skin creams in order to maintain skin tone.

This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4.   Treatment of flat feet.

5.   Treatment of subluxation of the foot.

6.   Shoes. This exclusion does not apply to shoes for which Benefits are provided as described under *Specialized Footwear* in *Section 1: Covered Health Services*.

7.   Shoe orthotics. This exclusion does not apply to shoes for which Benefits are provided as described under *Specialized Footwear* in *Section 1: Covered Health Services*.

8.   Shoe inserts. This exclusion does not apply to shoes for which Benefits are provided as described under *Specialized Footwear* in *Section 1: Covered Health Services*.

9.   Arch supports. This exclusion does not apply to shoes for which Benefits are provided as described under *Specialized Footwear* in *Section 1: Covered Health Services*.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Telehealth Services Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified to provide Benefits for Telehealth services.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* and in this Amendment below.

1. *Telemedicine Services* in the *Certificate, Section 1: Covered Health Services* is deleted and replaced with the following Covered Health Service description:

## Telehealth Services

Benefits are available for Covered Health Services received through Telehealth. No in-person contact is required between a licensed health care provider and a Covered Person for Covered Health Services appropriately provided through Telehealth, subject to all terms and conditions of the Policy.

Prior to the delivery of Covered Health Services via Telehealth, the health care provider at the originating site shall verbally inform the Covered Person that Telehealth may be used and obtain verbal consent from the Covered Person for this use. The verbal consent shall be documented in the Covered Person's medical record.

We shall not require the use of Telehealth services when the health care provider has determined that it is not appropriate. The appropriate use of Telehealth services is determined by the treating Physician pursuant to his or her agreement with us.

2. *Telemedicine Services* in the *Schedule of Benefits* is deleted and replaced with the provision below:

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **Telehealth Services** | | | |
| | **Network**<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits.* | | |
| | **Non-Network**<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits.* | | |

3. The definition of *Telemedicine Services* in the *Certificate* under *Section 9: Defined Terms* is deleted.

4. The following definition of *Telehealth* is added to the *Certificate* under *Section 9: Defined Terms*:

**Telehealth -** means the mode of delivering Covered Health Services and public health via information and communication technologies to facilitate the diagnosis, consultation, treatment, education, care management, and self-management of a patient's health care while the patient is at the originating site and the licensed health care provider is at a distant site. Telehealth facilitates patient self-management and caregiver support for patients and includes synchronous interactions and asynchronous store and forward transfers.

In applying the above definition, "asynchronous store and forward," "distant site," "originating site," and "synchronous interaction" shall have the following meanings:

- "Asynchronous store and forward" means the transmission of a patient's medical information from an originating site to the licensed health care provider at a distant site without the presence of the patient.

- "Distant site" means a site where a licensed health care provider who provides Covered Health Services is located while providing these services via a telecommunications system.

- "Originating site" means a site where a patient is located at the time Covered Health Services are provided via a telecommunications system or where the asynchronous store and forward service originates.

- "Synchronous interaction" means a real-time interaction between a patient and a licensed health care provider located at a distant site.


UNITEDHEALTHCARE INSURANCE COMPANY


Jeffrey Alter, President


TELEHEALTH.AMD.I.07.CA                    2

# Temporomandibular Joint Disorder (TMJ) Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms*.

1.   *Temporomandibular Joint Disorder (TMJ) Services* in the *Schedule of Benefits* is replaced with the following:

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| Temporomandibular Joint Disorder (TMJ) Services | | | |
| **Pre-service Notification Requirement** | | | |
| For Non-Network Benefits you must notify us five business days or as soon as reasonably possible before temporomandibular joint services are performed during an Inpatient Stay in a Hospital. If you fail to notify us as required, Benefits will be reduced to 50% of Eligible Expenses. | | | |
| Covered Health Services are payable in the same manner as surgery for other covered medical conditions except that benefits for treatment of TMJ are limited to $3,000 per year. | **Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits*. **Non-Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits*. | | |

2.   The exclusion for upper and lower jawbone surgery in the *Certificate* under *Section 2: Exclusions and Limitations, Procedures and Treatments* is replaced with the following:

Upper and lower jawbone surgery except as required for direct treatment of acute traumatic Injury, dislocation, tumors or cancer or as described in *Temporomandibular Joint Disorder (TMJ) Services* under *Section 1: Covered Health Services.* Orthognathic surgery and jaw alignment, except as a treatment of obstructive sleep apnea.

3.   The following exclusion is added to the *Certificate* under *Section 2: Exclusions and Limitations, Procedures and Treatments*:

The following services for the diagnosis and treatment of TMJ: surface electromyography; Doppler analysis; vibration analysis; computerized mandibular scan or jaw tracking; craniosacral therapy; orthodontics; occlusal adjustment; dental restorations.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Experimental or Investigational Exclusion Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms*.

1. The exclusion in the *Certificate* under *Section 2: Exclusions and Limitations*, *E. Experimental or Investigational or Unproven Services*, is replaced with the following:

## E. Experimental or Investigational or Unproven Services

Experimental or Investigational and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded except Benefits provided for clinical trials for cancer and for Experimental or Investigational Services and Unproven Services as defined under Section 9: Defined Terms and except that coverage which is provided for an *FDA*-approved drug prescribed for a use that is different from the use for which the *FDA* approved it, when needed for treatment of a chronic and seriously debilitating or life-threatening condition. The drug must appear on the Formulary List, if applicable. The drug must be recognized for treatment of the condition for which the drug is being prescribed by any of the following: (1) the *American Hospital Formulary Service's Drug Information*; (2) one of the following compendia, if recognized by the federal Centers for Medicare and Medicaid Services as part of an anticancer chemotherapeutic regimen: *Elsevier Gold Standard's Clinical Pharmacology*, *National Comprehensive Cancer Network Drug and Biologics Compendium*, or *Thomson Micromedex DrugDex*; or (3) it is recommended by two clinical studies or review articles in major peer reviewed professional journals. However, there is no coverage for any drug that the FDA or a major peer reviewed medical journal has determined to be contraindicated for the specific treatment for which the drug has been prescribed. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Services*.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Clinical Trials and Reconstructive Procedures Amendment

## UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms* and in this Amendment below.

1.   *Clinical Trials* in the *Certificate, Section 1: Covered Health Services* is replaced with the following:

### Clinical Trials

Benefits include Covered Health Services for a Covered Person diagnosed with cancer and accepted into phase I, phase II, phase III, or phase IV clinical trial for cancer. Covered Health Services include all routine patient care costs related to the clinical trial, if the Covered Person's Physician recommends participation in the clinical trial based on his/her determination that such participation will have a meaningful potential to benefit the Covered Person, and if the clinical trial has a therapeutic intent.

An approved cancer clinical trial shall either: (1) involve a drug that is exempt under federal regulations from a new drug application or (2) be approved by one of the following:

- One of the *U.S. National Institutes of Health.*

- The *Federal Food and Drug Administration (FDA)* in the form of an investigational new drug application.

- The *United States Department of Defense (DOD).*

- The *United States Department of Veterans Affairs.*

For the purpose of this Benefit, "routine patient care costs" means the costs associated with the provision of health care services, including drugs, items, devices, and services that would otherwise be covered under the Policy if those drugs, items, devices, and services were not provided in connection with an approved clinical trial program, including the following:

- Health care services typically provided absent a clinical trial.

- Health care services required solely for the provision of the investigational drug, item, device, or service.

- Health care services required for the clinically appropriate monitoring of the investigational item or service.

- Health care services provided for the prevention of complications arising from the provision of the investigational drug, item, device, or service.

- Heath care services needed for the reasonable and necessary care arising from the provisions of the investigational drug, item, device, or service, including the diagnosis of treatment of the complications.

For the purpose of this Benefit, "routine patient care costs" does not include the cost associated with the provision of any of the following:

- Drugs or devices that have not been approved by the *Federal Food and Drug Administration (FDA)* and that are associated with the clinical trial.

- Services other than health care services, such as travel, housing, companion expenses, and other nonclinical expenses, that a Covered Person may require as a result of the treatment being provided for purposes of the clinical trial.

- Any item or service that is provided solely to satisfy data collection and analysis needs that are not used in the clinical management of the Covered Person.

- Health care services which, except for the fact that they are not being provided in a clinical trial, are otherwise specifically excluded from coverage under the Policy.

- Health care services customarily provided by the research sponsors free of charge for any Covered Person in the clinical trial.

Benefits are available when the Covered Health Services are provided by either Network or non-Network providers. However, if the non-Network provider does not agree to accept the Network level of reimbursement by signing a network provider agreement specifically for the patient enrolling in the trial, you will be responsible for the difference and may be billed by the non-Network provider.

Routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

- Cardiovascular disease (cardiac/stroke).

- Surgical musculoskeletal disorders of the spine, hip, and knees.

Benefits include the reasonable and necessary items and services used to diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the clinical trial as defined by the researcher. Benefits are not available for preventive clinical trials.

Routine patient care costs for clinical trials include:

- Covered Health Services for which Benefits are typically provided absent a clinical trial.

- Covered Health Services required solely for the provision of the Investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications.

- Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

- The Experimental or Investigational Service or item. The only exceptions to this are:

  - Certain *Category B* devices.

  - Certain promising interventions for patients with terminal illnesses.

  - Other items and services that meet specified criteria in accordance with our medical policy guidelines.

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

- Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

To be a qualifying clinical trial, a clinical trial must meet all of the following criteria:

- Be sponsored and provided by a cancer center that has been designated by the *National Cancer Institute (NCI)* as a *Clinical Cancer Center* or *Comprehensive Cancer Center* or be sponsored by any of the following:

  - *National Institutes of Health (NIH).* (Includes *National Cancer Institute (NCI)*.)

