WHATLEY KALLAS, LLP
Edith M. Kallas (Admitted *Pro Hac Vice*)
ekallas@whatleykallas.com
380 Madison Avenue, 23rd Floor
New York, NY 10017
Tel: (212) 447-7060 / Fax: (800) 922-4851

Alan M. Mansfield (Of Counsel, SBN: 125998)
amansfield@whatleykallas.com
10200 Willow Creek Road, Suite 160
San Diego, CA, 92131
Tel: (619) 308-5034 / Fax: (855) 274-1888

CONSUMER WATCHDOG
Harvey Rosenfield (SBN: 123082)
harvey@consumerwatchdog.org
Pamela Pressley (SBN: 180362)
pam@consumerwatchdog.org
Jerry Flanagan (SBN: 271272)
jerry@consumerwatchdog.org
2701 Ocean Park Blvd., Suite 112
Santa Monica, CA 90405
Tel: (310) 392-0522 / Fax: (310) 392-8874

**Attorneys for Plaintiffs**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN DOE ONE, JOHN DOE TWO, JOHN DOE THREE, JOHN DOE FOUR, and JOHN DOE FIVE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY; OPTUMRX, INC.; PACIFICARE LIFE AND HEALTH INSURANCE COMPANY; UHC OF CALIFORNIA d/b/a UNITEDHEALTHCARE OF CALIFORNIA; UNITEDHEALTH GROUP; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. SACV-13-00864-DOC (JPRx)<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND CLASS NOTICE PROGRAM**<br><br>Date:   April 28, 2014<br>Time:   8:30 a.m.<br>Judge:   Hon. David O. Carter<br>Trial Date: Not Set<br>Jury Trial Demanded<br><br>Complaint Filed: June 7, 2013 |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

1    PLEASE TAKE NOTICE THAT on April 28, 2014, at 8:30 a.m., or as soon thereafter as counsel can be heard, before the Honorable David O. Carter, in Courtroom 9D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, CA 92701-4516, JOHN DOES ONE through FIVE and Defendants will and hereby do jointly move for entry of an order granting preliminary approval of the proposed class action settlement agreed to herein, directing that Class Members be given notice of the settlement in the form and manner agreed to in the Settlement Agreement, and setting a formal fairness hearing to determine whether the settlement should be granted final approval.

This motion is based on this Notice of Motion and Joint Motion, the accompanying Memorandum of Points and Authorities and Declaration of Alan M. Mansfield, which includes the Settlement Agreement and all exhibits, the Declaration of Susan V. Maddux, the Proposed Order Granting Preliminary Approval, and all other papers filed and proceedings had in this action.

Local Rule 7-3 does not apply to this motion since, although the parties have conferred extensively over the past several months and agree that preliminary settlement approval should be granted, the Court is required to conduct an independent review pursuant to Fed. R. Civ. Proc. 23(e).

DATED: March 19, 2014          **WHATLEY KALLAS, LLP**

By:  /S/Alan M. Mansfield
     Alan M. Mansfield (SBN 125998)
     (Of Counsel)
10200 Willow Creek Road, Suite 160
San Diego, CA  92131
Tel: (619) 308-5034
Fax: (855) 274-1888
amansfield@whatleykallas.com

Edith M. Kallas (Admitted *Pro Hac Vice*)
1180 Avenue of the Americas, 20th Floor
New York, NY  10036
Tel: (212) 447-7060
Fax: (800) 922-4851
ekallas@whatleykallas.com

| | |
|---|---|
| 1 | **CONSUMER WATCHDOG** |
| | Harvey Rosenfield (SBN: 123082) |
| 2 | Pamela Pressley (SBN: 180362) |
| | Jerry Flanagan (SBN: 271272) |
| 3 | 2701 Ocean Park Blvd., Suite 112 |
| | Santa Monica, CA 90405 |
| 4 | Tel: (310) 392-0522 |
| | Fax: (310) 392-8874 |
| 5 | harvey@consumerwatchdog.org |
| | pam@consumerwatchdog.org |
| 6 | jerry@consumerwatchdog.org |
| 7 | *Attorneys for Plaintiffs* |
| 9 | DATED: March 19, 2014    **HOGAN LOVELL US LLP** |
| 10 | By:  /S/Dean Hansell |
| | Dean Hansell (SBN 93831) |
| 11 | 1999 Avenue of the Stars, Suite 1400 |
| | Los Angeles, CA 90067 |
| 12 | Tel: (310) 785-4600 |
| | Fax: (310) 785-4601 |
| 13 | dean.hansell@hoganlovells.com |
| 14 | Peter R. Bisio (Admitted *Pro Hac Vice*) |
| | Columbia Square |
| 15 | 555 Thirteenth Street, NW |
| | Washington, DC 20004 |
| 16 | Tel: (202) 637-5600 |
| | Fax: (202) 637-5910 |
| 17 | peter.bisio@hoganlovells.com |
| 18 | *Attorneys for Defendants* |