  - *Centers for Disease Control and Prevention (CDC).*

  - *Agency for Healthcare Research and Quality (AHRQ).*

  - *Centers for Medicare and Medicaid Services (CMS).*

  - *Department of Defense (DOD).*

  - *Veterans Administration (VA).*

- The clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. We may, at any time, request documentation about the trial to confirm that the clinical trial meets current standards for scientific merit and has the relevant IRB approvals.

- The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Policy.

2.  *Reconstructive Procedures* in the *Certificate, Section 1: Covered Health Services* is replaced with the following:

## Reconstructive Procedures

Reconstructive procedures to correct or repair abnormal structures of the body caused by congenital defects, developmental abnormalities, trauma, infection, tumors, or disease. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance for cosmetic purposes only, but rather to improve function and/or to create a normal appearance, to the extent possible. Covered Health Services include dental or orthodontic services that are an integral part of reconstructive surgery for cleft palate procedures.

For the purposes of this section, "cleft palate" means a condition that may include cleft palate, cleft lip, or other craniofacial anomalies associated with cleft palate.

Cosmetic Procedures are excluded from coverage. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses and treatment of complications, including lymphedema, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

3.  The definition of *Congenital Anomaly* in the *Certificate* under *Section 9: Defined Terms* is replaced with the following:

**Congenital Anomaly** -a physical developmental defect that is present at birth.

4.  The definition of *Cosmetic Procedures* in the *Certificate* under *Section 9: Defined Terms* is replaced with the following:

**Cosmetic Procedures** - procedures or services that are performed to alter or reshape normal structures of the body in order to improve the Covered Person's appearance.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Patient Protection and Affordable Care Act (PPACA) Amendment

# UnitedHealthcare Insurance Company

As described in this Amendment, the Policy is modified as stated below.

Because this Amendment is part of a legal document (the group Policy), we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* (*Certificate*) in *Section 9: Defined Terms* and in this Amendment below.

## Maximum Policy Benefit/Limits on Essential Benefits

The Maximum Policy Benefit provision in the *Schedule of Benefits,* the definition of Maximum Policy Benefit in the *Certificate* and all references to a Maximum Policy Benefit are deleted. Benefits under the Policy are not limited by a Maximum Policy Benefit.

Lifetime limits on the dollar amount of essential benefits available to you under the terms of your plan are no longer permitted. In addition, any annual dollar limit applicable to the essential benefits listed below is no longer applicable. Essential benefits include the following:

> Ambulatory patient services; emergency services; hospitalization; maternity and newborn care; mental health and substance use disorder services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

On or before the first day of the first plan year beginning on or after September 23, 2010, the Enrolling Group will provide a 30 day enrollment period for those individuals who are still eligible under the plan's eligibility terms but whose coverage ended by reason of reaching a lifetime limit on the dollar value of all Benefits.

## Preventive Care

Network Benefits for preventive care that are payable at 100% of Eligible Expenses (without application of any Copayment, Coinsurance, or deductible) apply to the following:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

- Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

## Dependent Children

The following *Dependent Child Special Open Enrollment* provision is added to the *Certificate, Section 3: When Coverage Begins*:

## Dependent Child Special Open Enrollment Period

On or before the first day of the first plan year beginning on or after September 23, 2010, the Enrolling Group will provide a 30 day dependent child special open enrollment period for Dependent children who are not currently enrolled under the Policy and who have not yet reached the limiting age. During this dependent child special open enrollment period, Subscribers who are adding a Dependent child and who have a choice of coverage options will be allowed to change options.

Coverage begins on the first day of the plan year beginning on or after September 23, 2010, if we receive the completed enrollment form and any required Premium within 31 days of the date the Dependent becomes eligible to enroll under this special open enrollment period.

**All references to Full-time Student status requirements are deleted. The definition of Dependent is replaced with the following:**

**Dependent** - the Subscriber's legal spouse or a child of the Subscriber or the Subscriber's spouse. All references to the spouse of a Subscriber shall include a Domestic Partner. The term child includes any of the following:

- A natural child.

- A stepchild.

- A legally adopted child.

- A child placed for adoption.

- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any child listed above under 26 years of age.

- A Dependent includes an unmarried dependent child age 26 or older who is or becomes disabled and dependent upon the Subscriber.

Enrollment may not be denied based on any of the following facts:

- The child does not reside with the Subscriber.

- The child is born out of wedlock.

- The child is not claimed as a dependent on the Subscriber's federal or state income tax.

- The child lives outside the service area.

We may take any and all actions allowed by law, which may include seeking reimbursement from the Subscriber for any Benefits that we pay to you or paid in your name, when the Dependent did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a *Qualified Medical Child Support Order* or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a *Qualified Medical Child Support Order.*

If the Subscriber is required by a court or administrative order to provide health coverage for the Subscriber's child, the child will be able to be enrolled regardless of any enrollment season restriction. We will enroll the child upon application for enrollment by the custodial parent, the non-custodial parent, the Medi-Cal program, or the local child support agency.

We will not cancel or revoke enrollment of the child, or eliminate coverage, unless one of the following happens:

- The Enrolling Group receives satisfactory written evidence that the order requiring coverage is no longer in effect.

- The Enrolling Group receives confirmation that the child is enrolled in other comparable coverage that will take effect not later than the effective date of disenrollment under this Policy.

- The Enrolling Group has eliminated dependent health coverage for all its Subscribers.

- The Subscriber is no longer eligible for coverage.

We will notify both parents and any other person having custody of a child in writing at any time that health insurance for the child is terminated.

When a child is enrolled in a plan of the non-custodial parent or a parent sharing custody or temporary control of the child, we will:

- Provide the custodial parent with any information necessary to obtain Benefits and services for the child under this Policy.

- Allow the custodial parent or the health care provider with the custodial parent's approval, to submit claims for Benefits, without the approval of the non-custodial parent.

- Make claim payments directly to the person or entity who submitted the claim, that is, the custodial parent, the health care provider, or the Medi-Cal program.

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

## Fraud or Intentional Misrepresentation of a Material Fact

The terminating provision for *Fraud, Misrepresentation or False Information* in the *Certificate, Section 4: When Coverage Ends* is replaced with the following:

- **Fraud or Intentional Misrepresentation of a Material Fact**

  You committed an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact.Should your coverage be rescinded due to fraud, or an intentional misrepresentation of a material fact, we may take any and all actions allowed by law, which may include demanding that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy.

## Claims and Appeals

Other changes provided for under the *PPACA* impact how claims and appeals are handled and are applicable to your plan:

- You have the right to appeal a rescission of coverage determination.

- If any new or additional evidence is relied upon or generated by us during the determination of an appeal we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

- With respect to any urgent request for Benefits you will receive the notice of benefit determination within 24 hours after we have received all necessary information.

- The *Departments of Health and Human Services, Labor and Treasury (Departments)* will establish a Federal external review process which will be available in those jurisdictions where no State

external review process is in effect. Where applicable, once the process has been established by the *Departments* we will provide you with additional information concerning the process.

## Other changes provided for under the *PPACA*:

Other changes provided for under the *PPACA* do not impact your plan because your plan already contains these provisions. These include:

- Direct access to OB/GYN care without a referral or authorization requirement.

- The ability to designate a pediatrician as a primary care physician (PCP) if your plan requires a PCP designation.

- The ability to designate any primary care physician (PCP) that is accepting new patients.

- Prior authorization is not required before you receive services in the emergency department of a Hospital.

- If you seek emergency care from non-Network providers in the emergency department of a Hospital your cost sharing obligations (Copayments/Coinsurance) will be the same as would be applied to care received from Network providers.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

PPACAAMDN.I.07.CA                                      4

# Outpatient Prescription Drug

# UnitedHealthcare Insurance Company

# Schedule of Benefits

## Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

## If a Brand-name Drug Becomes Available as a Generic

If a Generic becomes available for a Brand-name Prescription Drug Product, the tier placement of the Brand-name Prescription Drug Product may change, and therefore your Copayment and/or Coinsurance may change. You will pay the Copayment and/or Coinsurance applicable for the tier to which the Prescription Drug Product is assigned.

## Supply Limits

Benefits for Prescription Drug Products are subject to the supply limits that are stated in the "Description and Supply Limits" column of the Benefit Information table. For a single Copayment and/or Coinsurance, you may receive a Prescription Drug Product up to the stated supply limit.

Note: Some products are subject to additional supply limits based on criteria that we have developed, subject to our periodic review and modification. The limit may restrict the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply.

You may determine whether a Prescription Drug Product has been assigned a maximum quantity level for dispensing through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Notification Requirements

Before certain Prescription Drug Products are dispensed to you, either your Physician, your pharmacist or you are required to notify us or our designee. The reason for notifying us is to determine whether the Prescription Drug Product, in accordance with our approved guidelines, is each of the following:

- It meets the definition of a Covered Health Service.

- It is not an Experimental or Investigational or Unproven Service.

    **Network Pharmacy Notification**

    When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for notifying us.

    **Non-Network Pharmacy Notification**

When Prescription Drug Products are dispensed at a non-Network Pharmacy, you or your Physician are responsible for notifying us as required.

If we are not notified before the Prescription Drug Product is dispensed, you may pay more for that Prescription Order or Refill. The Prescription Drug Products requiring notification are subject to our periodic review and modification. You may determine whether a particular Prescription Drug Product requires notification through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

If we are not notified before the Prescription Drug Product is dispensed, you can ask us to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. Our contracted pharmacy reimbursement rates (our Prescription Drug Cost) will not be available to you at a non-Network Pharmacy. You may seek reimbursement from us as described in the *Certificate of Coverage* in *Section 5: How to File a Claim*.

When you submit a claim on this basis, you may pay more because you did not notify us before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost (for Prescription Drug Products from a Network Pharmacy) or the Predominant Reimbursement Rate (for Prescription Drug Products from a non-Network Pharmacy), less the required Copayment and/or Coinsurance, and any deductible that applies.

Benefits may not be available for the Prescription Drug Product after we review the documentation provided and we determine that the Prescription Drug Product is not a Covered Health Service or it is an Experimental or Investigational or Unproven Service.

## Step Therapy

Certain Prescription Drug Products for which Benefits are described under this Prescription Drug Rider or Pharmaceutical Products for which Benefits are described in your *Certificate of Coverage* are subject to step therapy requirements. This means that in order to receive Benefits for such Prescription Drug Products or Pharmaceutical Products you are required to use a different Prescription Drug Product(s) or Pharmaceutical Product(s) first.

You may determine whether a particular Prescription Drug Product or Pharmaceutical Product is subject to step therapy requirements through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## What You Must Pay

You are responsible for paying the applicable Copayment and/or Coinsurance described in the Benefit Information table.

The amount you pay for any of the following under this Rider will not be included in calculating any Out-of-Pocket Maximum stated in your *Certificate of Coverage*:

• Copayments for Prescription Drug Products, including Specialty Prescription Drug Products.

• Coinsurance for Prescription Drug Products, including Specialty Prescription Drug Products.

• Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product and our contracted rates (our Prescription Drug Cost) will not be available to you.

# Payment Information

| Payment Term And Description | Amounts |
|---|---|
| **Copayment and Coinsurance** | |
| ***Copayment***<br><br>Copayment for a Prescription Drug Product at a Network or non-Network Pharmacy is a specific dollar amount.<br><br>***Coinsurance***<br><br>Coinsurance for a Prescription Drug Product at a Network Pharmacy is a percentage of the Prescription Drug Cost.<br><br>Coinsurance for a Prescription Drug Product at a non-Network Pharmacy is a percentage of the Predominant Reimbursement Rate.<br><br>***Copayment and Coinsurance***<br><br>Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List Management Committee has assigned a Prescription Drug Product.<br><br>Special Programs: We may have certain programs in which you may receive a reduced or increased Copayment and/or Coinsurance based on your actions such as adherence/compliance to medication regimens. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.<br><br>NOTE: The tier status of a Prescription Drug Product can change periodically, generally quarterly but no more than six times per calendar year, based on the Prescription Drug List Management Committee's periodic tiering decisions. When that occurs, you may pay more or less for a Prescription Drug Product, depending on its tier assignment. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier | For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lower of:<br><br>• The applicable Copayment and/or Coinsurance or<br><br>• The Network Pharmacy's Usual and Customary Charge for the Prescription Drug Product.<br><br>For Prescription Drug Products from a mail order Network Pharmacy, you are responsible for paying the lower of:<br><br>• The applicable Copayment and/or Coinsurance or<br><br>• The Prescription Drug Cost for that Prescription Drug Product.<br><br>See the Copayments and/or Coinsurance stated in the Benefit Information table for amounts. |

| Payment Term And Description | Amounts |
|---|---|
| status. | |

# Benefit Information

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| **Specialty Prescription Drug Products** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Specialty Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>When a Specialty Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed.<br><br>Supply limits apply to Specialty Prescription Drug Products obtained at a Network Pharmacy, a non-Network Pharmacy, a mail order Network Pharmacy or a Designated Pharmacy. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List Management Committee has assigned the Specialty Prescription Drug Product. All Specialty Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>**Network Pharmacy**<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $10.00 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $20.00 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $20.00 per Prescription Order or Refill.<br><br>**Non-Network Pharmacy**<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $10.00 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $20.00 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $20.00 per Prescription Order or Refill. |
| **Prescription Drugs from a Retail Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| pay a Copayment and/or Coinsurance for each cycle supplied.<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed. | $10.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $20.00 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $20.00 per Prescription Order or Refill. |
| **Prescription Drugs from a Retail Non-Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you pay a Copayment and/or Coinsurance for each cycle supplied.<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $10.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $20.00 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $20.00 per Prescription Order or Refill. |
| **Prescription Drug Products from a Mail Order Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 90-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits. These supply limits do not apply to Specialty Prescription Drug Products. Specialty Prescription Drug Products from a mail order Network Pharmacy are subject to | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2 or Tier-3. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For up to a 90-day supply, we pay:<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| the supply limits stated above under the heading *Specialty Prescription Drug Products*.<br><br>To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged a mail order Copayment and/or Coinsurance for any Prescription Orders or Refills sent to the mail order pharmacy regardless of the number-of-days' supply written on the Prescription Order or Refill. Be sure your Physician writes your Prescription Order or Refill for a 90-day supply, not a 30-day supply with three refills. | $20.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $40.00 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Cost after you pay a Copayment of $40.00 per Prescription Order or Refill. |

# Outpatient Prescription Drug Rider

# UnitedHealthcare Insurance Company

This Rider to the Policy is issued to the Enrolling Group and provides Benefits for Prescription Drug Products.

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in the *Certificate of Coverage* in *Section 9: Defined Terms* and in this Rider in *Section 3: Defined Terms*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company. When we use the words "you" and "your" we are referring to people who are Covered Persons, as the term is defined in the *Certificate of Coverage* in *Section 9: Defined Terms*.

NOTE: The Coordination of Benefits provision in the *Certificate of Coverage* in *Section 7: Coordination of Benefits* applies to Prescription Drug Products covered through this Rider. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in the *Certificate of Coverage*.

UNITEDHEALTHCARE INSURANCE COMPANY

Jeffrey Alter, President

# Introduction

## Coverage Policies and Guidelines

Our Prescription Drug List ("PDL") Management Committee is authorized to make tier placement changes on our behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of factors including, but not limited to, clinical and economic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether supply limits or notification requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Prescription Drug Product.

Some Prescription Drug Products are more cost effective for specific indications as compared to others; therefore, a Prescription Drug Product may be listed on multiple tiers according to the indication for which the Prescription Drug Product was prescribed.

We may periodically change the placement of a Prescription Drug Product among the tiers. These changes generally will occur quarterly, but no more than six times per calendar year. These changes may occur without prior notice to you.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

NOTE: The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the *Certificate of Coverage* in *Section 5: How to File a Claim*. When you submit a claim on this basis, you may pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Cost, less the required Copayment and/or Coinsurance, and any deductible that applies.

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Prescription Drug Product.

## Limitation on Selection of Pharmacies

If we determine that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, we may require you to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date we notify you, we will select a single Network Pharmacy for you.

## Rebates and Other Payments

We may receive rebates for certain drugs included on the Prescription Drug List. We do not pass these rebates on to you, nor are they taken into account in determining your Copayments and/or Coinsurance.

We, and a number of our affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this Prescription Drug Rider. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this Prescription Drug Rider. We are not required to pass on to you, and do not pass on to you, such amounts.

## Coupons, Incentives and Other Communications

At various times, we may send mailings to you or to your Physician that communicate a variety of messages, including information about Prescription Drug Products. These mailings may contain coupons or offers from pharmaceutical manufacturers that enable you, at your discretion, to purchase the described drug product at a discount or to obtain it at no charge. Pharmaceutical manufacturers may pay for and/or provide the content for these mailings. Only your Physician can determine whether a change in your Prescription Order or Refill is appropriate for your medical condition.

## Special Programs

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication regimens. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

# Outpatient Prescription Drug Rider Table of Contents

**Section 1: Benefits for Prescription Drug Products** ...............................5
**Section 2: Exclusions** ...............................................................7
**Section 3: Defined Terms** .........................................................9

# Section 1: Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed. Refer to the *Outpatient Prescription Drug Schedule of Benefits* for applicable Copayments and/or Coinsurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

**Specialty Prescription Drug Products**

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

Please see *Section 3: Defined Terms* for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on Specialty Prescription Drug Product supply limits.

**Prescription Drugs from a Retail Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail Network Pharmacy supply limits.

**Prescription Drugs from a Retail Non-Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail non-Network Pharmacy.

If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with us, as described in *Section 5* of your *Certificate of Coverage*. We will not reimburse you for the difference between the Predominant Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge for that Prescription Drug Product. We will not reimburse you for any non-covered drug product.

In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail non-Network Pharmacy supply limits.

**Prescription Drug Products from a Mail Order Network Pharmacy**

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on mail order Network Pharmacy supply limits.

Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine if Benefits are provided for your Prescription Drug Product and for information on how to obtain your Prescription Drug Product through a mail order Network Pharmacy.

# Section 2: Exclusions

Exclusions from coverage listed in the *Certificate of Coverage* apply also to this Rider, except that any preexisting condition exclusion in the *Certificate of Coverage* is not applicable to this Rider. In addition, the following exclusions apply:

1.  Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

2.  Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

3.  Drugs which are prescribed, dispensed or intended for use during an Inpatient Stay.

4.  Experimental or Investigational or Unproven Services and medications; medications used for experimental indications and/or dosage regimens determined by us to be experimental, investigational or unproven.

5.  Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

6.  Prescription Drug Products for any condition, Injury, Sickness or mental illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

7.  Any product dispensed for the purpose of appetite suppression or weight loss.

8.  A Pharmaceutical Product for which Benefits are provided in your *Certificate of Coverage*. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

9.  Durable Medical Equipment. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

10. General vitamins, except the following which require a Prescription Order or Refill: prenatal vitamins, vitamins with fluoride, and single entity vitamins.

11. Unit dose packaging of Prescription Drug Products.

12. Medications used for cosmetic purposes.

13. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that we determine do not meet the definition of a Covered Health Service.

14. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

15. Prescription Drug Products when prescribed to treat infertility.

16. Prescription Drug Products for smoking cessation.

17. Compounded drugs that do not contain at least one ingredient that has been approved by the U.S. Food and Drug Administration and requires a Prescription Order or Refill. Compounded drugs that are available as a similar commercially available Prescription Drug Product. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-3.)

18. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless we have designated the over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that we have determined are Therapeutically Equivalent to an over-the-counter drug. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

19. New Prescription Drug Products and/or new dosage forms until the date they are assigned to a tier by our Prescription Drug List Management Committee.

20. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

21. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, even when used for the treatment of Sickness or Injury.

22. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product.

23. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product.

# Section 3: Defined Terms

**Brand-name** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we identify as a Brand-name product, based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by us.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that we identify as a Generic product based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by us.

**Network Pharmacy** - a pharmacy that has:

- Entered into an agreement with us or an organization contracting on our behalf to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

- Been designated by us as a Network Pharmacy.

**New Prescription Drug Product** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the U.S. Food and Drug Administration and ending on the earlier of the following dates:

- The date it is assigned to a tier by our Prescription Drug List Management Committee.

- December 31st of the following calendar year.

**Predominant Reimbursement Rate** - the amount we will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee and any applicable sales tax. We calculate the Predominant Reimbursement Rate using our Prescription Drug Cost that applies for that particular Prescription Drug Product at most Network Pharmacies.

**Prescription Drug Cost** - the rate we have agreed to pay our Network Pharmacies, including a dispensing fee and any applicable sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List** - a list that categorizes into tiers medications, products or devices that have been approved by the U.S. Food and Drug Administration. This list is subject to our periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Prescription Drug Product has been assigned through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Prescription Drug List Management Committee** - the committee that we designate for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, product or device that has been approved by the U.S. Food and Drug Administration and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill.

A Prescription Drug Product includes a drug approved by the U.S. Food and Drug Administration, which is prescribed for a use that is different from the use for which the U.S. Food and Drug Administration approved it, when needed for treatment of a chronic and seriously debilitating or life-threatening condition. The drug must be recognized for the specific treatment for which the drug is being prescribed by any of the following: (1) the *American Hospital formulary Service Drug Information*, (2) one of the following compendia, if recognized by the federal Centers for Medicare and Medicaid Services as part of an anticancer chemotherapeutic regimen: *Elsevier Gold Standard's Clinical Pharmacology*, *National Comprehensive Cancer Network Drug and Biologics Compendium*, or *Thomson Microdex DrugDex*; or (3) it is recommended by two articles from major peer reviewed medical journals. However, there is no coverage for any drug that the *U.S. Food and Drug Administration* or a major peer reviewed medical journal has determined to be contraindicated for the specific treatment for which the drug has been prescribed.

A Prescription Drug Product includes a drug approved by the *U.S. Food and Drug Administration* prescribed to treat cancer during certain clinical trials as described in the *Certificate of Coverage*.

A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).

- Insulin.

- The following diabetic supplies:

  - standard insulin syringes with needles;

  - blood-testing strips - glucose;

  - urine-testing strips - glucose;

  - ketone-testing strips and tablets;

  - lancets and lancet devices; and

  - glucose monitors.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Specialty Prescription Drug Product** - Prescription Drug Products that are generally high cost, self-injectable biotechnology drugs used to treat patients with certain illnesses. You may access a complete list of Specialty Prescription Drug Products through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Therapeutically Equivalent** - when Prescription Drug Products can be expected to produce essentially the same therapeutic outcome and toxicity.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.

## Important Notices under the Patient Protection and Affordable Care Act (PPACA)

**IMPORTANT NOTICE:** If you have a dependent child whose coverage ended or who was denied coverage (or was not eligible for coverage) because dependent coverage of children was not available up to age 26, you may have the right to enroll that dependent under a special dependent child enrollment period. This right applies as of the first day of the first plan year beginning on or after September 23, 2010 and your employer (or enrolling group) must provide you with at least a 30 day enrollment period. If you are adding a dependent child during this special enrollment period and have a choice of coverage options under the plan, you will be allowed to change options. This child special open enrollment may coincide with your annual open enrollment, if you have one. Please contact your employer or group plan administrator for more information.

**IMPORTANT NOTICE:** If coverage or benefits for you or a dependent ended due to reaching a lifetime limit, be advised that a lifetime limit on the dollar value of benefits no longer applies. If you are covered under the plan, you are once again eligible for benefits. Additionally, if you are not enrolled in the plan, but are still eligible for coverage, then you will have a 30 day opportunity to request enrollment. This 30 day enrollment opportunity will begin no later than the first day of the first plan year beginning on or after September 23, 2010. This 30 day enrollment period may coincide with your annual open enrollment, if you have one. Please contact your employer or group health plan administrator for more information.

## Changes in Federal Law that Impact Benefits

There are changes in Federal law which may impact coverage and Benefits stated in the *Certificate of Coverage (Certificate)* and *Schedule of Benefits*. A summary of those changes and the dates the changes are effective appear below.

## Patient Protection and Affordable Care Act (PPACA)

Effective for policies that are new or renewing on or after September 23, 2010, the requirements listed below apply.

- Lifetime limits on the dollar amount of essential benefits available to you under the terms of your plan are no longer permitted. Essential benefits include the following:

  Ambulatory patient services; emergency services, hospitalization; maternity and newborn care, mental health and substance use disorder services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; laboratory services; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

- On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day enrollment period for those individuals who are still eligible under the plan's eligibility terms but whose coverage ended by reason of reaching a lifetime limit on the dollar value of all benefits.

- Essential benefits for plan years beginning prior to January 1, 2014 can only be subject to restricted annual limits. Restricted annual limits for each person covered under the plan may be no less than the following:

  - For plan or policy years beginning on or after September 23, 2010 but before September 23, 2011, $750,000.

  - For plan or policy years beginning on or after September 23, 2011 but before September 23, 2012, $1,250,000.

  - For plan or policy years beginning on or after September 23, 2012 but before January 1, 2014, $2,000,000.

- Any pre-existing condition exclusions (including denial of benefits or coverage) will not apply to covered persons under the age of 19.

- Coverage for enrolled dependent children is no longer conditioned upon full-time student status or other dependency requirements and will remain in place until the child's 26th birthday. If you have a grandfathered plan, the enrolling group is not required to extend coverage to age 26 if the child is eligible to enroll in an eligible employer-sponsored health plan (as defined by law). Under the *PPACA* a plan generally is "grandfathered" if it was in effect on March 23, 2010 and there are no substantial changes in the benefit design as described in the *Interim Final Rule on Grandfathered Health Plans.*

  On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day dependent child special open enrollment period for dependent children who are not currently enrolled under the policy and who have not yet reached age 26. During this dependent child special open enrollment period, subscribers who are adding a dependent child and who have a choice of coverage options will be allowed to change options.

- If your plan includes coverage for enrolled dependent children beyond the age of 26, which is conditioned upon full-time student status, the following applies:

Coverage for enrolled dependent children who are required to maintain full-time student status in order to continue eligibility under the policy is subject to the statute known as *Michelle's Law*. This law amends *ERISA*, the *Public Health Service Act*, and the *Internal Revenue Code* and requires group health plans, which provide coverage for dependent children who are post-secondary school students, to continue such coverage if the student loses the required student status because he or she must take a medically necessary leave of absence from studies due to a serious illness or Injury.

- If you do not have a grandfathered plan, in-network benefits for preventive care services described below will be paid at 100%, and not subject to any deductible, coinsurance or copayment:

  - Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

  - Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

  - With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

  - With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

- Retroactive rescission of coverage under the policy is permitted, with 30 days advance written notice, only in the following two circumstances:

  - The individual performs an act, practice or omission that constitutes fraud.

  - The individual makes an intentional misrepresentation of a material fact.

- Other changes provided for under the *PPACA* do not impact your plan because your plan already contains these benefits. These include:

  - Direct access to OB/GYN care without a referral or authorization requirement.

  - The ability to designate a pediatrician as a primary care physician (PCP) if your plan requires a PCP designation.

  - Prior authorization is not required before you receive services in the emergency department of a hospital.

    If you seek emergency care from out of network providers in the emergency department of a hospital your cost sharing obligations (copayments/coinsurance) will be the same as would be applied to care received from in network providers.

## Some Important Information About Appeal and External Review Rights Under PPACA

If you are enrolled in a non-grandfathered plan with an effective date or plan year anniversary on or after September 23, 2010, the *Patient Protection and Affordable Care Act of 2010 (PPACA)*, as amended, sets forth new and additional internal appeal and external review rights beyond those that some plans may have previously offered. Also, certain grandfathered plans are complying with the additional internal appeal and external review rights provisions on a voluntary basis. Please refer to your benefit plan documents, including amendments and notices, or speak with your employer or UnitedHealthcare for more information on the appeal rights available to you. (Also, please refer to the *Claims and Appeal Notice* section of this document.)

**What if I receive a denial, and need help understanding it?** Please call UnitedHealthcare at the number listed on the back of your health plan ID card.

**What if I don't agree with the denial?** You have a right to appeal any decision to not pay for an item or service.

**How do I file an appeal?** The initial denial letter or *Explanation of Benefits* that you receive from UnitedHealthcare will give you the information and the timeframe to file an appeal.

**What if my situation is urgent?** If your situation is urgent, your review will be conducted as quickly as possible. If you believe your situation is urgent, you may request an expedited review, and, if applicable, file an external review at the same time. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

Generally, an urgent situation is when your health may be in serious jeopardy. Or when, in the opinion of your doctor, you may be experiencing severe pain that cannot be adequately controlled while you wait for a decision on your appeal.

**Who may file an appeal?** Any member or someone that member names to act as an authorized representative may file an appeal. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

**Can I provide additional information about my claim?** Yes, you may give us additional information supporting your claim. Send the information to the address provided in the initial denial letter or *Explanation of Benefits*.

**Can I request copies of information relating to my claim?** Yes. There is no cost to you for these copies. Send your request to the address provided in the initial denial letter or Explanation of Benefits.

**What happens if I don't agree with the outcome of my appeal?** If you appeal, we will review our decision. We will also send you our written decision within the time allowed. If you do not agree with the decision, you may be able to request an external review of your claim by an independent third party. They will review the denial and issue a final decision.

**If I need additional help, what should I do?** For questions on your appeal rights, you may call UnitedHealthcare at the number listed on the back of your health plan ID card. You may also contact the support groups listed below.

**Are verbal translation services available to me during an appeal?** Yes. Contact UnitedHealthcare at the number listed on the back of your health plan ID card. Ask for verbal translation services for your questions.

**Is there other help available to me?** For questions about appeal rights, an unfavorable benefit decision, or for help, you may also contact the *Employee Benefits Security Administration* at 1-866-444-EBSA (3272). Your state consumer assistance program may also be able to help you.

For information on appeals and other *PPACA* regulations, visit www.healthcare.gov.

## Americans with Disabilities Act

Effective for Policies that are new or renewing on or after October 3, 2009, changes in interpretation of the *Americans with Disabilities Act* result in the following additional Benefits:

- Benefits are provided for hearing aids required for the correction of a hearing impairment and for charges for associated fitting and testing.

  Benefits for hearing aids are subject to payment requirements (Coinsurance, Annual Deductible and Out-of-Pocket Maximums) and annual limits that mirror those applicable to *Durable Medical Equipment* and *Prosthetic Devices* as shown in the *Schedule of Benefits*, however Benefits for hearing aids will never exceed $5,000 per year.

• Benefits for bone anchored hearing aids are a Covered Health Service for which Benefits are provided under the applicable medical/surgical Benefit categories in the *Certificate* only for Covered Persons who have either of the following:

▪ Craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.

▪ Hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

Benefits for bone anchor hearing aids are limited to one per Covered Person during the entire period of time the Covered Person is enrolled under the Policy, and include repairs and/or replacement only if the bone anchor hearing aid malfunctions.

## Mental Health/Substance Use Disorder Parity

Effective for Policies that are new or renewing on or after July 1, 2010, Benefits are subject to final regulations supporting the *Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA)*. Benefits for mental health conditions and substance use disorder conditions that are Covered Health Services under the Policy must be treated in the same manner and provided at the same level as Covered Health Services for the treatment of other Sickness or Injury. Benefits for Mental Health Services and Substance Use Disorder Services are not subject to any annual maximum benefit limit (including any day, visit or dollar limit).

*MHPAEA* requires that the financial requirements for coinsurance and copayments for mental health and substance use disorder conditions must be no more restrictive than those coinsurance and copayment requirements for substantially all medical/surgical benefits. *MHPAEA* requires specific testing to be applied to classifications of benefits to determine the impact of these financial requirements on mental health and substance use disorder benefits. Based upon the results of that testing, it is possible that coinsurance or copayments that apply to mental health conditions and substance use disorder conditions in your benefit plan may be reduced.

Changes that result from this requirement affect both prior authorization requirements and excluded services listed in your *Certificate* as described below.

Exclusions listed in your *Certificate* for mental health conditions, neurobiological disorders (autism spectrum disorders) and substance use disorders that were specific to these conditions, but that were not applicable to other Sickness or medical conditions, no longer apply.

Prior authorization requirements no longer apply to mental health conditions, neurobiological disorders (autism spectrum disorders) and substance use disorders. Instead, these services will be subject to the pre-service notification requirements that apply to other Covered Health Services described in the *Schedule of Benefits* attached to your *Certificate*.

When Benefits are provided for any of the following services, you must provide pre-service notification as described below. If you fail to notify us as required, Benefits will be reduced in the same manner and at the same level as Covered Health Services for the treatment of other Sickness or Injury. You are not required to provide pre-service notification when you seek these services from Network providers. Network providers are responsible for notifying us before they provide these services to you.

• Mental Health Services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

• Neurobiological Disorders - Autism Spectrum Disorder services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in

duration, with or without medication management; outpatient treatment provided in your home. If Benefits are provided for Applied Behavioral Analysis (ABA), pre-service notification is required.

- Substance Use Disorder Services - inpatient services (including partial hospitalization/day treatment and residential treatment); intensive outpatient program treatment; psychological testing; outpatient treatment of opioid dependence; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; outpatient treatment provided in your home.

For a scheduled admission, you must notify us five business days before admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, you must notify us before the following services are received:

- Intensive outpatient program treatment.

- Outpatient electro-convulsive treatment.

- Psychological testing.

- Outpatient treatment of opioid dependence.

- Extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.

- Outpatient treatment provided in your home.

## Children's Health Insurance Program Reauthorization Act of 2009 (CHIPRA)

Effective April 1, 2009, the *Children's Health Insurance Program Reauthorization Act of 2009* (*CHIPRA*) expands special enrollment rights under the Policy.

An Eligible Person and/or Dependent may be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan was terminated for cause, or because premiums were not paid on a timely basis.

A special enrollment period applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if the following are true:

- The Eligible Person and/or Dependent had existing health coverage under *Medicaid* or *Children's Health Insurance Program* (*CHIP*) at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period; and

  Coverage under the prior plan ended because the Eligible Person and/or Dependent loses eligibility under *Medicaid* or *Children's Health Insurance Program* (*CHIP*). Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date coverage ended.

- The Eligible Person previously declined coverage under the Policy, but the Eligible Person and/or Dependent becomes eligible for a premium assistance subsidy under *Medicaid* or *Children's Health Insurance Program* (*CHIP*). Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date of determination of subsidy eligibility.

# Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, Benefits under the Policy are provided for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments, Coinsurance and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

# Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g. your Physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a Physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of- pocket costs, you may be required to obtain precertification. For information on precertification, contact your issuer.

# Claims and Appeal Notice

*This Notice is provided to you in order to describe our responsibilities under Federal law for making benefit determinations and your right to appeal adverse benefit determinations. To the extent that state law provides you with more generous timelines or opportunities for appeal, those rights also apply to you. Please refer to your benefit documents for information about your rights under state law.*

## Benefit Determinations

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received. If your post-service claim is denied, you will receive a written notice from us within 30 days of receipt of the claim, as long as all needed information was provided with the claim. We will notify you within this 30 day period if additional information is needed to process the claim, and may request a one time extension not longer than 15 days and pend your claim until all information is received.

Once notified of the extension, you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, and the claim is denied, we will notify you of the denial within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

If you have prescription drug Benefits and are asked to pay the full cost of a prescription when you fill it at a retail or mail-order pharmacy, and if you believe that it should have been paid under the Policy, you may submit a claim for reimbursement in accordance with the applicable claim filing procedures. If you pay a Copayment and believe that the amount of the Copayment was incorrect, you also may submit a claim for reimbursement in accordance with the applicable claim filing procedures. When you have filed a claim, your claim will be treated under the same procedures for post-service group health plan claims as described in this section.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or approval prior to receiving medical care. If you have a pre-service request for Benefits, and it was submitted properly with all needed information, you will receive written notice of the decision from us within 15 days of receipt of the request. If you filed a pre-service request for Benefits improperly, we will notify you of the improper filing and how to correct it within five days after the pre-service request for Benefits was received. If additional information is needed to process the pre-service request, we will notify you of the information needed within 15 days after it was received, and may request a one time extension not longer than 15 days and pend your request until all information is received. Once notified of the extension you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, we will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your request for Benefits will be denied. A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the appeal procedures.

If you have prescription drug Benefits and a retail or mail order pharmacy fails to fill a prescription that you have presented, you may file a pre-service health request for Benefits in accordance with the applicable claim filing procedure. When you have filed a request for Benefits, your request will be treated under the same procedures for pre-service group health plan requests for Benefits as described in this section.

## Urgent Requests for Benefits that Require Immediate Attention

Urgent requests for Benefits are those that require notification or a benefit determination prior to receiving medical care, where a delay in treatment could seriously jeopardize your life or health, or the ability to regain maximum function or, in the opinion of a Physician with knowledge of your medical condition, could cause severe pain. In these situations:

- You will receive notice of the benefit determination in writing or electronically within 24 hours after we receive all necessary information, taking into account the seriousness of your condition.

- Notice of denial may be oral with a written or electronic confirmation to follow within three days.

If you filed an urgent request for Benefits improperly, we will notify you of the improper filing and how to correct it within 24 hours after the urgent request was received. If additional information is needed to process the request, we will notify you of the information needed within 24 hours after the request was received. You then have 48 hours to provide the requested information.

You will be notified of a benefit determination no later than 48 hours after:

- Our receipt of the requested information; or

- The end of the 48-hour period within which you were to provide the additional information, if the information is not received within that time.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

## Concurrent Care Claims

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. We will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Questions or Concerns about Benefit Determinations

If you have a question or concern about a benefit determination, you may informally contact our *Customer Care* department before requesting a formal appeal. If the *Customer Care* representative cannot resolve the issue to your satisfaction over the phone, you may submit your question in writing. However, if you are not satisfied with a benefit determination as described above, you may appeal it as described below, without first informally contacting a *Customer Care* representative. If you first informally contact our *Customer Care* department and later wish to request a formal appeal in writing, you should again contact *Customer Care* and request an appeal. If you request a formal appeal, a *Customer Care* representative will provide you with the appropriate address.

If you are appealing an urgent claim denial, please refer to *Urgent Appeals that Require Immediate Action* below and contact our *Customer Care* department immediately.

## How to Appeal a Claim Decision

If you disagree with a pre-service request for Benefits determination or post-service claim determination or a rescission of coverage determination after following the above steps, you can contact us in writing to formally request an appeal.

Your request should include:

- The patient's name and the identification number from the ID card.

- The date(s) of medical service(s).

- The provider's name.

- The reason you believe the claim should be paid.

- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information relevant to your claim for Benefits. In addition, if any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

## Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as identified above, the first level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for appeal of a denied request for Benefits. The second level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.

- For appeals of post-service claims as identified above, the first level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. The second level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

For procedures associated with urgent requests for Benefits, see *Urgent Appeals that Require Immediate Action* below.

If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure. We don't determine whether the pending health service is necessary or appropriate. That decision is between you and your Physician.

X

## Urgent Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

# Health Plan Notices of Privacy Practices

## Medical Information Privacy Notice

*This notice describes how medical information about you may be used and disclosed and how you can get access to this information. Please review it carefully.*

We* are required by law to protect the privacy of your health information. We are also required to send you this notice, which explains how we may use information about you and when we can give out or "disclose" that information to others. You also have rights regarding your health information that are described in this notice. We are required by law to abide by the terms of this notice.

The terms "information" or "health information" in this notice include any information we maintain that reasonably can be used to identify you and that relates to your physical or mental health condition, the provision of health care to you, or the payment for such health care.

We have the right to change our privacy practices and the terms of this notice. If we make a material change to our privacy practices, we will provide a revised notice by direct mail to you reflecting that change within 60 days of the change and we will otherwise post the revised notice on our website www.myuhc.com. We reserve the right to make any revised or changed notice effective for information we already have and for information that we receive in the future.

*For purposes of this Notice of Privacy Practices, "we" or "us" refers to the following health plans that are affiliated with UnitedHealth Group:*

*ACN Group of California, Inc.; All Savers Insurance Company; All Savers Insurance Company of California; American Medical Security Life Insurance Company; AmeriChoice of Connecticut, Inc.; AmeriChoice of Georgia, Inc.; AmeriChoice of New Jersey, Inc.; AmeriChoice of Pennsylvania, Inc.; Arizona Physicians IPA, Inc.; Arnett HMO, Inc.; Dental Benefit Providers of California, Inc.; Dental Benefit Providers of Illinois, Inc.; Evercare of Arizona, Inc.; Evercare of New Mexico, Inc.; Evercare of Texas, LLC; Golden Rule Insurance Company; Great Lakes Health Plan, Inc.; Health Plan of Nevada, Inc.; IBA Health and Life Assurance Company; MAMSI Life and Health Insurance Company; MD-Individual Practice Association, Inc.; Midwest Security Life Insurance Company; National Pacific Dental, Inc.; Neighborhood Health Partnership, Inc.; Nevada Pacific Dental; Optimum Choice, Inc.; Oxford Health Insurance, Inc.; Oxford Health Plans (CT), Inc.; Oxford Health Plans (NJ), Inc.; Oxford Health Plans (NY), Inc.; Pacific Union Dental, Inc.; PacifiCare Behavioral Health of California, Inc.; PacifiCare Behavioral Health, Inc.; PacifiCare Dental; PacifiCare Dental of Colorado, Inc.; PacifiCare Insurance Company; PacifiCare Life and Health Insurance Company; PacifiCare Life Assurance Company; PacifiCare of Arizona, Inc.; PacifiCare of California; PacifiCare of Colorado, Inc.; PacifiCare of Nevada, Inc.; PacifiCare of Oklahoma, Inc.; PacifiCare of Oregon, Inc.; PacifiCare of Texas, Inc.; PacifiCare of Washington, Inc.; Sierra Health & Life Insurance Co., Inc.; Spectera, Inc.; U.S. Behavioral Health Plan, California; Unimerica Insurance Company; Unimerica Life Insurance Company of New York; Unison Family Health Plan of Pennsylvania, Inc.; Unison Health Plan of Delaware, Inc.; Unison Health Plan of Ohio, Inc.; Unison Health Plan of Pennsylvania, Inc.; Unison Health Plan of South Carolina, Inc.; Unison Health Plan of Tennessee, Inc.; Unison Health Plan of the Capital Area, Inc.; United Behavioral Health; UnitedHealthcare Insurance Company; UnitedHealthcare Insurance Company of Illinois; UnitedHealthcare Insurance Company of New York; UnitedHealthcare Insurance Company of the River Valley; UnitedHealthcare Insurance Company of Ohio; UnitedHealthcare of Alabama, Inc.; UnitedHealthcare of Arizona, Inc.; UnitedHealthcare of Arkansas, Inc.; UnitedHealthcare of Colorado, Inc.; UnitedHealthcare of Florida, Inc.; United HealthCare of Georgia, Inc.; UnitedHealthcare of Illinois, Inc.; UnitedHealthcare of Kentucky, Ltd.; United HealthCare of Louisiana, Inc.; UnitedHealthcare of Mid-Atlantic, Inc.; UnitedHealthcare of the Midlands, Inc.; UnitedHealthcare of the Midwest, Inc.; United HealthCare of Mississippi, Inc.; UnitedHealthcare of New England, Inc.; UnitedHealthcare of New York, Inc.; UnitedHealthcare of North Carolina, Inc.; UnitedHealthcare of Ohio, Inc.; UnitedHealthcare of*

*Tennessee, Inc.; UnitedHealthcare of Texas, Inc.; United HealthCare of Utah; UnitedHealthcare of Wisconsin, Inc.; UnitedHealthcare Plan of the River Valley, Inc.*

.

.                                                                                                    .

XIII

## How We Use or Disclose Information

**We must use and disclose** your health information to provide that information:

- To you or someone who has the legal right to act for you (your personal representative) in order to administer your rights as described in this notice; and

- To the *Secretary of the Department of Health and Human Services*, if necessary, to make sure your privacy is protected.

**We have the right to use and disclose** health information for your treatment, to pay for your health care and to operate our business. For example, we may use or disclose your health information:

- **For Payment** of premiums due us, to determine your coverage, and to process claims for health care services you receive, including for subrogation or coordination of other benefits you may have. For example, we may tell a doctor whether you are eligible for coverage and what percentage of the bill may be covered.

- **For Treatment.** We may use or disclose health information to aid in your treatment or the coordination of your care. For example, we may disclose information to your physicians or hospitals to help them provide medical care to you.

- **For Health Care Operations.** We may use or disclose health information as necessary to operate and manage our business activities related to providing and managing your health care coverage. For example, we might talk to your physician to suggest a disease management or wellness program that could help improve your health or we may analyze data to determine how we can improve our services.

- **To Provide Information on Health Related Programs or Products** such as alternative medical treatments and programs or about health-related products and services, subject to limits imposed by law as of February 17, 2010.

- **For Plan Sponsors.** If your coverage is through an employer sponsored group health plan, we may share summary health information and enrollment and disenrollment information with the plan sponsor. In addition, we may share other health information with the plan sponsor for plan administration if the plan sponsor agrees to special restrictions on its use and disclosure of the information in accordance with federal law.

- **For Reminders.** We may use or disclose health information to send you reminders about your benefits or care, such as appointment reminders with providers who provide medical care to you.

**We may use or disclose** your health information for the following purposes under limited circumstances:

- **As Required by Law.** We may disclose information when required to do so by law.

- **To Persons Involved With Your Care.** We may use or disclose your health information to a person involved in your care or who helps pay for your care, such as a family member, when you are incapacitated or in an emergency, or when you agree or fail to object when given the opportunity. If you are unavailable or unable to object, we will use our best judgment to decide if the disclosure is in your best interests.

- **For Public Health Activities** such as reporting or preventing disease outbreaks.

- **For Reporting Victims of Abuse, Neglect or Domestic Violence** to government authorities that are authorized by law to receive such information, including a social service or protective service agency.

XIV

- **For Health Oversight Activities** to a health oversight agency for activities authorized by law, such as licensure, governmental audits and fraud and abuse investigations.

- **For Judicial or Administrative Proceedings** such as in response to a court order, search warrant or subpoena.

- **For Law Enforcement Purposes.** We may disclose your health information to a law enforcement official for purposes such as providing limited information to locate a missing person or report a crime.

- **To Avoid a Serious Threat to Health or Safety** to you, another person, or the public, by, for example, disclosing information to public health agencies or law enforcement authorities, or in the event of an emergency or natural disaster.

- **For Specialized Government Functions** such as military and veteran activities, national security and intelligence activities, and the protective services for the President and others.

- **For Workers' Compensation** as authorized by, or to the extent necessary to comply with, state workers compensation laws that govern job-related injuries or illness.

- **For Research Purposes** such as research related to the evaluation of certain treatments or the prevention of disease or disability, if the research study meets privacy law requirements.

- **To Provide Information Regarding Decedents.** We may disclose information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law. We may also disclose information to funeral directors as necessary to carry out their duties.

- **For Organ Procurement Purposes.** We may use or disclose information to entities that handle procurement, banking or transplantation of organs, eyes or tissue to facilitate donation and transplantation.

- **To Correctional Institutions or Law Enforcement Officials** if you are an inmate of a correctional institution or under the custody of a law enforcement official, but only if necessary (1) for the institution to provide you with health care; (2) to protect your health and safety or the health and safety of others; or (3) for the safety and security of the correctional institution.

- **To Business Associates** that perform functions on our behalf or provide us with services if the information is necessary for such functions or services. Our business associates are required, under contract with us, to protect the privacy of your information and are not allowed to use or disclose any information other than as specified in our contract. As of February 17, 2010, our business associates also will be directly subject to federal privacy laws.

- **For Data Breach Notification Purposes.** We may use your contact information to provide legally-required notices of unauthorized acquisition, access, or disclosure of your health information. We may send notice directly to you or provide notice to the sponsor of your plan through which you receive coverage.

## Additional Restrictions on Use and Disclosure

Certain federal and state laws may require special privacy protections that restrict the use and disclosure of certain health information, including highly confidential information about you. "Highly confidential information" may include confidential information under Federal laws governing alcohol and drug abuse information and genetic information as well as state laws that often protect the following types of information:

- HIV/AIDS;

- Mental health;

xv

- Genetic tests;

- Alcohol and drug abuse;

- Sexually transmitted diseases and reproductive health information; and

- Child or adult abuse or neglect, including sexual assault.

If a use or disclosure of health information described above in this notice is prohibited or materially limited by other laws that apply to us, it is our intent to meet the requirements of the more stringent law. Attached to this notice is a *Summary of Federal and State Laws on Use and Disclosure of Certain Types of Medical Information.*

Except for uses and disclosures described and limited as set forth in this notice, we will use and disclose your health information only with a written authorization from you. Once you give us authorization to release your health information, we cannot guarantee that the person to whom the information is provided will not disclose the information. You may take back or "revoke" your written authorization at anytime in writing, except if we have already acted based on your authorization. To find out where to mail your written authorization and how to revoke an authorization, contact the phone number listed on the back of your ID card.

## What Are Your Rights

The following are your rights with respect to your health information:

- **You have the right to ask to restrict** uses or disclosures of your information for treatment, payment, or health care operations. You also have the right to ask to restrict disclosures to family members or to others who are involved in your health care or payment for your health care. We may also have policies on dependent access that authorize your dependents to request certain restrictions. **Please note that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.**

- **You have the right to request** that a provider not send health information to us in certain circumstances if the health information concerns a health care item or service for which you have paid the provider out of pocket in full.

- **You have the right to ask to receive confidential communications** of information in a different manner or at a different place (for example, by sending information to a P.O. Box instead of your home address). We will accommodate reasonable requests where a disclosure of all or part of your health information otherwise could endanger you. We will accept verbal requests to receive confidential communications, but requests to modify or cancel a previous confidential communication request must be made in writing. Mail your request to the address listed below.

- **You have the right to see and obtain a copy** of health information that may be used to make decisions about you such as claims and case or medical management records. You also may in some cases receive a summary of this health information. You must make a written request to inspect and copy your health information. Mail your request to the address listed below. In certain limited circumstances, we may deny your request to inspect and copy your health information. We may charge a reasonable fee for any copies. If we deny your request, you have the right to have the denial reviewed. As of February 17, 2010, if we maintain an electronic health record containing your health information, you have the right to request that we send a copy of your health information in an electronic format to you or to a third party that you identify. We may charge a reasonable fee for sending the electronic copy of your health information.

- **You have the right to ask to amend** information we maintain about you if you believe the health information about you is wrong or incomplete. Your request must be in writing and provide the reasons for the requested amendment. Mail your request to the address listed below. If we deny your request, you may have a statement of your disagreement added to your health information.

XVI

- **You have the right to receive an accounting** of certain disclosures of your information made by us during the six years prior to your request. This accounting will not include disclosures of information made: (i) prior to April 14, 2003; (ii) for treatment, payment, and health care operations purposes; (iii) to you or pursuant to your authorization; and (iv) to correctional institutions or law enforcement officials; and (v) other disclosures for which federal law does not require us to provide an accounting.

- **You have the right to a paper copy of this notice.** You may ask for a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice. You may also obtain a copy of this notice at our website, **www.myuhc.com**.

## Exercising Your Rights

- **Contacting your Health Plan.** If you have any questions about this notice or want to exercise any of your rights, please call the phone number on the back of your ID card or you may contact the *UnitedHealth Group Customer Call Center* at 866-633-2446.

- **Submitting a Written Request.** Mail to us your written requests for modifying or cancelling a confidential communication, for copies of your records, or for amendments to your record, at the following address:

  UnitedHealthcare

  *Customer Service - Privacy Unit*

  PO Box 740815

  Atlanta, GA 30374-0815

- **Filing a Complaint.** If you believe your privacy rights have been violated, you may file a complaint with us at the address listed above.

**You may also notify the Secretary of the U.S. Department of Health and Human Services of your complaint.** We will not take any action against you for filing a complaint.

# Financial Information Privacy Notice

***This notice describes how financial information about you may be used and disclosed and how you can get access to this information. Please review it carefully.***

We* are committed to maintaining the confidentiality of your personal financial information. For the purposes of this notice, "personal financial information" means information, other than health information, about an enrollee or an applicant for health care coverage that identifies the individual, is not generally publicly available and is collected from the individual or is obtained in connection with providing health care coverage to the individual.

**Information We Collect**

We collect personal financial information about you from the following sources:

- Information we receive from you on applications or other forms, such as name, address, age and social security number; and

- Information about your transactions with us, our affiliates or others, such as premium payment history.

**Disclosure of Information**

We do not disclose personal financial information about our enrollees or former enrollees to any third party, except as required or permitted by law.

In the course of our general business practices, we may disclose personal financial information about you or others without your permission to our corporate affiliates to provide them with information about your transactions, such as your premium payment history.

Confidentiality and Security

We restrict access to personal financial information about you to our employees and service providers who are involved in administering your health care coverage and providing services to you. We maintain physical, electronic and procedural safeguards in compliance with federal standards to guard your personal financial information. We conduct regular audits to guarantee appropriate and secure handling and processing of our enrollees' information.

*For purposes of this Financial Information Privacy Notice, "we" or "us" refers to the entities listed on the first page of the **Health Plan Notices of Privacy Practices**, plus the following UnitedHealthcare affiliates: ACN Group IPA of New York, Inc.; ACN Group, Inc.; Administration Resources Corporation; AmeriChoice Health Services, Inc.; Behavioral Health Administrators; DBP Services of New York IPA, Inc.; DCG Resource Options, LLC; Dental Benefit Providers, Inc.; Disability Consulting Group, LLC; HealthAllies, Inc.; Innoviant, Inc.; MAMSI Insurance Resources, LLC; Managed Physical Network, Inc.; Mid Atlantic Medical Services, LLC; Midwest Security Care, Inc.; National Benefit Resources, Inc.; OneNet PPO, LLC; OptumHealth Bank, Inc.; Oxford Benefit Management, Inc.; Oxford Health Plans LLC; PacifiCare Health Plan Administrators, Inc.; PacificDental Benefits, Inc.; ProcessWorks, Inc.; RxSolutions, Inc.; Spectera of New York, IPA, Inc.; UMR, Inc.; Unison Administrative Services, LLC; United Behavioral Health of New York I.P.A., Inc.; United HealthCare Services, Inc.; UnitedHealth Advisors, LLC; United Healthcare Service LLC; UnitedHealthcare Services Company of the River Valley, Inc.; UnitedHealthOne Agency, Inc. This Financial Information Privacy Notice only applies where required by law. Specifically, it does not apply to (1) health care insurance products offered in Nevada by Health Plan of Nevada, Inc. and Sierra Health and Life Insurance Company, Inc.; or (2) other UnitedHealth Group health plans in states that provide exceptions for HIPAA covered entities or health insurance products.*

**Your Right to Access and Correct Personal Information**

If you reside in certain states (California and Massachusetts), you may have a right to request access to the personal financial information that we record about you. Your right includes the right to know the source of the information and the identity of the persons, institutions, or types of institutions to whom we have disclosed such information within 2 years prior to your request. Your right includes the right to view such information and copy it in person, or request that a copy of it be sent to you by mail (for which we may charge you a reasonable fee to cover our costs). Your right also includes the right to request corrections, amendments or deletions of any information in our possession. The procedures that you must follow to request access to or an amendment of your information are as follows:

- **To obtain access to your information:** Submit a request in writing that includes your name, address, social security number, telephone number, and the recorded information to which you would like access. State in the request whether you would like access in person or a copy of the information sent to you by mail. Upon receipt of your request, we will contact you within 30 business days to arrange providing you with access in person or the copies that you have requested.

- **To correct, amend, or delete any of your information:** Submit a request in writing that includes your name, address, social security number, telephone number, the specific information in dispute, and the identity of the document or record that contains the disputed information. Upon receipt of your request, we will contact you within 30 business days to notify you either that we have made the correction, amendment or deletion, or that we refuse to do so and the reasons for the refusal, which you will have an opportunity to challenge.

**Send written requests to access, correct, amend or delete information to:**

UnitedHealthcare

*Customer Service - Privacy Unit*

PO Box 740815

Atlanta, GA 30374-0815

XIX

# UnitedHealth Group

# Health Plan Notice of Privacy Practices: Federal and State Amendments

The first part of this Notice, which provides our privacy practices for Medical Information, describes how we may use and disclose your health information under federal privacy rules. There are other laws that may limit our rights to use and disclose your health information beyond what we are allowed to do under the federal privacy rules. The purpose of the charts below is to:

- Show the categories of health information that are subject to these more restrictive laws.

- Give you a general summary of when we can use and disclose your health information without your consent.

If your written consent is required under the more restrictive laws, the consent must meet the particular rules of the applicable federal or state law.

### Summary of Federal Laws

| **Alcohol and Drug Abuse** |
|---|
| We are allowed to use and disclose alcohol and drug abuse information that is protected by federal law only (1) in certain limited circumstances, and/or disclose only (2) to specific recipients. |
| **Genetic Information** |
| We are not allowed to use genetic information for underwriting purposes. |

### Summary of State Laws

| **General Health Information** | |
|---|---|
| We are allowed to disclose general health information only (1) under certain limited circumstances, and /or (2) to specific recipients. | CA, NE, RI, VT, WA, WI |
| HMOs must give enrollees an opportunity to approve or refuse disclosures, subject to certain exceptions. | KY |
| You may be able to restrict certain electronic disclosures of such health information. | NV |
| We are not allowed to use health information for certain purposes. | CA, NH |
| **Prescriptions** | |
| We are allowed to disclose prescription-related information only (1) under certain limited circumstances, and /or (2) to specific recipients. | ID, NV |
| **Communicable Diseases** | |
| We are allowed to disclose communicable disease information only (1) under certain limited | AZ, IN, MI, OK |

XX

| circumstances, and /or (2) to specific recipients. | |
|---|---|
| You may be able to restrict certain electronic disclosures of such health information. | NV |

**Sexually Transmitted Diseases and Reproductive Health**

| We are allowed to disclose sexually transmitted disease and/or reproductive health information only (1) under certain limited circumstances and/or (2) to specific recipients. | MT, NJ, WA |
|---|---|
| You may be able to restrict certain electronic disclosures of such health information. | NV |

**Alcohol and Drug Abuse**

| We are allowed to use and disclose alcohol and drug abuse information (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | CT, HI, KY, IL, IN, IA, LA, MD, MA, NH, NV, WA, WI |
|---|---|
| Disclosures of alcohol and drug abuse information may be restricted by the individual who is the subject of the information. | WA |

**Genetic Information**

| We are not allowed to disclose genetic information without your written consent. | CA, CO, HI, IL, KY, NY, TN |
|---|---|
| We are allowed to disclose genetic information only (1) under certain limited circumstances and/or (2) to specific recipients. | GA, MD, MA, MO, NV, NH, NM, RI, TX, UT, VT |
| Restrictions apply to (1) the use, and/or (2) the retention of genetic information. | FL, GA, LA, MD, OH, SD, UT, VT |

**HIV / AIDS**

| We are allowed to disclose HIV/AIDS-related information only (1) under certain limited circumstances and/or (2) to specific recipients. | AZ, AR, CA, CT, DE, FL, HI, IL, IN, MI, MT, NY, NC, PA, PR, RI, TX, VT, WV |
|---|---|
| Certain restrictions apply to oral disclosures of HIV/AIDS-related information. | CT |
| You may be able to restrict certain electronic disclosures of such health information. | NV |

**Mental Health**

| We are allowed to disclose mental health information only (1) under certain limited circumstances and/or (2) to specific recipients. | CA, CT, DC, HI, IL, IN, KY, MA, MI, PR, WA, WI |
|---|---|
| Disclosures may be restricted by the individual who is the subject of the information. | WA |

XXI

| Certain restrictions apply to oral disclosures of mental health information. | CT |
|---|---|
| Certain restrictions apply to the use of mental health information. | ME |
| **Child or Adult Abuse** | |
| We are allowed to use and disclose child and/or adult abuse information only (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | AL, CO, IL, LA, NE, NJ, NM, RI, TN, TX, UT, WI |
| You may be able to limit restrict certain electronic disclosures of such health information. | NV |

# Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights

As a participant in the plan, you are entitled to certain rights and protections under the *Employee Retirement Income Security Act of 1974 (ERISA)*.

## Receive Information about Your Plan and Benefits

You are entitled to examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the *U.S. Department of Labor* and available at the *Public Disclosure Room* of the *Employee Benefits Security Administration*.

You are entitled to obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*. The Plan Administrator may make a reasonable charge for the copies.

## Continue Group Health Plan Coverage

You are entitled to continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. The Plan Sponsor is responsible for providing you notice of your *COBRA* continuation rights. Review the *Summary Plan Description* and the documents governing the plan on the rules governing your *COBRA* continuation coverage rights.

You are entitled to a reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another group health plan. You should be provided a certificate of creditable coverage, in writing, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect *COBRA* continuation coverage, when your *COBRA* continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. You may request a certificate of creditable coverage by calling the number on the back of your ID card. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, *ERISA* imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under *ERISA*.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the

materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for Benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under *ERISA*, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration*, *U. S. Department of Labor* listed in your telephone directory or the *Division of Technical Assistance and Inquiries*, *Employee Benefits Security Administration*, *U.S. Department of Labor*, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under *ERISA* by calling the publication hotline of the *Employee Benefits Security Administration*.

## ERISA Statement

If the Enrolling Group is subject to ERISA, the following information applies to you.

## Summary Plan Description

**Name of Plan:**  LADWP Welfare Benefit Plan

**Name, Address and Telephone Number of Plan Sponsor and Named Fiduciary:**

LADWP
111 N. Hope Street
Room 564
Los Angeles, CA 90012
(213) 367-2023

The Plan Sponsor retains all fiduciary responsibilities with respect to the Plan except to the extent the Plan Sponsor has delegated or allocated to other persons or entities one or more fiduciary responsibility with respect to the Plan.

**Claims Fiduciary:**

UnitedHealthcare Insurance Company

**Employer Identification Number (EIN):** 95-6000736

**IRS Plan Number:** 501

**Effective Date of Plan:** The effective date of the Plan is July 1, 2011; the effective date of this restatement of the Plan is July 1, 2012

**Type of Plan:** Health care coverage plan

**Name, business address, and business telephone number of Plan Administrator:**

LADWP
111 N. Hope Street
Room 564
Los Angeles, CA 90012
(213) 367-2023

**Type of Administration of the Plan:**

Benefits are paid pursuant to the terms of a group health policy issued and insured by:

UnitedHealthcare Insurance Company
185 Asylum Street
Hartford, CT 06103-3408

The Plan is administered on behalf of the Plan Administrator by UnitedHealthcare Insurance Company pursuant to the terms of the group Policy. UnitedHealthcare Insurance Company provides administrative services for the Plan including claims processing, claims payment, and handling appeals.

**Person designated as agent for service of legal process: Plan Administrator:**

**Source of contributions and funding under the Plan:** There are no contributions to the Plan. Any required employee contributions are used to partially reimburse the Plan Sponsor for Premiums under the Plan. Benefits under the Plan are funded by the payment of Premium required by the group Policy.

XXV

**Method of calculating the amount of contribution:** Employee-required contributions to the Plan Sponsor are the employee's share of costs as determined by Plan Sponsor. From time to time, the Plan Sponsor will determine the required employee contributions for reimbursement to the Plan Sponsor and distribute a schedule of such required contributions to employees.

**Date of the end of the year for purposes of maintaining Plan's fiscal records:**

Plan year shall be a 12 month period ending July 1.

**Determinations of Qualified Medical Child Support Orders:** The plan's procedures for handling qualified medical child support orders are available without charge upon request to the Plan Administrator.

XXVI

CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

JOHN DOE, on behalf of himself and all others similarly situated

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

UNITED HEALTHCARE INSURANCE COMPANY, OPTUMRX, INC., PACIFICARE LIFE AND HEALTH INSURANCE COMPANY, UNITEDHEALTH GROUP; and DOES 1-10, inclusive, **See Attachment -2

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

See Attachment -1

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Unkown

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☐ 2. U.S. Government Defendant

☐ 3. Federal Question (U.S. Government Not a Party)

☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

---

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☒ Yes ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Class Action arising under Class Action Fairness Act ( 28 U.S.C § (d) ) and allegeing California law causes of action.

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☒ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

---

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)    ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles Co. | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange Co. | Minnesota, Connecticut |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange Co., and other counties in California | |

**\*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____   DATE: 6/6/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended.  Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# ATTACHMENT-1

## Plaintiffs' 1(b) – Civil Cover Sheet

**CONSUMER WATCHDOG**
Harvey Rosenfield (SBN: 123082)
Pamela Pressley (SBN: 180362)
Jerry Flanagan (SBN: 271272)
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522

**WHATLEY KALLAS, LLP**
Edith M. Kallas (To Apply Pro Hac Vice)
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060
Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel, SBN: 125998)
10200 Willow Creek Road, Suite 160
San Diego, CA, 92131
Tel: (619) 308-5034
Fax: (855) 274-1888

Kristin Libby (SBN: 284292)
355 So. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tel: (310) 684-2504
Fax: (888) 331-9633

# ATTACHMENT-1

# ATTACHMENT-2

## Defendants' 1 (b) – Civil Cover Sheet

UnitedHealthCare Insurance Company
PacfiCare Life and Health Insurance Company
5701 Katella Ave., Cypress, CA, 90603
(714) 952-1121

OptumRx
2300 Main Street
Irivine, CA 92614
(949) 221-9974

UntedHealth Group
185 Asylum Street
Hartford, CT 06103
(877)832-7734

# ATTACHMENT-2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Jean P. Rosenbluth.

The case number on all documents filed with the Court should read as follows:

## SACV13- 864 DOC (JPRx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[_] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[_] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[_] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.